MICHAEL C. SULLIVAN (SBN 131817)
email: msullivan@paulplevin.com
AARON A. BUCKLEY (SBN 202081)
email: abuckley@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP**
401 B Street, Tenth Floor
San Diego, California 92101-4232
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendant PACIFIC BELL DIRECTORY

FILED
2008 MAY 16 PM 2:31
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE SCIBORSKI,<br><br>Plaintiff,<br><br>v.<br><br>PACIFIC BELL DIRECTORY and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 08 CV 0878 WQH RBB<br><br>**NOTICE OF PARTIES WITH A FINANCIAL INTEREST**<br><br>(Civil Local Rule 40.2) |

TO THE COURT AND ALL PARTIES OF RECORD:

Pursuant to Local Rule of Practice 40.2, defendant Pacific Bell Directory hereby provides notice that its parent companies have financial interests in this case:

**AT&T Yellow Pages Holdings, LLC** – parent company of Pacific Bell Directory

**AT&T Inc.** – publicly held parent company of AT&T Yellow Pages Holdings, LLC

Dated: May 16, 2008

PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By: /s/ Aaron A. Buckley
MICHAEL C. SULLIVAN
email: msullivan@paulplevin.com
AARON A. BUCKLEY
email: abuckley@paulplevin.com
Attorneys for Defendant
PACIFIC BELL DIRECTORY

NOTICE OF PARTIES WITH A FINANCIAL INTEREST     1

ORIGINAL