1  MICHAEL C. SULLIVAN (SBN 131817)
   email: msullivan@paulplevin.com
2  AARON A. BUCKLEY (SBN 202081)
   email: abuckley@paulplevin.com
3  **PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
   401 B Street, Tenth Floor
4  San Diego, California 92101-4232
   Telephone: 619-237-5200
5  Facsimile: 619-615-0700

6  Attorneys for Defendant PACIFIC BELL DIRECTORY

7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| ANNIE SCIBORSKI, | CASE NO. 08 cv 0878 WQH (RBB) |
| Plaintiff, | **DECLARATION OF STEPHEN DONOVAN IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND** |
| v. | |
| PACIFIC BELL DIRECTORY and DOES 1 through 25, inclusive, | Date:        June 30, 2008<br>Time:        11:00 a.m.<br>Courtroom:    4<br>Judge:       Hon. William Q. Hayes<br>Trial Date:   None Set |
| Defendants. | |

20        I, Stephen Donovan, declare as follows:

21        1.        I am the Associate Director of Labor Relations for defendant Pacific Bell

22  Directory (PBD). I have personal knowledge of the facts set forth herein, and if called as

23  a witness, I could and would competently testify thereto.

24        2.        Plaintiff Annie Sciborski was employed by PBD in San Diego as a union-

25  represented commissioned sales employee from October 2005 until April 2008.

26        3.        During the entire period of her employment, the terms and conditions of Ms.

27  Sciborski's employment were governed by the 2005 collective bargaining agreement

28  (CBA) between PBD and the International Brotherhood of Electrical Workers, AFL-CIO

1  Local Union 2139.  A true and correct copy of that CBA is attached to this declaration as
2  Exhibit 1.
3      I declare under penalty of perjury under the laws of the United States of America
4  and the State of California that the foregoing is true and correct.
5
6  Dated: June 16, 2008                    By: _____
                                               STEPHEN DONOVAN
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT 1**

# TABLE OF CONTENTS

TABLE OF CONTENTS ........................................................................................................................... 1

PREAMBLE ......................................................................................................................................... 5

ARTICLE 1 - RECOGNITION ................................................................................................................ 5

ARTICLE 2 - UNION SECURITY........................................................................................................... 6

ARTICLE 3 - TIME OFF FOR UNION ACTIVITIES................................................................................ 7

ARTICLE 4 - UNION ACTIVITIES ON COMPANY PREMISES............................................................. 11

ARTICLE 5 - MEETINGS BETWEEN UNION AND MANAGEMENT REPRESENTATIVES .................... 12

ARTICLE 6 - NEEDS OF THE BUSINESS............................................................................................ 13

ARTICLE 7 - NEW JOB TITLES AND JOB CLASSIFICATIONS............................................................ 13

ARTICLE 8 - ASSIGNING OF TITLES ................................................................................................. 14

ARTICLE 9 - BULLETIN BOARDS ...................................................................................................... 14

ARTICLE 10 - NONDISCRIMINATION................................................................................................. 15

ARTICLE 11 - HOURS OF WORK ....................................................................................................... 15

ARTICLE 12 - SELECTIME.................................................................................................................. 15

ARTICLE 13 - PART-TIME, TEMPORARY, AND TERM EMPLOYEES ................................................. 17

ARTICLE 14 - BASIS OF COMPENSATION (NONCOMMISSIONED EMPLOYEES) ............................. 19

ARTICLE 15 - BASIS OF COMPENSATION (COMMISSIONED EMPLOYEES) ................................... 30

ARTICLE 16 - BENEFITS PROVIDED ................................................................................................. 57

ARTICLE 17 - MOVING EXPENSES.................................................................................................... 58

ARTICLE 18 - HOLIDAYS ................................................................................................. 59

ARTICLE 19 - VACATIONS ............................................................................................. 61

ARTICLE 20 - APPROVED ABSENCES ......................................................................... 65

ARTICLE 21 - SCHEDULING TIME OFF ........................................................................ 67

ARTICLE 22 - EMPLOYMENT SECURITY ..................................................................... 67

ARTICLE 23 - DIRECTORY EMPLOYMENT TRANSITION PROGRAM ......................... 74

ARTICLE 24 - TRAINING / RETRAINING (TUITION AID) .............................................. 76

ARTICLE 25 - REASSIGNMENT PAY PROTECTION PLAN .......................................... 76

ARTICLE 26 - GRIEVANCE PROCEDURE ................................................................... 77

ARTICLE 27 - ARBITRATION ....................................................................................... 78

ARTICLE 28 - EXPEDITED ARBITRATION ................................................................... 79

ARTICLE 29 - DISMISSALS .......................................................................................... 80

ARTICLE 30 - COMMON INTEREST FORUM .............................................................. 81

ARTICLE 31 - COMMITTEES ....................................................................................... 82

ARTICLE 32 - FEDERAL AND STATE LAWS ............................................................... 82

ARTICLE 33 - HIRING CONSIDERATION OF FORMER EMPLOYEES ......................... 82

ARTICLE 34 - INITIAL MECHANIZED MARKET ASSIGNMENT (MARKET ALLOCATION) .................. 82

ARTICLE 35 - CONCLUSION ....................................................................................... 91

APPENDIX .................................................................................................................... 92

PENSIONS .................................................................................................................... 92

SAVINGS AND SECURITY PLAN............................................................................................ 92

RATE BAND AND COB PERCENTAGE CALCULATIONS ....................................................... 93
An Example: How Rate Bands are Determined for General Business ............................................ 93
An Example: How Rate Bands are Determined for Key Accounts.................................................. 94
An Example: How COB Pay-out Percentage is Determined for Premise ....................................... 95
An Example: How COB Pay-out Percentage is Determined for Telephone..................................... 96
An Example: How COB Pay-out Percentage is Determined for Key Accounts .............................. 97

REASSIGNMENT – PRIMARY VS. SECONDARY MODULE MATRIX ................................... 101

REASSIGNMENT – REP QUALIFICATION CRITERIA – BRANCH STEPS........................... 102

LETTER OF AGREEMENT ..................................................................................................... 103

ALTERNATIVE WORK SCHEDULES (9/80 Plan) ........................................................... 103

BENEFIT PLANS (Including Pension Bands)................................................................. 104

SCHEDULE OF MAXIMUM ............................................................................................ 108
- Full time Employee
- Retiree Contribution

COB CONSTANT.............................................................................................................. 110

DIRECT MANAGEMENT HIRES ...................................................................................... 111

ENHANCED DIRECTORY RETIREMENT......................................................................... 112

FIND IT – KEEP IT GUIDELINES .................................................................................... 116

MARKET ALLOCATION – UNION PARTICIPATION ....................................................... 119

MARKET SELECTION  - GUIDELINES............................................................................. 120

NON-SELLING WORK...................................................................................................... 121

RATE BAND MOVEMENT................................................................................................. 122

RECANVASS LOSSES..................................................................................................... 123

RECANVASSED ACCOUNTS .......................................................................................... 124

SALES PERFORMANCE PLAN ....................................................................................... 125

SALES PERFORMANCE THRESHOLD FOR PREMISE ................................................. 126

SALES PERFORMANCE THRESHOLD FOR TELEPHONE............................................ 127

SMART DELIVERY PROGRAM SALES ................................................................. 128

SMARTPAGES.COM SALES ............................................................................ 129

TABLE UPDATES......................................................................................... 132

UNION RECOGNITION.................................................................................. 133

VACATION SCHEDULING .............................................................................. 134

SIGNING AGREEMENT.................................................................................. 135

IMPLEMENTATION OF CONTRACT - TIMELINES .......................................... 136

OPEN MARKET GUIDELINES ........................................................................ 141

NEW MARKETS REPRESENTATIVE ALLOCATION OF COMMISSIONS ..................... 144

NEW MARKETS REPRRESENTATIVE BID RUNS ................................................ 145

NEW MARKETS REPRESENTATIVE CAMPAIGN OBJECTIVES.............................. 146

NEW MARKETS REPRESENTATIVE NYPS ADJUSTMENTS ................................. 147

NEW MARKETS REPRESENTATIVE SALES PERFORMANCE PLAN ........................ 148

NEW MARKETS REPRESENTATIVE VALUE OF ZIP/GRID ................................... 149

NON ADVERTISER/NEW CONNECT WORKFLOW GUIDELINES ........................... 150

ACCOUNT DISPUTE RESOLUTION COMMITTEE............................................... 151

EARLY OUT .............................................................................................. 153

INDEX ..................................................................................................... 154

# PREAMBLE

Pursuant to and in consolidation of the terms of the Memorandum of Agreement executed on **August 19, 2005** this Consolidated Contract is signed this **20th** day of **August 2005** by and between Pacific Bell Directory, hereinafter referred to as the "Company", and the International Brotherhood of Electrical Workers, AFL-CIO Local Union 2139 hereinafter referred to as the "Union".

The respective parties to this contract mutually agree as follows:

It is the intent and purpose of the parties signatory to this Agreement to provide the means whereby the efficient, economical and profitable operations of the Company are maintained and fair wages, hours and working conditions are provided. To this end, the Company and the Union will strive to maintain a harmonious relationship between employees and management; to encourage and sustain a maximum work effort by each employee; to prevent strikes, slowdowns or other disturbances which interfere with or disrupt operations; to provide, to the extent that it is economically feasible, a maximum quality work environment, continuity of employment; and further to set forth the entire Agreement between the Company and the employees represented by the Union concerning rates of pay, commissions, hours of work, and other conditions of employment to be observed by the parties signatory hereto.

# ARTICLE 1 - RECOGNITION

1.1     Pursuant to the certifications issued by the National Labor Relations Board in Case No. 31-RC-496, dated March 27, 1967, and Case No. 31-RC-2293, dated January 12, 1973, and in Case No. 31-RC-4522, dated August 2, 1979, the Company hereby recognizes the Union as the exclusive collective bargaining representative for all sales force employees of Pacific Bell Directory in the Southern California Region and all Directory clerical employees in the Southern California Region having the title classifications listed in Section 1.1.1, excluding confidential, guards and & supervisors as defined in the National Labor Relations Act, as amended, with respect to rates of pay, hours of work and other conditions of employment.

1.1.1     **Sales and Clerical employees:**

Administrative Assistant
Advertising Support Associate
Advertising Sales Representative
Business Sales Representative
Computer Operator
Customer Associate
**Customer Associate - National**
Customer Relations Representative
Customer Service Representative
Data Collector
Direct Mail Service Representative
Directory Office Representative
Directory Representative
Directory Sales Representative
Field Sales Collector
Key Account Executive

Lead Generation Representative
**New Markets Representative**
Office Assistant
Operations Specialist
Priority Account Representative
Reports Associate
Staff Clerk
Staff Representative
Supervisor's Assistant
Telephone Sales Representative
Universal Support Associate

1.2    The addition, elimination or modification of titles or classifications will not alter the bargaining unit.

# ARTICLE 2 - UNION SECURITY

2.1    Each employee who is a member of the Union or who is obligated to tender to the Union amounts equal to periodic dues on or before the effective date of this contract, or who later becomes a member, and all employees entering into the bargaining unit on or after the effective date of this contract, and each employee who is a member of the bargaining unit on or before the effective date of this contract and who on the effective date of this contract was not required as a condition of employment to pay or tender to the Union amounts equal to the periodic dues applicable to members, shall as a condition of employment pay or tender to the Union amounts equal to the periodic dues applicable to members for the period from such effective date or, in the case of employees entering into the bargaining unit after the effective date, on or after the thirtieth day after such entrance, whichever of these dates is later, until the termination of this contract.   For purpose of this Article, "employee" shall mean any person entering into the bargaining unit.

2.2    The Condition of employment specified above shall not apply during periods of formal separation from the bargaining unit by any such employee but shall reapply to such employee on the thirtieth day following return to the bargaining unit.   The term "formal separation" includes transfer out of the bargaining unit, removal from the payroll of the Company, and leaves of absence of more than one (1) month duration.

2.3    The Company will inform the employees and applicants for employment of their rights and obligations under the provisions of this article.

2.4    **Payroll deduction of Union dues and employee information:**

2.4.1    The Company agrees that, upon receipt of an employee's individual written request, in form approved by the Company, it will deduct monthly from such employee's wages, while covered by this contract, the amount of Union dues specified in such request and forward the amount deducted to the President/Business Manager of Local Union 2139 or an authorized agent as directed.   The request may be revoked at any time upon the employee's written request to the Company and such request is to be sent by certified mail and directed to the Director-Labor Relations, Company.

2.4.2    In general, dues deductions will be made in a designated pay-period in a specific month for properly executed dues deduction authorizations received in Directory Payroll on or before the fifth day of the preceding month. However, the Company assumes no responsibility, either to the employee or the Union, for any failure to make, or for any errors made in making such deductions, but will make reasonable efforts consistent with good business practice to avoid such omissions or errors and to correct such errors in a reasonable timeframe.

2.4.3    Authorization for dues deductions shall be "open-ended" to provide for the deduction of dues in an amount which is certified to the Company in writing by the President/Business Manager of the Union or authorized agent as being the regular membership dues of the Union.

2.4.4    The written certification changing the amount of dues to be deducted must be delivered by the President/Business Manager, Union to the Director – Labor Relations, Company on or before the fifth work day of the month preceding the month in which the first deduction at the new rate is to be made effective.

2.4.5    It is agreed that the Payroll Deduction of Union Dues shall be in lieu of Union collection of dues, assessments and contributions on Company premises.

2.4.6    The content, form, and number of copies and frequency of employee lists to be furnished to the Union by the Company shall be such as are agreed upon by the parties from time to time.

2.4.7    An employee's authorization shall be automatically suspended if the employee is granted a leave of absence in excess of thirty (30) calendar days.

# ARTICLE 3 - TIME OFF FOR UNION ACTIVITIES

3.1    **General:**

3.1.1    To the extent that the needs of the business permit, an employee who is an authorized representative of the Union and who is covered by this contract will be given an excused absence without pay, or a leave of absence without pay, on request of the President/Business Manager or his designated representative, to attend to the business of the Union, subject to the conditions stated hereafter. As used in this Article, the terms "excused absence" and "leave of absence" are defined as follows:

3.1.1.1    Excused Absence - An unpaid absence not exceeding thirty (30) consecutive calendar days.

3.1.1.2    Leave of Absence - An unpaid absence of over thirty (30) consecutive calendar days covered by a written leave of absence.

3.1.2    The period of excused absence or leave of absence for Union activities shall be used solely for the purpose of enabling authorized representatives of the union to carry on activities of the Union directly concerning the relations with this Company:

3.1.2.1    in connection with employees of the Company in the bargaining unit represented by this Union, or

3.1.2.2      To attend, for short periods of time, board meetings, conventions or meetings of the Union.

3.1.3      The Union shall furnish the Company with the names of the officers authorized to request excused absences and a list of officers authorized to request leaves of absence for the purposes specified herein and shall furnish amendments to such lists as changes are made.

3.1.4      When an excused absence or leave of absence for Union activities is requested, the Union agrees to state in writing the reason for which such excused absence or leave of absence is requested and it is agreed that the Company has the right to terminate the excused absence or leave of absence at any time if it is used for purposes other than those specified in the written application. It is agreed that a written request will not be required when the sole reason for the excused absence is to handle a grievance with the Company.

3.1.5      The Union shall make all requests for excused absences or leaves of absence as far in advance as possible, but ordinarily not less than forty-eight (48) hours in advance of the time the employee is to be off on excused absence, and ordinarily not less than two (2) weeks in advance of the start of a leave of absence or renewal of a leave of absence. Request for excused absences for the purpose of attending Union-Management grievance meetings may be made orally without forty-eight (48) hours' notice.

3.1.5.1      No payment shall be made to an authorized Union representative for time spent in meeting with Company representatives while the Union representative is on an excused absence or leave of absence.

3.1.5.2      No employee shall take time off for Union activities unless excused in advance by supervision.

**3.2      Excused Absences:**

3.2.1      The total of all excused absences granted to any authorized Union representative who is an employee covered by this contract, shall not exceed ninety (90) scheduled working days in each calendar year, or the equivalent thereof in full days and/or fractional days, except not to exceed three (3) Union officers who are employees covered by this contract, may be granted excused absences not to exceed one hundred fifty (150) scheduled working days or the equivalent thereof in full days and/or fractional days. The following shall be included in computing the ninety (90) or one hundred fifty (150) scheduled working days referred to above:

3.2.1.1      Excused absences, as defined in Section 3.1.1.

3.2.1.2      Time spent in meetings with Management, whether such meetings are held during excused absences under Section 3.1.1 or during periods when the employee would otherwise be working whether or not such meeting time is paid for.

3.2.2      Meeting with Company representatives during a period of excused absence shall not be considered as breaking a continuous period of absence.

3.2.3      A period of excused absence for Union activities granted under this Article shall automatically terminate upon the expiration of this contract.

**3.3**    **Leave of Absence:**

3.3.1    A leave of absence will be required:

3.3.1.1    If a continuous period of absence for Union activities is to exceed or exceeds thirty (30) consecutive calendar days, or

3.3.1.2    If an employee who is an authorized representative of the Union is to have time off for Union activities in excess of ninety (90) or one hundred fifty (150) scheduled working days computed as specified in Section 3.2.1.

3.3.2    If a leave of absence is granted because an employee's excused absences have exceeded ninety (90) or one hundred fifty (150) days computed as specified in Section 3.2.1 and as covered in Section 3.3.1, the leave of absence shall be for a period beginning with the first scheduled working day after the last day worked and shall be for a period of not less than thirty-one (31) days.

3.3.3    The general rules of the Company governing leaves of absence for personal reasons shall apply except as changed herein.

3.3.4    At no time shall more than three (3) employees be on leave of absence under this provision.

3.3.5    A leave of absence for Union activities or an extension of such a leave shall be for a period of not more than one (1) year each, and in no case shall extend beyond the expiration date of the contract.  The total of any Union leaves and extensions, including all such leaves granted by the Company and other Bell System companies, for any One (1) employee shall not exceed twelve (12) years.   The payment of premiums for continuation of standard fringe benefits during a leave of absence for Union activities shall be as follows:

3.3.5.1    Health Care – Medical/Dental/Vision...Employee pays

3.3.5.2    Basic Group Life Insurance...Company pays

3.3.5.3    Supplemental Group Life Insurance...Employee pays

3.3.5.4    Dependent Group Life Insurance...Employee pays

3.3.5.5    Pension Calculation for employees will be determined by the employee's last title and wage zone, if applicable, prior to the start of the most recent leave of absence for Union business updated to current comparable title.

3.3.5.6    Pension Calculation for Commissioned employees will be based on the employee's base pay plus Daily Sales Average in effect immediately prior to the most recent leave of absence for Union business for the duration of the leave.

3.3.6    In computing an employee's net credited service for all purposes except wage progression, full credit shall be allowed for periods of leaves of absence for Union activities not exceeding twelve (12) years in the aggregate during the employee's total service with the Company, its affiliates or their predecessors. No credit for any purpose shall be allowed for any part of such leaves which, when added to any other Union leaves granted during the employee's service with the Company as defined herein, exceeds twelve (12) years.

3.3.7    When the period of a leave of absence for Union activities is to be included in computing an employee's net credited service, the employee shall retain eligibility, if any, according to term of service, to:

3.3.7.1    Death Benefits.

3.3.7.2    Disability Benefits. In determining such employee's eligibility for disability benefits, the first working day following termination of the leave of absence shall be considered as the first day of absence because of sickness.

3.3.8    A leave of absence granted under this Article shall automatically terminate if at any time the employee on leave engages in any gainful occupation other than as a representative of the Union or ceases to function as an authorized representative of the Union.

3.3.9    A period of leave of absence for Union activities granted under this Article shall automatically terminate upon the expiration of this contract.

## 3.4    Reinstatement of Employee Upon Return from Absence:

3.4.1    An authorized Union representative upon return from an excused absence or leave of absence shall be reinstated at work generally similar to that engaged in last prior to the absence and, if consistent with the needs of the business, in the same location.

3.4.1.1    Nothing in this Section 3.4.1 shall be construed or implied to mean that the employee will be reinstated in precisely the same job last engaged in prior to absence. If, during the period of absence, such job has been eliminated because of the needs of the business, and, if the employee is to be reinstated under the provisions of Section 3.4.1, the employee will be assigned to work as nearly comparable as possible under the circumstances as judged by the Company.

3.4.2    If reinstated, the employee's rate of pay shall be the rate in effect for the employee's assignment at the time of reinstatement and for the period of service which was credited to the employee for wage purposes at the start of the absence.

3.4.3    After receipt of notice by the Company that an employee desires to terminate an excused absence or leave of absence for Union activities prior to the specified termination date and if the employee is to be reinstated, such excused absence or leave of absence shall be terminated upon the employee's return to work as instructed by the Company in accordance with the following:

3.4.3.1    Employees on excused absence for Union activities will be returned to work as soon as reasonable under the circumstances.

3.4.3.2    Employees on leave of absence will be returned to work prior to the specified termination date only in case the employee is able to perform on a full-time basis, as determined by the Company, the duties required of such employee.

## ARTICLE 4 - UNION ACTIVITIES ON COMPANY PREMISES

4.1    Authorized representatives of the Union, who are Company employees working or on leaves of absence, **or the President/Business Manager of the Union** may be granted access upon application, to Company buildings where employees covered by this contract are located, subject to Company practices and the requirements of Government regulations.

4.2    Neither the Union nor its members shall carry on Union activities, including activities relating to election of Union Officials, on Company premises or on Company time except as follows:

4.2.1    Union members, who are also employees of the Company in this bargaining unit, may engage in protected concerted activity as defined by the law outside of working periods in space where no Company operations or administrative work is performed, provided that such solicitation shall be limited to a small group of employees (not to exceed four (4)) and shall not interfere with the operations of the Company or the use of the space by other employees for the purposes for which the space is intended and shall not be conducted when either the Union members or the employees involved are on Company time, consistent with the law.

4.2.2    Authorized representatives of the Union may attend Union-Management meetings for the purpose of collective bargaining and discussing grievances presented to the Union by employees covered by this contract when such meetings have been suitably arranged for in advance.

4.3    The Company reserves the right to curtail or prohibit any Union activity on any Company premises.

4.4    The Company and the Union agree that the Union will have the opportunity to meet with newly hired employees in represented positions as part of the overall orientation process for the purpose of furnishing them with information about the Union. The Union's segment of this process will be limited to a maximum of sixty (60) minutes. Time spent during the basic scheduled work period for each employee will be paid as time worked. In addition, the Company also agrees to introduce employees transferring into the Bargaining Unit to the local Union representative assigned to that area. The Business Manager or his representative will notify the Company of the name of the Local Union Representative.

# ARTICLE 5 - MEETINGS BETWEEN UNION AND MANAGEMENT REPRESENTATIVES

5.1    The Union shall keep the Company currently informed in writing of the names of the Union representatives who are authorized to represent the Union in meetings with Company representatives.

5.2    Except as provided in Section 5.2.2 and Section 5.2.3, authorized representatives of the Union who are employees covered by this contract, and aggrieved employees who are also covered by this contract, shall suffer no loss of pay at straight-time when attending meetings with Company representatives when such meetings pertain to matters relating to employees covered by this contract, subject to the following conditions:

5.2.1    Pay shall be allowed only if (1) the employee has been excused from duty in advance by the employee's supervisor to attend the meeting, (2) such meeting is held during said employee's scheduled straight-time working hours, and (3) said employee would have worked had the employee not attended such meeting.

5.2.2    The time paid for shall be limited to actual meeting time, plus necessary time, if any, spent during scheduled straight-time working hours in traveling between the employee's work location and the Union-Management meeting when such meeting is held within the city in which the employee then is working.

5.2.3    Time spent by Union representatives in attending Union-Management meetings held for the purpose of negotiating a written contract shall not be paid for. Union officers, who are not the aggrieved employees, shall not be paid for time spent in grievance meetings with first level supervisors. Time spent in attending other Union-Management meetings, including grievance meetings with Management representatives shall be considered as time worked.

5.2.3.1    Such time spent in attending Union-Management meetings, as referred to in Section 5.2.3 shall be considered as excused time off for Union activities for the purpose of Article 3.

5.2.4    The Company reserves the right to limit the number of employees who shall be paid while attending Union-Management meetings.

5.2.5    Employees in the title classifications Directory Sales Representative, **New Markets Representative,** Advertising Sales Representative, Key Account Executive and Business Sales Representative shall be paid at their basic weekly wage rate in accordance with Wage Schedules T-1, **P-8,** P-1, K-1 and N-1 respectively as shown in Article **15**.

5.3    When a Union-Management meeting ends in a reasonable time prior to the completion of scheduled working hours, an employee, who would be working if not attending such meeting, shall return to work.

5.4    At any meeting between a representative of the Company and an employee in which discipline (including warnings which are to be recorded in the personnel file, suspension, demotion or discharge for cause) is to be announced, a Union representative may be present if the employee so requests as required by law.

# ARTICLE 6  - NEEDS OF THE BUSINESS

6.1    Wherever the phrase "needs of the business" appears in this contract, it shall be construed to mean any and all matters which, in the Company's opinion, are required to: assure the efficient and economical operation of the business; protect the business, its property and the health and safety of employees; or otherwise exercise the rights, powers and authority granted in this Article.    In all cases, the Company shall determine the needs of the business and its determination shall be final.

6.2    In the event the Company deems it necessary to establish a new product, the Company will give the Union reasonable notice of its intent.  The Union shall have the right to initiate negotiations within fifteen (15) days from receipt of such notification from the Company.  The sole topic of such negotiations shall be any Union proposals, which, in the Company's judgment, are consistent with the needs of the business.  If negotiations are initiated and the parties are unable to reach agreement within thirty (30) days following the receipt of notice from the Company, the Company may implement its final decision.  In all cases, the Company's determination shall be final and not subject to the grievance and arbitration procedure herein.

# ARTICLE 7  - NEW JOB TITLES AND JOB CLASSIFICATIONS

7.1    The Company and the Union recognize the need to restructure and redesign existing job titles and classifications and, if necessary, to create new ones.

7.2    Whenever the Company determines it is appropriate to create a new job title or job classification in the bargaining unit, or to restructure or redefine an existing one, the following shall apply:

7.2.1    The Company shall notify the Union in writing of such job title or classification and shall furnish a job description of the duties and the wage rates and schedules initially determined for such job titles and classifications.  Such wage rates and schedules shall be designated as temporary.  Following such notice to the Union, the Company may proceed to staff such job title or classification.

7.2.2    The Union shall have the right, within thirty (30) days from receipt of notice from the Company, to initiate negotiations concerning the initial wage rates or schedules established as temporary by the Company.

7.2.3    If negotiations are not so initiated or if agreement is reached between the parties within sixty (60) days following receipt of notice from the Company concerning the wage rates and schedules, the temporary designation shall be removed from the job title or classification.

7.2.4    If negotiations are initiated and the parties are unable to reach agreement within sixty (60) days following receipt of notice from the Company, the issue of an appropriate schedule of wage rates shall be submitted to a neutral third party for determination of an appropriate schedule of wage rates.

7.2.5    The neutral third party referred to above shall be selected by mutual agreement. Such an individual shall possess acknowledged expertise in the area of job evaluation. The parties shall submit their views to such third party within thirty (30) days after selection and such individual shall have sixty (60) days from the date of selection to make a determination which shall be binding on the parties as a schedule of wage rates. While it is not intended that such third party undertake a full and complete job evaluation study, he or she shall review other job titles or classifications and their wage schedules for comparison purposes and may make an on-site inspection of the workplace and conduct a reasonable number of interviews of incumbents.

## ARTICLE 8 - ASSIGNING OF TITLES

8.1    The assignment of a particular title to an employee shall not limit or restrict the kind of work the employee may be required to perform, nor shall certain kinds of work be performed exclusively by certain classifications of employees.

8.2    An employee with a title listed in Section 1.1.1 who is assigned to work falling in a higher wage schedule (other than work incidental to the lower schedule) shall, during the period receive pay for the higher wage schedule only if he remains in that title for the greater part of a normal workweek.

8.3    The selection of an individual for assignment to a higher rated non-management title classification as listed in Section 1.1.1 will be determined by the Company. Consideration will be given to overall job performance (including attendance), qualifications and length of net credited service.

## ARTICLE 9 - BULLETIN BOARDS

9.1    Upon written request from the Union, the Company agrees to furnish, install and to move bulletin boards for the exclusive use of the Union. The size of the bulletin boards shall be approximately 18" x 36", 12" x 24" or 24" x 36" in dimension. The number of bulletin boards shall be determined jointly by the Company and the Union. The location of bulletin boards shall be determined by the Company with due regard to visibility and accessibility to employees for the Union is the recognized representative.

9.2    Any material posted on the bulletin boards shall bear a signature and statement that such material has been authorized for posting by an appropriate Union representative.

9.3    The bulletin board privilege covered by this Article may be terminated by either party at any time as to any or all bulletin boards. Subsequent to any such action, the party initiating termination will give the other party written notice of the location of all bulletin boards for which the bulletin board privilege has been terminated.

# ARTICLE 10 - NONDISCRIMINATION

**10.1**  The use of the masculine or feminine gender in pronominal reference or titles in this contract shall be construed as including both genders and not as sex limitations unless the contract clearly requires a different construction.

**10.2**  The Company shall not discriminate against any employee because of such employee's race, color, religion, sex, age, marital status, sexual orientation or national origin or because the employee is disabled, a special disabled veteran or a veteran of the Vietnam era.  The Company and the Union recognize that potential conflicts may arise between the Company's obligation to reasonably accommodate disabled employees under California and federal law and its obligations under this contract.  The parties agree to work together in good faith in an attempt to eliminate or minimize such conflicts in a timely manner.

# ARTICLE 11 - HOURS OF WORK

**11.1**  Eight (8) consecutive hours of work exclusive of meal-period intermission shall normally constitute a tour of duty.  Four (4) consecutive hours shall normally constitute a half-tour.

**11.2**  Weekly assignments normally will consist of five (5) tours of duty within a calendar week.  When necessary to meet the needs of the business, weekly assignments may consist of full tours of duty on certain days and half-tours on other days.  This section shall not apply to commissioned outside sales employees.

**11.3**  The Company and the Union will consider and implement tours other than those defined in 11.1 and 11.2 where it is agreed that such tours are in the best interest of both parties.

# ARTICLE 12 - SELECTIME

**12.1**  The Company and the Union agree to continue Selectime in accordance with the current Selectime parameters.  Either the Company or the Union may terminate Selectime by giving the other party thirty (30) calendar days' written notice.  Changes in the Selectime procedures may be made by mutual agreement. **A General Manager or Director, with the concurrence of the Director of Labor Relations may refuse to allow an employee to work a Selectime schedule for performance or Work Flow, but permit others in the work unit to work a Selectime schedule.**

**12.2**  Selectime Hours:

**12.2.1**  Except as provided elsewhere in this section, or as agreed to from time to time between the Union and the Company, Selectime work tours shall start at half (1/2) hour intervals between the hours of 7:00 a.m. and 9:00 a.m.

**12.2.2**  A "core time" of 9:00 a.m. to 3:00 p.m. will be observed.  All employees must be on the job during these core hours.

**12.2.3**  Employees' individual "Selectime" schedules must be maintained from payroll period to payroll period, and must remain in force through the end of the particular payroll period.

12.2.4    Deviations in scheduled starting hours under Selectime schedules of less than thirty (30) minutes will be tolerated, but should be minimized. Such time shall be posed by the employer to be made up at the end of that day's work shift. Employees who deviate thirty (30) minutes or less will not be considered tardy, unless they fail to make up the time. If that employee consistently deviates from his/her scheduled starting time, within the first thirty (30) minutes, he/she may lose his/her Selectime privileges and return to a more suitable work schedule.

12.2.5    Employees must keep their supervisor informed of their whereabouts at all times.

12.3      Supervisory Requirements:

12.3.1    A minimum ratio of one supervisor to every twenty clerks on the job shall be maintained regardless of the hour, for the purpose of answering questions, recording reporting times and maintaining a safe work environment.

12.3.2    A duty supervisor will be assigned and is the acting supervisor for those employees assigned to him/her during the time frame that the employee's regular supervisor is not on the job. The above requirement include all supervisory functions, i.e. accident reporting, questions, etc.

12.3.3    It will be the responsibility of the employee's regular supervisor to make certain the employee understands what the day's work assignment shall consist of even in the absence of supervision.

12.4      Recording Requirements:

12.4.1    A list of employees (management and non-management) will be prepared each payroll period and posted in each unit. It will be the responsibility of each employee to call the supervisor on duty if he cannot report to work that day.

12.4.2    Employees will post their own time variations on the unit daily time sheet.

12.4.3    All employees will be expected to keep personal time off the job to the barest minimum. Employees under Selectime should arrange for doctor appointments on their own time.

12.5      Sales Employees:

12.5.1    Directory Sales Representatives and Business Sales Representatives will be allowed to use "Selectime" in those periods between 7:30 a.m. and 9:00 a.m. The time periods listed in this section are the only ones available to these employees.

12.5.2    Out Book Assignment: Advertising Sales Representatives **and New Markets Representative** who wish to return to their home in the Southern California region when working in travel assignments will be allowed on Friday, the day they are traveling to their home, to start work at 6:00 a.m., if he/she chooses, and complete their normal tour, allowing them to leave the assigned work location at 2:30 p.m. This exception applies only to employees on out-book assignment.

16

12.5.3    Advertising Sales Representatives, **New Markets Representative** or Key Account Executives employees who are assigned to a work location other than their Headquarters location may, with prior supervisory approval, schedule their tour of duty on the day of their return to the work location to start no later than 10:00 a.m.

12.5.4    Clerical support employees who are assigned to a work location other than their Headquarters location may, with prior supervisory approval, schedule their tour of duty on the day of their return to the work location to start no later than 10:00 a.m. but must make up their time by remaining on the job until 6:00 p.m. to insure a full day's work.

12.5.5    On a departure day from a work location other than their Headquarters, a clerk may, with prior supervisory approval, elect to "flex" from 7:00 a.m.

12.5.6    The "flex" privilege on Fridays can be used only when there is continued telephone coverage in the office, i.e., field offices having temporary personnel.

## ARTICLE 13  - PART-TIME, TEMPORARY, and TERM EMPLOYEES

**13.1    Part-Time Employees:**

13.1.1    A part-time employee is one who is employed and normally scheduled to work less hours per average month than a comparable full-time employee in the same job title, classification, and work group working the same normal daily tour.  Treatment of part-time employees under the Companies' benefit plans and payment programs is dependent on the employee's "average workweek".

13.1.2    When an employee begins working part-time the "average workweek" will be determined in advance by dividing the employee's normally expected scheduled hours per month by 4.35 and rounding the result to the next higher whole number.  (For example: 68 hours per month divided by 4.35 equals 15.6, rounded to an average workweek of 16 hours).  This "average workweek" will apply until an employee has worked a full calendar quarter as a part-time employee.

13.1.3    After an employee has worked a full calendar quarter as a part-time employee, the "average workweek" will be determined as of the end of each calendar quarter during which the employee was classified as a part-time employee for the entire quarter.  The "average workweek" for the following quarter will be determined by averaging all hours worked during the prior quarter.  The average includes:

13.1.3.1    Hours worked up to a maximum of eight (8) per day or forty (40) per week; and

13.1.3.2    Hours scheduled or assigned to be worked but excused, paid or unpaid.

13.1.3.3    The total of (1) & (2) above will be limited to a maximum of eight (8) hours per day or forty (40) per week.

13.1.4    For periods of service as a part-time, proration calculations for wages or service for each of the following benefit plans and payment programs will be based on the relationship of the individual part-time employee's "average workweek" to a forty (40) hour workweek:

>       Pension Plan
>       Disability Benefit Plan
>       Life Insurance Plans
>       Severance Plan
>       Vacation, Holiday and Paid Personal Days Off
>       Sickness Absence Payments
>       Success Sharing

The revised calculation method will not apply retroactively, and employees receiving disability benefits under the Disability Benefits Plan, sickness absence payments, or vacation payments will continue to receive the same level of benefits until their eligibility for such benefits or payments expires.

13.1.5    Monthly contributions to the Medical, Dental, and Vision Plans will be prorated using the same percentage calculated in Section 13.1.2.and 13.1.3 as applicable. The Company will pay that percent of the cost of coverage for Medical, Dental and Vision care for a full time employee. The part-time employee will pay the difference between the Company contributions and the cost of the plan.

13.1.6    A part-time employee shall not be paid Sickness Absence Payments under Section 13.1.4 unless such absence due to sickness occurs on a day of the week on which the employee is normally scheduled to work and a full-time employee in the same circumstances would be paid.

13.1.7    The proportional treatment provided in this Section shall not apply to commissions earned by part-time employees assigned to the title classifications, Advertising Sales Representative, Key Account Executive, Business Sales Representative, Directory Sales Representative, **New Markets Representative**, or Directory Advertising Representative. Such part-time employees shall receive full commissions based on the value of the directory advertising sold.

13.1.8    Part-Time employees, regardless of classification, shall be eligible for Excused Work Days on a prorated basis based upon the ratio of any such part-time employee's equivalent workweek to the normal workweek of a comparable full-time employee.

13.2    The Company will not use the services of temporary workers who are not Company employees for longer than six (6) consecutive weeks without Union concurrence. The Company will **inform** the Union of all temporary workers who are performing bargaining unit work and who are not Company employees. The list will be updated every month and will include time arrived, type of work being performed and expected departure date.

13.3    **Temporary Employees:** Temporary employees are those engaged for a specific project or a limited period, with the definite understanding that their employment is to terminate upon completion of the project or at the end of the period, and whose employment is expected to continue for more than six (6) consecutive weeks but not for more than one (1) year.

13.3.1    Temporary employees are paid wages, commissions, and are not eligible for vacation, pension or death benefits. They are eligible for Concession, Floating Holidays, Excused Work Days and Short-term Disability.  Temporary employees will maintain eligibility for benefits in accordance with Section 22.4. Temporary employees are not subject to progressive discipline procedures, and may be terminated at any time, for cause or for no cause.  Such termination shall not be subject to the arbitration provisions of the contract.

**13.4**    **Term Employees:** Term employees are those engaged for a specific project or a limited period, with the definite understanding that their employment is to terminate upon completion of the project or at the end of the period, and whose employment is expected to continue for approximately one (1) year but not for more than three (3) years.

13.4.1    Term employees shall be entitled to the same benefits for which regular employees are eligible except that they may not initiate a transfer, are not eligible for the provisions of the long term disability plan, and are excluded from the operation of Article 31 of this contract.  Upon completing 90 calendar days of employment, term employees shall be eligible to apply for permanent positions if no regular employee requests and qualifies for an opening.  Qualified term employees shall be placed before external applicants.

**13.5**    A temporary and term employees shall be advised of their employment status and all pertinent information related thereto at the time of hiring.

**13.6**    All provisions of this contract shall apply to temporary and term employees, except where otherwise provided.

**13.7**    It is not the intent of this Article to replace present full-time employees with part-time employees. However, nothing herein shall prevent a full-time employee from voluntarily becoming a part-time employee.  Nothing in this Article shall require the Company to hire any individual or group of individuals for any particular task or position unless such employee or individual is employed by the Company for a period in excess of one (1) year.  A temporary employee who is employed for twelve (12) months or more shall be classified as a regular part-time (or full-time) employee.

# ARTICLE 14 - BASIS OF COMPENSATION (Noncommissioned employees)

**14.1**    **Basic Wage Rates for Normal Work Week**

**14.1.1**    **Title and Schedule Designation**

| SCHEDULE | TITLES |
|---|---|
| D-7 | Administrative Assistant |
| D-7 | Advertising Support Associate |
| D-7 | Computer Operator |
| D-7 | Customer Associate |
| **D-7** | **Customer Associate - National** |
| D-9 | Customer Relations Representative |
| D-9 | Customer Service Representative |
| D-5 | Data Collector |

| | |
|---|---|
| D-9 | Direct Mail Service Representative |
| D-9 | Directory Office Representative |
| D-12 | Field Sales Collector |
| D-7 | Lead Generation Representative |
| D-9 | Office Assistant |
| D-9 | Operations Specialist |
| D-10 | Priority Account Representative |
| D-5 | Reports Associate |
| D-5 | Staff Clerk |
| D-7 | Staff Representative |
| D-7 | Supervisor's Assistant |
| D-9 | Universal Support Associate |

**14.1.2**    **The Wage Schedules shown below:**

**14.1.2.1**    WAGE SCHEDULE:  D-5

| Step # | Schedule | Effective 08/2005 through 8/2007 |
|---|---|---|
| 1 | $458 | **$458** |
| 2 | $493 | **$493** |
| 3 | $532 | **$532** |
| 4 | $576 | **$576** |
| 5 | $623 | **$623** |
| 6 | $677 | **$677** |
| 7 | $732 | **$732** |
| 8 | $792 | **$792** |
| 9 | $856 | **$856** |

**14.1.2.2**    WAGE SCHEDULE:  D-7

| Step # | Schedule | Effective 08/2005 through 8/2007 |
|---|---|---|
| 1 | $475 | **$475** |
| 2 | $497 | **$497** |
| 3 | $536 | **$536** |
| 4 | $577 | **$577** |
| 5 | $632 | **$632** |
| 6 | $688 | **$688** |
| 7 | $758 | **$758** |
| 8 | $863 | **$863** |
| 9 | $899 | **$899** |

20

14.1.2.3     WAGE SCHEDULE: D-9

| Step # | Schedule | Effective 08/2005 through 8/2007 |
|---|---|---|
| 1 | $462 | $462 |
| 2 | $505 | $505 |
| 3 | $555 | $555 |
| 4 | $607 | $607 |
| 5 | $665 | $665 |
| 6 | $732 | $732 |
| 7 | $801 | $801 |
| 8 | $878 | $878 |
| 9 | $961 | $961 |

14.1.2.4     WAGE SCHEDULE: D-10

| Step # | Schedule | Effective 08/2005 through 8/2007 |
|---|---|---|
| 1 | $493 | $493 |
| 2 | $538 | $538 |
| 3 | $590 | $590 |
| 4 | $646 | $646 |
| 5 | $708 | $708 |
| 6 | $777 | $777 |
| 7 | $852 | $852 |
| 8 | $934 | $934 |
| 9 | $1,023 | $1,023 |

14.1.2.5     WAGE SCHEDULE: D-12

| Step # | Schedule | Effective 08/2005 through 8/2007 |
|---|---|---|
| 1 | $528 | $528 |
| 2 | $577 | $577 |
| 3 | $634 | $634 |
| 4 | $693 | $693 |
| 5 | $760 | $760 |
| 6 | $836 | $836 |
| 7 | $914 | $914 |
| 8 | $1,002 | $1,002 |
| 9 | $1,098 | $1,098 |

21

**14.2    Payments**

14.2.1    Employees shall be paid at the weekly rate for forty (40) hours as provided in the established schedules for their respective classifications.

14.2.2    Employees shall be paid biweekly and, when practicable, not later than the Friday following the last day of the pay-period.

14.2.3    When practicable, the Company will distribute paychecks in sufficient time to permit employees to cash their checks on the regular payday.

**14.3    Progression on Wages Schedules**

14.3.1    New employees may, at the Company's discretion, be granted wage service credit in an amount determined by the Company for previous training and/or experience considered by the Company to be of value in their assignments.

14.3.2    Wage increases in the amounts shown in the schedules shall be granted automatically on completion of the time intervals specified, subject to the conditions stated hereafter.

14.3.2.1    A scheduled increase falling within the first seven (7) days of a two (2) week pay-period shall be effective on the first day of that two (2) week pay-period. A scheduled increase falling within the second seven (7) days of a two (2) week pay-period shall be effective on the first day of the next following two (2) week pay-period. Adjustment to establish the effective date of an increase to meet the first day of a two (2) week pay-period shall not change the date from which the time interval for next increase shall be computed.

14.3.2.2    No wage increase shall become effective during a period of absence in excess of seven (7) calendar days, paid vacations excepted.

14.3.2.2.1    If the effective date of a scheduled increase falls during a period of absence in excess of seven (7) calendar days, and not exceeding thirty (30) calendar days, the increase will become effective on the day the employee returns to work, subject to the provisions of Section 14.3.2.1. Adjustment in effective date of this increase shall not change the date from which the time interval for next increase would otherwise be computed.

14.3.2.2.2    If the effective date of a scheduled increase falls during a period of absence in excess of thirty (30) calendar days, a maximum of thirty (30) calendar days only shall be credited to the employee's previously accrued time within the wage progression step schedule and the increase shall become effective either on the day the employee returns to work if credited with the necessary time for next increase, or after the employee has worked the remainder of the applicable wage progression time interval, subject to the provisions of Section 14.3.2.1.

14.3.3    In no event shall the application of the provisions of this Section operate to make an increase effective on a date earlier than would be the case had no absence occurred.

**14.3.4**    When an employee is absent for more than thirty (30) consecutive calendar days, a maximum of thirty (30) calendar days only of such absences shall be credited to the employee's previously accrued total schedule time within the wage step schedule except that no credit shall be allowed for wage progression purposes for any period of absence covered by a leave of absence for Union activity.

**14.4**    **Transition to New Wage Schedules from Superseded Wage Schedules:** The guidelines for administering these wage rates are as follows:

**14.4.1**    Employees engaged prior to the effective date of the new wage schedule.

**14.4.1.1**    First, should receive any wage adjustment they normally would have received (on the old schedule) as of their scheduled increase date.

**14.4.1.2**    Should then be placed on the same step of the new schedule as they are on the old (e.g. move from Step 6 to Step 6.)

**14.4.1.3**    Employees should then progress on the new schedule in the same manner as on the old schedule, carrying with them the time already accrued on that step.  For example, an employee with 4 months on Step 2 (of Wage Schedule D-9) would move to Step 2 (Wage Schedule D-9) on the new schedule and would progress to Step 3 after the completion of two (2) more months.

**14.4.2**    If an employee is on Disability Benefits on the effective date of the General Wage Increase any wage changes will be made effective on the date that the employee returns from absence.

**14.4.3**    An employee hired after the effective date of the General Wage Increase, should be placed on the new schedule by appropriate job, wage classification, and wage credit, effective on their date of hire.  (See the Wage Administration Practice.)

**14.4.4**    In no case should any employee's wages be increased to a rate higher than the top rate of the new appropriate wage schedule.

**14.5**    **Flexible Starting Rates:**

**14.5.1**    When, in the judgment of the Company, an increase becomes desirable in the starting rate for a wage schedule, the Company will so notify the Union and will discuss with the Union both the starting rate and method of progression from the new starting rate to the particular existing schedule.

**14.5.2**    If the Union and the Company reach an agreement thereon, the schedule between the points where the old schedule is reached and the maximum rate, as well as the overall schedule length, will remain unchanged; and the employees to whom such altered schedule applies will be placed on the altered schedule with the same total schedule time they had on the previous schedule.

**14.5.3**    If the Company and the Union fail to reach agreement within fifteen (15) days after the above date of notification of said proposal; such schedule shall remain unchanged.

14.5.4    The Company may discontinue or reduce the amount of such increased starting rates at any time, but such discontinuance or reduction shall not cause a decrease in the wage rate of any employee whose wage rate was increased under Section 14.**5.1** or Section 14.**5.2**. The application of Section 14.**5.4** shall not result in starting rates lower than those on the old schedule.

**14.6    Administrative Wage Practices**

**14.6.1    The following definitions will apply to this practice:**

14.6.1.1    A Change of Assignment is a change from one title classification to a different title classification.

14.6.1.2    To determine whether an employee's change of assignment is to a lower or higher-rated schedule, compare the top rates of the appropriate schedules.  In all cases sales titles will be considered higher rated.

14.6.1.3    Steps - are a specified number of six (6) month intervals on a schedule.

14.6.1.4    Elapsed Time - the time an employee has accumulated or should be credited with on a step.

14.6.1.5    Total Schedule Time or Wage Experience Credit - is determined by combining the number of months corresponding to the employee's current step and the elapsed time on that step.

**14.6.2    Changes of Assignment to a Higher-Rated Schedule:**

14.6.2.1    On all changes of assignment to a higher-rated schedule, the employee shall be placed on the same step on the higher-rated schedule that the employee was administered on the former schedule.  To determine the time interval to the next progression increase, credit shall be allowed for the employee's elapsed time on the step of the former schedule.

14.6.2.2    The step the employee is placed on is not to exceed the step down limitations as listed in Section **14.6.6.1**, Section **14.6.6.2**, and Section **14.6.6.3**.

14.6.2.3    If the limitations in Section **14.6.6.1** and Section **14.6.6.2** are applied, no credit towards the time interval to the next progression increase will be granted.

14.6.2.4    No employee who accepts a promotion to a higher classification will suffer a loss in pay as a direct result of wage step placement in the new schedule due to the limitations of Article **14.6**, Sections **14.6.6.1** and **14.6.6.2**.

**14.6.3    Changes of Assignment to a Lower-Rated Schedule:**

14.6.3.1    On all changes of assignment to a lower-rated schedule, the employee shall be placed on the same step on the lower-rated schedule that the employee was administered on the former schedule.  To determine the time interval to the next progression increase, credit shall be allowed for the employee's elapsed time on the step of the former schedule.

**14.6.4    Retreats:**

14.6.4.1    Anytime an employee moves to another job and subsequently retreats to the former job within six (6) months, except **a** twelve (12) month period for **Account Sales Representative, Directory Sales Representative, New Markets Representative and Key Account Executive** for wage purposes, the employee will be treated as though they never left the job.

14.6.5    When a change of assignment occurs on the date on which a scheduled increase is due, both pay adjustments shall be effective on that date but the scheduled adjustment shall be considered as preceding any applicable assignment adjustment.

**14.6.6    Upgrade to (Limitation)**

14.6.6.1    The following limitation applies to upgrades from titles not in this Section to the titles listed in this Section.  Upgrade to:  (LIMITATION) - STEP FROM MAXIMUM - 12 Months

    Advertising Sales Representative (Premise)
    Directory Representative
    Directory Sales Representative (Telephone)
    **New Markets Representative**
    Field Sales Collector
    Key Account Executive
    Telephone Sales Representative (Telephone Training)

14.6.6.2    The following limitation applies to upgrades from titles not in this Section to the titles listed in this Section. Upgrade to:  (LIMITATION) - STEP FROM MAXIMUM - 6 Months

    Account Collection Representative
    Advertising Support Associate
    Administrative Assistant
    Computer Operator
    Customer Associate
    **Customer Associate - National**
    Customer Service Representative
    Direct Mail Service Representative
    Directory Office Representative
    Lead Generation Representative
    Office Assistant
    Operations Specialist
    Priority Account Representative
    Staff Representative
    Supervisor's Assistant
    Universal Support Associate

14.6.6.3    Upgrade to:  (LIMITATION) - STEP FROM MAXIMUM - 0 Months

    Business Sales Representative
    Business Sales Representative - Training
    Data Collector
    Reports Associate
    Staff Clerk

25

**14.7    Overtime.**

14.7.1    Over time and Sunday time worked at the direction of supervision shall be paid for as follows:

14.7.2    Time worked in excess of eight (8) hours a day shall be paid for at the rate of one and one-half (1-1/2)hours' pay for each hour worked Time paid for but not worked shall be excluded in determining "time worked in excess of eight (8) hours a day". Employees on an approved alternative work schedule will receive this premium only when working more than their regularly scheduled daily work hours.

14.7.3    All hours worked in excess of forty-nine (49) in a calendar week shall be paid at the rate of two (2) hours' pay for each hour worked.

14.7.4    Time paid for but not worked on a holiday which falls Monday through Friday in the calendar week shall be included as time worked in the workweek. Time worked in excess of forty (40) hours in a calendar week shall be paid for at the rate of one and one-half (1-1/2) hours' pay for each hour worked. The following time will not be included in determining "time worked in excess of forty (40) hours in a calendar week".

14.7.4.1    Time paid for but not worked, except holiday pay as provided in this Section.

14.7.4.2    Time worked in excess of eight (8) hours on any day.

14.7.5    Time worked on Sunday shall be paid for at the rate of one and one-half (1-1/2) times the employee's straight time hourly rate for each hour worked.

14.7.6    Both overtime and Sunday, or holiday rates will not be paid for the same hours worked.

**14.8    Success Sharing.**

14.8.1    Success Sharing is designed to reward employees predicated on the Company's performance. The payout structure and measurements will match the management short-term incentive plan.

14.8.2    **For employees listed in section 14.1 the** standard payment award will be made when the Company reaches 100%. Payments greater than 100% of the standard payment will be at the discretion of the Company. **For employees hired (excluding rehires), on or before the effective date of this agreement** the standard payout will be 3.5% of an employee's annual base salary as of December 31, of the respective calendar year, **otherwise for employees hired, after the effective date of this agreement, the standard payout will be 2.0%.** The payout will occur in the first quarter of the following year.

14.8.3    Eligibility:

14.8.3.1    Must be a full-time, part-time or term employee. A temporary employee is not eligible.

14.8.3.2    **For employees working less than 12 months during the award year,** the payout will be prorated on a daily prorate.

14.8.3.3    If an employee is involuntarily terminated for misconduct before the award is paid, he or she will not receive the award.

**14.9    Differentials.**

14.9.1    Employees, who are assigned a tour of duty, any part of which falls after 7 p.m. or prior to 6 a.m., shall receive a tour differential in the amount of ten (10) percent of the employee's weekly basic rate of pay.

14.9.2    The tour differential paid under the provisions of Section **14.9.1** shall be added to the basic weekly wage rate in computing vacation, overtime, holiday and Sunday payments.

14.9.3    The tour differential shall be for a full-time week of five (5) tours.  When an employee works less than a full-time week of five (5) tours to which a differential is applicable, the tour differential will be prorated, that is, one-fifth (1/5) of the tour differential will be paid for each full tour worked for which a differential is provided in Section **14.9.1**.

14.9.4    A clerical employee assigned to relieve a Management employee or who is relieved from regular clerical duties and assigned to training other than induction or orientation of one (1) or more other clerical employees shall be paid a $12.00 differential for each day in which more than half (1/2) of the employee's tour is spent on such relief assignment.

**14.10    Reimbursement of Expenses.**

14.10.1    Except where specified herein employees will be reimbursed for business expenses in accordance with the SBC Communications Inc. and Participating Companies Management Employee Expense Guidelines ("Guidelines"); and will be reimbursed for mobile and cellular phone service in accordance with the SBC Corporate Wireless Policy **in effect as of the effective date of this agreement** for Cellular Services ("Policy").

14.10.2    **Meal Allowance. Employees listed in section 14.1.1,** shall be granted a meal allowance in accordance with the following :

14.10.2.1    $12.00 when the employee works two or more hours immediately after completing his or her regular tour or when the employee's supervisor asks the employee to take a meal after the employee completes his or her regular tour.  The employee will receive an additional $9.00 if the employee works six or more hours immediately after completing his or her regular tour, excluding meal periods.

14.10.2.2    $6.00 when the employee works two or more hours immediately before starting his or her regular tour.  $4.00 when the employee works one hour immediately before starting his or her regular tour and one hour after completing his or her regular tour or any combination of time worked before and after the employee's regular tour which equal two hours.

14.10.2.3    An employee will not be reimbursed for midday lunch expenses.

14.10.2.4    An employee should eat meals for which reimbursement is given under this section on his or her own time unless the employee's supervisor determines that the employee cannot be released from work for the meal.  In the latter case, the employee will be given a reasonable time to eat the meal during Company time.

14.10.3    **Mileage.** E mployees listed in **section 14.1.1** will be reimbursed for mileage use at the I.R.S. rate when using personal vehicles in conducting Company business, unless an employee uses a Company car or Company provided rental car in place of the employee's personal vehicle. (See: **SBC Employee Expense Policy; Use of Personal Vehicle.**)

14.10.4    **Field Sales Collector.**  Field Sales Collector's shall be reimbursed for meal and lodging expenses in **accordance with Sections 15.6.3 and 15.6.4; and** reasonable **business** cellular phone expense**; and** reimbursement for the additional expense incurred in maintaining insurance coverage minimums referred to in Section **15.6.5.1; and shall have the reimbursement benefits (parking, toll bridges, toll roads when conducting Company business, etc.) described in Section 15.6.5.4; and shall not have reimbursement benefits (meal allowance) described in Section 14.10.2; and shall have reimbursement benefits (mileage) described in Section 14.10.3.**

14.10.5    **Priority Account Representative. Priority Account Representative's** shall receive the appropriate flat-rate allowance in accordance with Section **15.6.5.2** for each day in which the employee's personal vehicle is used for contacting customers; **and** reimbursement for the additional expense incurred in maintaining insurance coverage minimums referred to in Section **15.6.5.1; and shall have the reimbursement benefits (parking, toll bridges, toll roads when conducting Company Business, etc) described in Section 15.6.5.4; and shall not have reimbursement benefits (mileage) described in Section 14.10.3; and shall have reimbursement benefits (meal allowance) described in Section 14.10.2.**

14.10.6    **Employees incurring an expense under section 14.10 will be required to submit a voucher for reimbursement of their expenses within ninety (90) calendar days of the incurred expense.  If the employee does not submit a voucher within ninety  (90) calendar days, the Company may not reimburse the employee, as determined by the Company and will be based on the unique circumstances of each individual case, such as a Disability case in which the employee was unable to submit a timely voucher.**

14.10.7    Any changes in the Internal Revenue Service (IRS) regulations on the tax treatment of expense allowances shall be considered to come under the provisions of Section **32.1**.

14.11    **Priority Account Representative (PAR) Bonus.**

14.11.1    Target is $6,000 **for employees within this title as of the ratification date of this agreement.**  There are two components to the bonus plan:

14.11.1.1    Workflow with an annual value of $3,000 paid quarterly at $750.
14.11.1.2    Accuracy with an annual value of $3,000 paid quarterly at $750.

14.11.2    The bonus payment is dependent on the level of the salesperson's performance relative to the Company's workflow and accuracy standards.

14.11.3    Bonus will be paid in four equal parts for each quarter's results (four times a year.)  Actual payment will occur no later than the second payroll period of the new quarter after results are obtained.

**14.11.4**  A workflow bonus will be paid if a PAR meets campaign workflow guidelines and has no accounts retired after the directory extract date. An accuracy bonus will be paid if a PAR receives 3 or fewer errors in the last 12 months.

**14.11.5**  **Any employee hired (including rehired) into this title after the effective date of this agreement will not be eligible for the PAR Bonus.**

**14.12   SPIFF.**

**14.12.1**  The Company shall have the right to reward individuals or groups of employees based on outstanding contributions in relation to their performance and production on the job.

**14.12.2**  The Company shall have responsibility for determining recipients of the award and may discontinue or reduce the amount of the award at any time.

**14.13   Lump Sum Payment .**

**14.13.1**  **3% lump sum payment in 2005, of the employee's weekly wage rate at the time of ratification, annualized (52 weeks), paid on or before the second pay check after ratification.**

**14.13.2**  **2.5% lump sum payment in 2006, of the employee's weekly wage rate, annualized (52 weeks), paid on or before the second pay in August.**

**14.13.3**  **2.5% lump sum payment in 2007, of the employee's weekly wage rate, annualized (52 weeks), paid on or before the second pay in August.  In additional a $250.00 lump sum payment paid in the same pay period.**

**14.13.4**  **Section 14.8 (Lump Sum Payment) shall apply only to active employees, on the date of payment, listed in Section 14.1.1.**

**14.13.5**  **All Lump Sum payments specified in this Section shall be included in all applicable supplemental Pension calculations.**

# ARTICLE 15 - BASIS OF COMPENSATION
## (Commissioned employees)

These provisions covering rates of pay, hours, terms and conditions of employment shall be applicable to employees engaged in the sales and servicing of items sold by Pacific Bell Directory who are assigned title classification Key Account Executive, Advertising Sales Representative, Directory Representative (Premise Training), Directory Sales Representative, New Markets Representative, Telephone Sales Representative (Telephone Training) and Business Sales Representative:

15.1    Definitions:

15.1.1    **Commissionable Business.** Commissionable Business is the monthly revenue value of the business accounts assigned plus new business sold by a salesperson, accepted by the Company (including but not limited to resolving all queries, signed contracts, signed copy sheets, all applicable advance payment requirements, art work, etc.,) published in each applicable Company publication, and sold by a commissioned employee.

15.1.2    **Existing Business (BOTS).** "Existing Business" includes all the advertising for a given person, partnership or corporation in any current publication, irrespective of the number of directory advertising contracts (including Multi-books) covering the said advertising which constitutes the value of the contracts as signed by the customer.

15.1.3    **New Business.** "New Business" is the revenue from the sale of advertising to a customer who has no "Existing Business" in the previous campaign cycle and/or who has no relationship, partnership, association, etc., with any account in any current publication, or any Bad Debt Account in any previous publication as determined by the Company.

15.1.4    **Bad Debt Accounts.** "Bad Debt Accounts" are accounts in any current publication or any previous publication that are 120 days past due or over (Key Accounts equal 150 days past-due), or accounts that are in a "lock-out" status.   As defined in Article 15.1.4.1 & 2.

15.1.4.1    **Past Due Accounts.** For assignment and commission purposes only, an account is past due when no full payment has been received 31 days after a given customer billing date. If full payment is not received by 120 days past due (Key Accounts equal 150 days past-due), the customer will be subject to the assignment changes. This definition applies whenever this term is used in Article 15 or elsewhere in the contract.

15.1.4.2    **Lock Out Accounts:** Generally an account is categorized "lock-out" after the CSO treatment process has been completed. The Company has the sole discretion to determine whether and when an account is in Lockout Status.  This definition applies whenever this term is used in Article 15 or elsewhere in the contract.

**15.1.5**   **Re-Work Business (Original Rep).** "Re-Work Business" is work done by the same employee previously reporting the account for the publication under canvass when the revenue obtained on any Existing Business or New Business worked (retired) account that is different from the revenue value of the contract originally obtained

**15.1.6**   **Re-contact Business. :.** "Re-contact Business" is the revenue obtained on any Existing Business or New Business worked (retired) account, which has been reassigned to an individual, in excess of the revenue value of the contract obtained by an employee other than the sales employee previously reporting the account for the publication under canvass.

**15.1.7**   **Re-canvass Business :.** "Re-canvass Business" is the revenue obtained on any Existing Business or New Business worked (retired) account, which has been "<u>batch</u>" reassigned to an individual, in excess of the revenue value of the contract obtained by an employee other than the sales employee previously reporting the account for the publication under canvass.

**15.1.8**   **Increased Business.** "Increase Business" is the excess of the revenue from the sale of advertising over the "Existing Business" in any current publication.

**15.1.9**   **Renewal Business.** "Renewal Business" is all revenue from the sale of advertising to a customer for the forthcoming publication, which is not in excess of the "Existing Business" in any current publication.

**15.1.10**   **Market Assignment.** "Market Assignment" consists of the Representative's initially assigned accounts, accounts associated to an initially assigned account, accounts returned as a result of an account association, and subsequent assigned Existing Business and New Business.

**15.1.11**   **Disconnected Accounts.** "Disconnected Accounts" are accounts where all phone numbers are disconnected within the Yellow Page and/or White Pages program are/is disconnected with absolutely no forwarding information.

**15.1.12**   **National Accounts.** "National Accounts" is an account that is now controlled by a registered CMR and the advertising can be placed only through a National contract and verified through the national migration team.

**15.1.13**   Account: An account is a single customer telephone number or a group of customer telephone numbers (through an account association) assigned to a particular Customer ID, or in the case of a Work With situation, a group of Customer ID's which are combined with one Leader Customer ID and one or more Member Customer ID's.

**15.1.14**   High Revenue Account – Equitability Market Assignment: An account, which cannot be equitably assigned with plus or minus seven and a half percent (7.5%) of market equitability.

**15.1.15**   High Revenue Account – 100% Follow Yourself: An account which is above four (4) times the average account size in relation to all of the revenue accounts assigned in the campaign.

**15.1.16**    Revenue Per Day: This is a calculated number using the campaign base revenue assigned and the number of net campaign sales days allocated to a campaign.

**15.1.17**    Base Revenue: The amount of revenue assigned to an account. It is generally the Book on the Street (BOTS) revenue amount minus any applicable adjustments.

**15.1.18**    Serviced Revenue: The amount of base revenue completed by a sales representative during a campaign.

**15.1.19**    Retired Revenue: This is the sum of all of the retired and completed revenue that a representative has sold for the next issue publication of all of the directories assigned to an account.

**15.1.20**    Campaign Gain Objective: The expected rate of return on the Base Revenue assigned to a campaign. The Company sets the Campaign Gain Objective at the beginning of each campaign based on historical campaign performance, current market conditions and the overall revenue commitment to the Parent Corporation.

**15.1.21**    Account Prospect Type: The account prospect type is an Advertiser, Non-Advertiser, New Connect or Re-contact **or** Batch Re-canvass. :.

**15.2**    **Basis of Compensation – Salary, Commission, Bonus and SPIFF. Key Account Executive, Advertising Sales Representative, Directory Representative (Premise Training), Directory Sales Representative, New Markets Representative, Telephone Sales Representative (Telephone Training) and Business Sales Representative shall be compensated under the combined salary and commission plan as follows:**

**15.2.1**    **Salary:**

**15.2.1.1**    **Basic weekly salary for a Advertising Sales Representative and Directory Representative (Premise Training):**

| Wage Steps | P-1 Weekly Salary | P-2 (Training) Weekly Salary |
|---|---|---|
| 1 | $204 | $387 |
| 2 | $224 | $430 |
| 3 | $245 | $476 |
| 4 | $269 | $528 |
| 5 | $296 | $585 |
| 6 | $324 | $648 |
| 7 | $355 | $718 |
| 8 | $387 | $796 |
| 9 | $422 | $881 |

15.2.1.1.1    **Each employee newly engaged and while in Initial Sales Training shall carry the title of Directory Representative and will be paid basic salary according to the P-2 wage schedule. In no case shall an employee during their entire employment be paid basic salary under the P-2 wage schedule for more the six (6) total weeks. After successful completion of Initial Sales Training employee shall carry the title of Advertising Sales Representative and shall be paid basic salary under the P-1 wage schedule.**

**15.2.1.2**    **Basic weekly salary for a Directory Sales Representative and Telephone Sales Representative (Telephone Training):**

|  | T-1 | T-2 (Training) |
|---|---|---|
| Wage<br>Steps | Weekly<br>Salary | Weekly<br>Salary |
| 1 | $204 | $363 |
| 2 | $224 | $396 |
| 3 | $245 | $436 |
| 4 | $269 | $476 |
| 5 | $296 | $522 |
| 6 | $324 | $574 |
| 7 | $355 | $628 |
| 8 | $387 | $689 |
| 9 | $422 | $754 |

15.2.1.2.1    **Each employee newly engaged and while in Initial Sales Training shall carry the title of Telephone Sales Representative and will be paid basic salary according to the T-2 wage schedule. After successful completion of Initial Sales Training employee shall carry the title of Directory Sales Representative and shall be paid basic salary under the T-1 wage schedule.**

15.2.1.2.2    For a period of six (6) months only, an employee assigned for the first time in the title Directory Sales Representative, **excluding sales employees downgrading from an Advertising Sales Representative or Key Accounts Executive position or sales employees upgrading from a Business Sales Representative position, unless approved by the Company,** shall be paid during the first six (6) months following the **assignment in the title Directory Sale Representative,** the greater of the following two (2) amounts computed weekly:

a)    The rate per week (40-hour basis) associated with such employee's wage schedule step on the Wage Schedule T-2 of this contract; or

b)    The rate per week (40-hour basis) associated with such employee's wage schedule step on the Wage Schedule T-1 of this contract plus commission earnings determined in accordance with the Sales Commission Plan.

**15.2.1.3**    **Basic weekly salary for a Key Account Executive:**

|  | K-1 |
|---|---|
| Wage<br>Steps | Weekly<br>Salary |
| 1 | $901 |
| 2 | $969 |
| 3 | $1,025 |
| 4 | $1,068 |
| 5 | $1,100 |

15.2.1.3.1    S alespeople who transfer from General Business into Key Accounts will start at the step **by taking the individual's latest Daily Sales Average multiplied by 5, multiplied by 70%, and placed at the appropriate step at or above step 3.**

33

15.2.1.3.2    All new hires will start at the appropriate schedule according to wage credit guidelines, not to exceed Step 3 of Schedule K1.

**15.2.1.4    Basic weekly salary for a Business Sales Representative (BSR):**

| | **N-1** | **N-2 (Training)** |
|---|---|---|
| Wage<br>Steps | Weekly<br>Salary | Weekly<br>Salary |
| 1 | $204 | $318 |
| 2 | $222 | $345 |
| 3 | $243 | $374 |
| 4 | $265 | $405 |
| 5 | $289 | $441 |
| 6 | $315 | $478 |
| 7 | $344 | $521 |
| 8 | $375 | $566 |
| 9 | $407 | $610 |

15.2.1.4.1    Business Sales Representative.    : For a period of six (6) months only, an employee assigned for the first time in the title Business Sales Representative, **excluding sales employees downgrading from an Advertising Sales Representative, Key Accounts Executive or Directory Sales Representative positions unless approved by the Company**, Wage Schedule N-1, shall be paid during the first six (6) months following such initial assignment the greater of the following two (2) amounts computed weekly:

a) The rate per week (40-hour basis) associated with such employee's wage schedule step on the Wage Schedule N-2 of this contract; or

b) The rate per week (40-hour basis) associated with such employee's wages schedule step on the Wage Schedule N-1 of this contract plus commission earnings.

**15.2.1.5    Basic weekly salary for a New Markets Representative (NMR):**

| | **P-8** | **P-9 (Training)** |
|---|---|---|
| Wage<br>Steps | Weekly<br>Salary | Weekly<br>Salary |
| 1 | $242.00 | $327.50 |
| 2 | $262.00 | $357.50 |
| 3 | $283.50 | $393.00 |
| 4 | $307.50 | $429.50 |
| 5 | $334.00 | $470.50 |
| 6 | $362.00 | $517.50 |
| 7 | $393.00 | $566.00 |
| 8 | $425.50 | $621.50 |
| 9 | $460.00 | $680.50 |

15.2.1.5.1    **New Markets Representative.** For a period of six (6) months only, an employee assigned for the first time in the title New Market Representative, Wage Schedule P-8, for the first time and who requires Initial Sales Training, shall be paid during the first six months following such initial assignment the greater of the following two amounts computed weekly:

    a)  The rate per week (40-hour basis) associated with such employee's wage schedule step on the Wage Schedule P-9 of this contract; or

    b)  The rate per week (40-hour basis) associated with such employee's wages schedule step on the Wage Schedule P-8 of this contract plus commission earnings.

15.2.1.5.2    **New Markets Representative.** For a period of two (2) pay periods only, an employee, who is assigned in the title New Market Representative for the first time, Wage Schedule P-8, from the title Directory Sales Representative, shall be paid during the first two (2) pay periods following initial assignment the greater of the following two (2) amounts computed weekly:

    a)  The rate per week (40-hour basis) associated with such employee's wage schedule step on the Wage Schedule P-9 of this contract; or

    b)  The rate per week (40-hour basis) associated with such employee's wages schedule step on the Wage Schedule P-8 of this contract plus commission earnings.

15.2.1.5.3    **New Markets Representative. When an employee has been assigned to a training title within the fifty-two (52) payroll periods, the greater of (1) commissions earned or (2) wages paid on a training schedule (P-9) above the wages that would have been paid (P-8), will be counted in the DSA calculation.**

15.2.1.6    **The basic salary schedules and basic salary rates in this Article shall remain the same throughout the life of this Agreement.**

15.2.1.7    **Wage progression increases and Administration shall be determined in a manner described in Article 14.3, 14.4, 14.5 and 14.6 of this Agreement.**

15.2.2    **Commission and Bonus (Not including BSR and NMR).**

15.2.2.1    **Commission on Existing Business (Net-By-Account).**

15.2.2.1.1    **At the beginning of each campaign the Company will determine the Rate Band used to advance commissions for the sales on Existing Business based on the revenue per-day assigned to the campaign.** The Rate Band determined **is** the basis for determining commissions for both Primary and Secondary Module assignments. Rate Bands will not be recalculated for campaign extensions; additional revenue added to the campaign, **and/or** revenue removed from a campaign. **When determining Rate Bands, the sales days associated with "Placeholder" and "Market from a Sales Rep who did NOT report to a campaign" will not be included in initial calculations. If during the course of the campaign these markets are reassigned to new employees not initially assigned to the campaign or/and "Sales Rep who did NOT report to the campaign" the prorated days will be added into the Rate Band calculations. If this calculation results in a change in the Rate Band, the new Rate Band will be applied for all previously retired transactions and all transactions retired on a moving forward basis.** See appendix for Rate Bands and example Rate Band calculation.

15.2.2.1.2    **The specific rate of commissions advanced is based on the percent performance of the entire Account (including Multi-book.) Percent performance is determined by dividing actual account sale (retired revenue) by Existing Business.   The percent performance on the Account is then correlated to the Performance Range of the applicable Rate Band. When determining the percent performance on the Account, Base Revenue Adjustments (BRA) as described in Section 15.7 will be applied, if applicable.  See appendix for Rate Bands.**

15.2.2.1.3    Accounts residing in Primary Module within a local campaign will be **advanced** commissions according to the Primary Module Rand Band Schedules.   Accounts residing in Secondary Module within the local campaign will be **advanced** commission according to the Secondary Module Rate Band Schedules.

15.2.2.1.4    **Baseline.**  When handling an Account where the account type is **Existing Business** and no revenue has been serviced on the account, commission shall be paid at the applicable rate of the 100% - 105% performance range of the Rate Band.  Once revenue is service on the account, performance will be recalculated and the applicable rate of **commission advanced** will be applied to the account.

15.2.2.1.5    **All Re-Work Business (Advertiser and New), as defined in section 15.1.5 will be advanced commission  at the same commission rate type (Existing Business or New Business) that the account was originally advanced commissions. The additional revenue sold will be added to the previous sold revenue and the performance will be recalculated and the applicable rate for commission advanced will be applied to the account.  Module assignment does not change for the sales employee.**

15.2.2.1.6    **When a sales employee services an Account where the Account type is an Advertiser and all the BOTS from the Existing Business is cancelled from the previous campaign cycle, after initial Market Assignment, the Account type will be redefined as a non-advertiser Account and advanced commission according to New Business rates.**

15.2.2.1.7    **All Re-canvass Business and Re-contact Business of Advertisers.  See section 15.2.4.3.**

15.2.2.2    **Commission on New Business.**

15.2.2.2.1    **The New Business commission rate is 150%.  The monthly value of the New Customer's Account is multiplied by the commission rate to determine the commissions advanced to the sales employee.**

15.2.2.2.2    When a sales employee services an Account where the Account type is a non-advertiser or a new connect and has no base revenue associated to the Account when retired for commission, commission shall be **advanced** at that New Business rate.   If the Account subsequently becomes **Existing Business,** for any reason, the Account will be redefined as **Existing Business and advanced commissions accordingly to Existing Business rates.**

36

15.2.2.2.3 **All Re-canvass Business and Re-contact Business (Advertiser and New), as defined in section 15.1.6 and 15.1.7 respectively, will be advanced commission at the New Business commission rate. The excess monthly revenue value of the contract obtained (retired) by an employee other than the sales employee previously reporting the account is multiplied with the commission rate to determine the commissions' advance to the sales employee. All Re-canvass Business and Re-contact Business will be assigned and/or reassigned into Secondary Module. :.**

15.2.2.3 **Commission on Bad Debt Accounts .**

15.2.2.3.1 **The Bad Debt Accounts, including Bad Debt non-advertisers, commission rate is 100%. The monthly value of the Bad Debt Account is multiplied by the commission rate to determine the commissions advanced to the sales employee.**

15.2.2.3.2 **Bad Debt Accounts for Key Account Executives are advance commission at the Existing Business rate (Net-By-Account).**

15.2.2.3.3 **Any Existing Business, Non-Advertiser or New Connects that subsequently becomes a Bad Debt Account will reside in Secondary Module and commissions will be advanced at the Bad Debt Account commission rate, as defined in Article 34.**

15.2.2.4 **·Campaign Objective Bonus (COB).**

15.2.2.4.1 For each campaign, the Company determines a campaign gain objective, which is the percentage increase in sales above the base revenue assigned, which the Company expects from a sales representative. The campaign gain objective is multiplied by the base revenue assigned to determine net gain. COB is paid in Primary Module only if the rep sells 75% of the net gain plus the base revenue assigned ("COB threshold"). If this threshold is met, the sales employee is eligible, upon Company review, for COB on the dollars over this amount. Specifically, the rep would be advanced commission on the amount of revenue retired for the campaign above the threshold multiplied by the COB rate.

15.2.2.4.2 The COB rate is determined based on a formula using the total sales days in the campaign and a COB channel constant and differs from campaign to campaign. The campaign COB rates will not be recalculated for campaign extensions, additional revenue added to a campaign, revenue removed from a campaign. **When determining COB Rate, the sales days associated with "Placeholder" and "Market from a Sales Rep who did NOT report to a campaign" will not be included in initial calculations. If during the course of the campaign these markets are reassigned to new employees not initially assigned to the campaign or/and "Sales Rep who did NOT report to the campaign" the prorated days will be added into the COB Rate calculations. If this calculation results in a change in the COB Rate, the new COB Rate will be applied for all previously retired transactions and all transactions retired on a moving forward basis.** See appendix for COB Rate calculation.

15.2.2.4.3    **For employee assigned to the campaign at Initial Market Assignment,** In no case shall any COB be **advanced** if **85%** of the total primary module assigned base revenue **(local only)** is not serviced. When determining if 85% of the total primary module assigned base revenue **(local only)** has been serviced all Base Revenue Adjustments as defined in **15.7** should be applied. The Company will review if 85% of the total primary module assigned base revenue **(local only)** was not serviced at the time COB payments are paid initially. If the employee was paid any COB monies when 85% of the total primary module assigned base revenue **(local only)** was not serviced, COB shall be debited from employee's future commissions. **In no case will a "Loaner Rep" (any employee not permanently assigned to the campaign and/or channel) be eligible for COB.**

15.2.2.4.4    **In no case will the Company advance an individual sales employee a COB that totals greater then twenty-five-thousand-dollars ($25,000) on any single campaign.**

15.2.2.5    **Conversion Bonus.**

15.2.2.5.1    **Any converted sale of a New Business (Including non-advertiser) prospect account to an Existing Business account with a Yellow Page advertising program over $60 in monthly billing shall be advanced as follows:**

15.2.2.5.2    **In Telephone Sales: for all converted sales between 1- 8 employees will be advanced $20.00 per conversion.    For all converted sales between 9-16 employee will be advanced $40.00, per conversion, including the recalculation on all previous sales.  For all converted sales between 17-24 employees will be advanced $60.00, per conversion, including the recalculation on all previous sales. For all converted sales between 25-32 employees will be advanced $80.00, per conversion, including the recalculation on all previous sales.    For all converted sales above 32 employees will be advanced $100.00, per conversion, including the recalculation on all previous sales.**

15.2.2.5.3    **In Premise Sales: for all converted sales between 1- 8 employees will be advanced $25.00 per conversion.    For all converted sales between 9-16 employee will be advanced $50.00, per conversion, including the recalculation on all previous sales. For all converted sales between 17-24 employees will be advanced $75.00, per conversion, including the recalculation on all previous sales. For all converted sales between 25-32 employees will be advanced $100.00, per conversion, including the recalculation on all previous sales.  For all converted sales between above 32 employees will be advanced $125.00, per conversion, including the recalculation on all previous sales.**

15.2.2.5.4    **When reaching a total sale of thirty-five (35) conversions within a single publishing cycle as defined in section 15.2.2.5.5, the sales employee will be advanced a bonus of $4,000.**

15.2.2.5.5    **For purposes of this section the converted sales counter will be totaled relative to all campaigns falling into a single publishing cycle.**

**15.2.2.6** **An Account that has published with BOTS, which the General Manager responsible for the published book, authorized, in writing, and waived the credit departments in-effect credit requirements, as determined by the company, when the credit department refused to lift applicable queries, shall be moved to Secondary Module and commissions advanced accordingly, and only after all query appeals have been submitted and approved by the Company as defined in Section 15.5.5.**

**15.2.3** **Business Sales Representative (BSR) Commissions:**

**15.2.3.1** BSR Commissions shall be **advanced** on "Net-By-Account" performance **based on** one or more of the following measurements as established by the Company: Gain Revenue, Renewal Revenue and Conversion Rate. Gain Revenue sources include Non-advertiser revenue sold new, SOHO revenue sold new, incremental revenue sold to Recanvass customers and Gain from advertisers. Additional or modified measurements may be established at a later time.

**15.2.3.2** A percentage of the total commissions allocated by the Company to the BSR sales channel will be allocated to specific categories of market. On a **canvass cycle** basis the Company will use the following guidelines for the specific percentages. The company will discuss these allocations with the Union, but retains the discretion to determine them.

15.2.3.2.1 The percent of commissions allocated to Gain Revenue will be between 40% and 65% of commission target.

15.2.3.2.2 The percent of commissions allocated to Renewal Revenue will be between 20% and 45% of commission target.

15.2.3.2.3 The percent of commissions allocated to the Conversion Rate will be between 15% and 40% of the commission target.

15.2.3.2.4 In the event Renewal Revenue is not being used within a **canvass cycle,** 60% of the commissions will be allocated to Gain Revenue and 40% will be allocated to the Conversion Rate.

15.2.3.2.5 The specific percentages will be determined by the Company each **canvass cycle** by reviewing market conditions, the number of campaigns closing within the **canvass cycle**, revenue expectations within each category, volume of accounts within each category, etc.

15.2.3.2.6 In no case shall the combined total of all categories be greater than or less than 100%.

15.2.3.2.7 Commission criteria and commission rates will be established on a **canvass cycle** basis and commissions will be paid on a payroll period basis against "Net-By-Account" performance for all applicable measurements.

**15.2.3.3** **BSR** Objective Redress. Objectives will be reviewed for redress purposes and shall be applied in **the canvass cycle** in which the 40th percentile performance is below objective, subject to the following criteria:

15.2.3.3.1    The two components eligible for redress are Gain and Conversions.

15.2.3.3.2    The redress evaluation will take place at the close of each **canvass cycle** plus six months.

15.2.3.3.3    The redress population is the number of Business Sales Representatives (BSR's) with a minimum of **80** days in the **canvass cycle**.

15.2.3.3.4    Redress shall be applied at the 40th percentile. The 40th percentile number shall be determined by multiplying the number of qualified BSR's by 40%.

15.2.3.3.5    The redress evaluation will be based on **the canvass cycle** average daily results compared to **the canvass cycle** daily objective expectations for Gain and Conversions separately.

15.2.3.3.6    The Gain Revenue and/or Conversion number that equates to the 40th percentile shall be the performance level. If the 40th percentile number does not match an individual representative's performance, it shall be the performance level between two representatives.

15.2.3.3.7    The Gain Revenue and/or Conversion number calculated above shall then be used to reset commission rates for the **canvass cycle** and commissions will be recalculated.

15.2.3.3.8    No redress shall apply for **the canvass cycle** in which a representative or group of representatives deliberately withhold a reasonable level of performance. In such case, the Union may grieve or arbitrate the Company's decision, but in no case will the remedy exceed the provisions above.

**15.2.4    New Market Representative (NMR) Commissions :**

**15.2.5    Target Earnings:**

**15.2.5.1    100% performance relative to cumulative Company objective will drive to yearly target earnings of $88,300. The target level will remain fixed until the Company and Union agree on a new value.**

**15.2.5.1.1    Base Wage (Wage Schedule: P-8) will be $23,946 (top of earning schedule) of yearly target earnings.**

**15.2.5.1.2    Commissions will be $59,054 of yearly target earnings:**

> **a) Revenue Commission: $29,582.**
> **b) Market Penetration Commissions: $29,472.**

**15.2.5.1.3    Estimated Daily Sales Average: $4,000.**

**15.2.5.1.4    Estimated Vacation Premium: $1,300.**

15.2.5.2    **NMR Commissions: :** Commissions will be **$59,054** of yearly target earnings.    The Commission pool comprises of Revenue Commission at **$29,582** and Market Penetration Commissions at **$29,472**.

15.2.5.2.1    **NMR Revenue Commissions: :** At the initial start-up, **$29,582** of the annual commission pool.  The Company reserves the right to change the percent of the total commissions allocated to revenue, but not less than 50.1% of the commission pool will be allocated to Revenue Commissions.  This decision can be made on a campaign basis.

a)  One commission rate will be established for each campaign.  Each campaign's commission rate will be calculated using the Company's current methodology and after the Company determines the revenue objectives for each of the campaigns.

b)  Commission amounts are determined by calculating cumulative retired revenue times the campaign commission rate.  All levels of performance are paid using one commission rate (no accelerator).

c)  The structure on how Revenue Commissions are paid will not change with new campaign cycles.

15.2.5.2.2    **NMR Market Penetration Commissions (New Business): :** At the initial start-up, **$29,472** of the annual commission pool.  The Company reserves the right to change the percent of total commissions allocated to market penetration, but no more than 49.9% of the commission pool will be allocated to Market Penetration Commission. Market Penetration Commissions in this selection refers to sales to a business, which is not a current advertiser with the Company ("Non Advertiser") and to a business, which has recently installed telephone service ("New Connect"). This decision can be made on a campaign basis.

a)  At the beginning of each campaign a New Business Rate will be calculated.  The New Business Rate will be calculated by taking the allocated campaign commission pool as defined in **15.2.4.1,** adjusted for campaign days and sales representative working days in the respective campaign divided by the Non Advertiser and New Connect dollar sales objectives, as defined by the Company. A Non Advertiser or New Connect sale will generate a commission payment.

**b)**  The structure on how Market Penetration Commissions are paid will not change with new campaign cycles.

15.2.5.3    **NMR Campaign Objective Redress:** The Company will establish Campaign objectives. For the first campaign cycle campaign objective redress shall be applied in those campaigns in which the 30th percentile performance is below the campaign revenue expectations.

15.2.5.3.1    Campaign redress shall be applied as follows:

    a)  The total number of qualified reps used to determine the 30th percentile performance for the campaign shall be those whose performance falls below 290% of the campaign revenue objective.  Individual objectives will be adjusted relative to days worked for redress ranking purposes.

    b)  The 30th percentile level shall be determined by multiplying the number of qualified representatives by 30%.

    c)  The revenue performance level that equated to the 30th percentile shall be the redress performance level.

    d)  If the 30th percentile number does not match an individual representative's performance, it shall be calculated between two representatives.

    e)  The performance number calculated above shall then be used to reset commission rates for the campaign and commissions shall be repaid.

15.2.5.3.2    No redress shall apply for campaigns in which a representative or group of representatives deliberately withhold a reasonable level of performance.  In such cases, the Union may grieve or arbitrate the Company's decision, but in no case shall the remedy exceed the provisions above.

15.2.5.3.3    Sixty days prior to the beginning of the campaign cycle, the Company and the Union can negotiate the process to use to determine which campaigns qualify for redress and the percent redress to be used.

    a)  If no agreement is reached, redress criteria will be as specified in **15.2.5.3.1(a)**, **15.2.5.3.1(b)**, and **15.2.5.3.1 (c)**.  An adjustment to normalize revenue expectations will be done since second year market will not be equitable.

    b)  If a new process for redressing campaigns is agreed to, the new process will be used for all future campaigns at the 40th percentile performance.

**15.2.6    SPIFF.**

15.2.6.1    The Company shall have the right to reward individuals or groups of employees based on outstanding contributions in relation to their performance and production on the job.

15.2.6.2    The Company shall have the responsibility for determining recipients of the award and may discontinue or reduce the amount of the award at anytime.

**15.3    Method of Commission Payment.**

**15.3.1    Payment of Basic Salary will be paid biweekly.**

**15.3.2    Payment on BSR Commissions , New Markets Commissions, Existing Business, New Business, Bad Debt Accounts   and Conversion Bonus will be advanced biweekly. Subsequent payments or commission adjustments occur biweekly and as long as activity occurs on the account, including, but not limited, to errors, account associations, etc.**

**15.3.3**    Payment for Campaign Objective Bonus (COB) will be initially **advanced** on sixth (**6th**) payroll period after Yellow Page extraction of the local campaign.    Subsequent **calculations (adjustments)** occur every three (3) pay periods as long as activity occurs, **for the campaign, including, but not limited to, errors, account associations, etc.** A sales representative may elect only at the beginning of the campaign to delay any COB payments until the cycle is completed.

**15.3.4    Basic Salary shall constitute full compensation for:**  Sales and Related Training - Initial Training and Continuation Training within First Year of Service, Subpoenaed as a witness other than in proceeding or litigation against or adverse to the Company, Approved Personal Time Off, Attendance at Campaign Kickoff, Major Participant in Campaign Kick-off and/or Annual Awards Presentation, Preparation or Campaign Planning, Attendance at Meetings, Special Assignments Not Authorized for DSA Payment by Sales VP, Sickness-Paid, Company initiated Medical Evaluation (Including "Over 55 Physical" Examination), Travel time to and from an "Out" Book Assignment at Campaign Start and Campaign Close, Cleanup Time on Personal Cases, Preparation, Record and Report Work and Travel Time, Weekly and Periodic Sales Meetings, Sales and Related Training - Additional Training, Sales and Related Training – Retraining, Grievance Meetings with Management.

**15.3.5    Daily Sales Average (DSA) - Advertising Sales Representative, Directory Sales Representative, New Markets Representative and Business Sales Representative:**

**15.3.5.1    Daily Sales Average plus Base Salary shall constitute full compensation for**: Holidays, excluding time off for Religious; Excused Work Days; Benefits, Special projects (The Vice President of Sales must authorized such projects); Quality of Work Life, Jury Duty;  Legal appearance at the Company's behalf if approved by Company; **Military Emergency Duty.**

**15.3.5.2    Daily Sales Average plus Base Salary plus Vacation Premium shall constitute full compensation for: Vacations.  The Vacation Premium shall be $160.00 per day for Advertising Sales Representative, $125.00 per day for Directory Sales Representative, $130.00 per day for New Markets Representative and $75.00 per day for Business Sales Representative.**

15.3.5.3    When an employee has been assigned to a particular wage schedule for the fifty-two (52) full payroll periods immediately preceding the payroll period in which the Daily Sales Average payment begins. The **advance** shall be **calculated** on the employee's average **BSR Commissions; NMR Commissions; Existing Business commissions (NBA); New Business commissions; Bad Debt Account commissions; Campaign Objective Bonus (COB); Conversion Bonus; Vacations; Holidays, excluding time off for Religious Observance; Excused Work Days, Benefits, Legal appearance at the Company's behalf if approved by the Company, Special Projects authorized by the Vice-President of Sales; Military Emergency Duty; Quality of Work Life; Jury Duty; Target Earnings; IYP Commissions (LOA); "Smart Delivery Program" payments (LOA); Vacation Premium, less any applicable Commission Adjustments as defined in this Agreement.**

15.3.5.4    When an employee has been assigned to a particular wage schedule for less than fifty-two (52) full payroll periods, the computation shall be similar to that stated in Section **15.3.5.2**, except that it will only include the full periods that the employee has been on the particular wage schedule. This assignment shall continue until the employee has accumulated fifty-two (52) or more payroll periods on this wage schedule, after which time, the calculation outlined in Section **15.3.5.2** will be used.

15.3.5.5    When an employee has been assigned to a training title within the fifty-two (52) payroll periods, the greater of (1) commissions earned or (2) wages paid on a training schedule (P-2, T-2 or N-2) above the wages that would have been paid (P-1, T-1, or N-1), will be counted in the DSA calculation.

15.3.5.6    Where daily **sales** average is paid, it shall be paid for the actual time spent on the above noted activities in 15-minute increments.

15.3.6    **Daily Sales Average (DSA)- Key Account Executive:**

15.3.6.1    **Daily Sales Average plus Base Salary shall constitute full compensation for**: Accident or sickness disability; Obligatory jury duty when such service requires the reassignment of work; Special projects as authorized by the Vice President of Sales; **Military Emergency Duty.**

15.3.6.2    Employees entering the Key Account Executive Title without an established DSA shall have a DSA established based on an amount equal to $36,619 per year.  The daily average figure will then be frozen for thirty-five (35) payroll periods.

15.3.6.3    Salespeople upon transferring from a Pacific Bell Directory commissioned sales job shall have a DSA that when added to their appropriate Key base salary would equal their previous fifty-two (52) payroll period DSA plus general business base salary. This figure will then be frozen for thirty-five (35) payroll periods.

15.3.6.4    After thirty-five (35) payroll periods in the title, a Key Account Executive, DSA will be calculated for the thirty-five (35) full payroll periods immediately preceding the payroll period in which the Daily Sales Average payment begins. The **advance** shall be based on the employee's average **Existing Business commissions (NBA); Campaign Objective Bonus (COB); Benefits, Obligatory jury duty when such service requires the reassignment of work; Special Projects as authorized by the Vice-President of Sales; Military Emergency Duty; IYP Commissions (LOA); "Smart Delivery Program" payments (LOA); less any applicable Commission Adjustments as defined in this Agreement.**

44

**15.3.6.5**   Where daily **sales** average is paid, it shall be paid for the actual time spent on the above noted activities in 15-minute increments.

**15.3.6.6**   **For employee's in Key Account Executive title, Basic Salary shall constitute full compensation for: Vacations; Holidays, including time off for Religious; Excused Work Days; Quality of Work Life; and Legal appearance at the Company's behalf if approved by the Company.**

**15.3.7**   Advertising Sales Representatives, Key Account Executives, Directory Sales Representative, **New Markets Representative** or a Business Sales Representative shall be credited with commissions they earn during extra time or Sunday work.

**15.3.8**   **Overtime.**  A Directory Sales Representative or a Business Sales Representative shall be paid for the hours worked in excess of eight (8) hours a day or forty (40) hours in a week at one and one-half (1-1/2) times the employee's straight time hourly rate which for these purposes includes in its computation the daily **sales** average in effect in the same week in which the overtime is worked.

**15.4**   **Market Assignment.**

**15.4.1**   The Company maintains the right to determine the sales channels used to contact customers, the assignment of personnel to sales channels and the assignment, reassignment, or movement of accounts between sales channels or between individuals within sales channels. However, the Company shall notify the Union as far in advance as possible of its decisions and will consider input from the Union that is provided in a timely manner. It is not the intent of the Company to use assignment practices, policies or procedures to negatively impact the earnings opportunities of its representatives. The Company's decisions and implementation of any assignment, practices, policies and procedures will not be subject to grievance or arbitration under the terms of Articles **26** of this agreement. The only exceptions will be decisions, which impact an individual's compensation or the assignment of personnel to particular campaigns.  No other provisions of this or any other agreement shall supersede the Company's authority to make final market assignment and implementation decisions.

**15.4.2**   **Initial Market Assignment. See Article 34.**

**15.4.3**   **Post Market Assignment/Reassignment.  See appendix; Reassignment – Primary vs. Secondary Module Matrix and Reassignment – Rep Qualification Criteria – Branch Steps.**

**15.4.4**   **Bid Run Scheduling: Advertising Sales Representative and Directory Sales Representative.**

**15.4.4.1**   It is the  Company's intent to submit premise run cycles for bidding on the basis of net credited service.  The directories to be included in a particular run cycle and the number of employees required will be determined by the Company.

**15.4.4.2**   The Company retains the right to balance the personnel assigned to specific cycles using present criteria, including sales ratings and sales performance reports.

15.4.4.3    All Premise Sales Representatives will submit to Management a list of run cycles and indicate their order of preference. At the end of any one (1) cycle, only those individual requests for cycles with appropriate start dates will be accepted. Bid runs for this agreement shall be when Bid runs are posted the General Manager of the Branch location will declare whether the Bid runs are for one (1) or two (2) years. The goal is to achieve follow-yourself stability.

15.4.4.4    The procedure for bid scheduling for Directory Sales Representatives shall be the same as that used in **Advertising Sales Representative**.

15.4.4.5    The Company reserves the right to change or modify a Directory Sales Representative's schedule due to the needs of the business, and will so advise the Union before making the change.

15.4.4.6    The Company and the Union agree that upon written request of either party, the parties will initiate negotiations within ten (10) days to discuss modifications of this Article.

**15.5    Commission Adjustments.**

15.5.1.1    **Given the importance of proper and timely payment of commissions to employees, and to avoid any misunderstanding of third parties, the parties agree to clarify herein their longstanding intent and practice concerning the payment of commissions. Because commission rates and the contract price applicable to a sale may change after the employee was advanced a commission and before all conditions have been satisfied to earn a commission, commissions are earned by employees only when the final commission rate and contract price applicable to a sale are determined by the Company, and all of the conditions to earn commissions have been satisfied. Until the commissions are earned, any commission payments made to employees under this Agreement are advances to be applied against employees' future earned commissions. If employees are advanced commissions, which are not later earned by the employees, the Company will adjust the commission advances by deducting the unearned portion of the commission advances from the employees' future commission payments. All references to commissions in this Agreement are to commission advances until the commissions become earned.**

15.5.2    A commission adjustment shall be made when an adjustment of an advertiser's account is due to an error of the salesperson, as determined by the Company. The adjustment is equal to the percentage that the advertiser's account is adjusted.

15.5.3    Any reduction or cancellation of advertising prior to the printing date of the directory for which commissions were paid, resulting from a documented Higher Management Appeal where there is no error or breakdown on the part of the salesperson shall not result in a commission debit. For purposes of this article, Higher Management shall be Vice President or above.

**15.5.4**    **Query Adjustment:** A commission adjustment shall be made on any contract for which the sales representative did not resolve a query.

15.5.4.1    If a query is posted on any contract where commissions have been paid, the Sales Representatives will have fifteen working days to resolve the query before a commission adjustment occurs.

15.5.4.2    If the query is not resolved within 15 working days, for commission purposes the reporting-base and revenue-retired will be reversed and the commissions adjusted.

15.5.4.3    If a query is not resolved before "query boost" due to the responsibility of the Sales Representative, for commission purposes, the Sales Representative will be held responsible for reporting base and objective, and get no credit for the retired revenue. The result will be a commission adjustment. The Sales Representative may appeal this result to the Director-**Sales Operations**, Company **until 45 calendar days after directory publication, which is the first day of the month when the yellow pages book is delivered.** The Company may grant this appeal at its discretion.

**15.5.5**    **If, after signing an advertising contract and before the advertising publishes, a customer requests that the advertising items it contracted for be changed and the total advertising charges contracted for decreases, the Company will adjust the commission advances paid to employees to reflect the final contract price. If, after signing an advertising contract and before the advertising publishes, the Company discounts the advertising charges for any item contracted for and the advertising charges contracted for decreases, the Company will adjust the commission advances paid to employees to reflect the final contract price. In both instances, the adjustment is equal to the percentage that the advertiser's account is adjusted. If, after signing an advertising contract and before the advertising publishes, a customer cancels the advertising contracted for, no commission is earned for the advertising and the adjustment to the commission advances will be 100 % of the commissions paid. If a customer's advertising is omitted from the directory for any reason, no commission is earned for the advertising and the adjustment to the commission advances will be 100 % of the commissions paid.**

**15.5.6**    **If an employee has not earned all commission advances at the time the employee's employment with the Company terminates, either voluntarily or involuntarily, the Company is authorized to deduct the unearned portion of the commission advances from the employee's final paycheck.**

**15.5.7**    **Commission Debit Proration:**

15.5.7.1    To minimize the impact of possible debit situations, sales representatives working in wage schedules P1, **P-8,** T-1, N-1 and K-1 shall have the opportunity to select a percentage of their commission earnings to be protected on a payroll period basis, by signing a Commission Protection Election Form. The percentage eligible for protection is 0, 50, 65, or 75%. After the percentage is selected, no commission debit will result in commission earnings of less than the selected percentage unless an individual's total accrued debt is greater than five thousand dollars ($5,000), in which case no commissions will be protected until accrued debt is below five thousand dollars ($5,000). A representative may change the selected percentage on a quarterly basis.

15.5.7.2    If a representative's total accrued debt is greater than five thousand dollars ($5,000), the representative may appeal to the Company Director – Labor Relations to protect up to thirty-five percent (35%) of his or her commission earnings on a payroll period basis. The Director – Labor Relations may grant the appeal at its discretion. If the Company grants the appeal, the representative will have to sign a Commission Protection Election Form, which will be modified to address this situation.

15.5.7.3    Commission debits as a result of non-performance related transactions (i.e. system, input, table errors) will not be eligible for proration. Collection of non-performance related debits will be arranged between the employee and the Company. It is the intent of this section that non-performance related debits be repaid by the employee as soon as possible.

**15.6    Reimbursement of Expenses.**

**15.6.1**    Except where specified herein employees will be reimbursed for business expenses in accordance with the SBC Communications Inc. and Participating Companies Management Employee Expense Guidelines ("Guidelines"; **and will be reimbursed for mobile and cellular phone service in accordance with the SBC Corporate Wireless Policy for Cellular Services ("Policy"), in effect as of the effective date of this agreement.**

**15.6.2    Qualifications.**

15.6.2.1    An employee in the Key Account Executive, **New Markets Representative** or Advertising Sales Representative **title** will be reimbursed for meal and lodging expenses under this **Section** only if the employee is:

15.6.2.1.1    assigned to **work** an Outbook Expense Directory, which is **any Outbook office, including a service office, convenience office and/or temporary office location, that is greater than 35 miles from the permanently assigned headquarters office**.

a)    35 miles range is determined by using the shortest direct road route from the permanently assigned headquarters office to the Outbook **Expense** office.

b)    The Company maintains the right to change office locations based on the needs of the business.

c)    The Company agrees to establish convenience offices in any location where the Company feels it is economically justified and/or it is in the interest of improved customer service.

15.6.2.1.2    the employee's home is not within the scoped directory area; and

15.6.2.1.3    the employee's **Outbook Expense Directory** office location is 35 miles or more from the employee's home. An employee's "headquarters location" is the office to which the employee is permanently located. An employee's "home" is the employee's permanent residence, as defined by the Internal Revenue Service ("I.R.S.").

15.6.2.1.4 **assigned to work at a "bona-fide" PBD office which is greater than 35 miles from the office the employee is permanently assigned and 35 miles from the employee's home.**

15.6.2.2 An employee will not be reimbursed for any meal or lodging expenses:

15.6.2.2.1 for more than five (5) days in a calendar workweek unless authorized by the Company;

15.6.2.2.2 for any days on which the employee performs no work, such as paid days off, unless authorized by the Company;

15.6.2.2.3 where the employee does not provide documentation of such expenses. The required documentation of expenses is stated in Section 2.0 of the Guidelines; or

15.6.2.2.4 where the employee is leasing or renting an apartment, home or any other type of dwelling.

**15.6.3    Meal and Incidental Expense (M&IE) Allowance.**

15.6.3.1 Subject to **section 15.6.2,** employees in Key Account Executive, **New Markets Representative** or Advertising Sales Representative **title** will be reimbursed for meals up to the IRS' maximum allowable Meals and Incidental Expenses rate. Employees under this section must provide **detailed** receipts **for all expenses to be reimbursed**. Regardless of amount spent, in all cases the total daily reimbursement amount for meals and incidental expenses will not exceed the IRS maximum allowable. The locality needed to identify these specific rates will be based on the location of the employee's temporary office location. **Expenses not actually incurred will not be reimbursed.**

15.6.3.2 Subject to **section 15.6.2,** employees in Key Account Executive**, New Markets Representative** or Advertising Sales Representative **title** who decides not to stay away from home overnight in the Outbook **Expense** Directory will be reimbursed dinner expenses only if incurred because the employee has been directed to work in the evening and the Company approves such reimbursement in advance.

**15.6.4    Lodging Allowance.**

15.6.4.1 Subject to **section 15.6.2,** employees **in Key Accounts Executive, New Markets Representative or Advertising Sales Representative title** will be reimbursed for lodging up to the IRS' Lodging rate. Employees under this section must provide receipts for all lodging, regardless of amount. The locality needed to identify these specific rates will be based on the location of the employee's temporary office location. **Expenses not actually incurred will not be reimbursed.**

**15.6.5    Automobile Allowance.**

15.6.5.1    Employees in the Advertising Sales Representative, **New Markets Representative** or Key Account Executive title as a condition of employment shall furnish a passenger car for use on Company business.  Such passenger car may be owned or leased.  Employees using automobiles for business purposes must have a valid driver's license.  Employees using personal cars under the provisions of this Article must provide evidence of insurance coverage in amounts acceptable to the Company.  Amounts acceptable to the Company shall be a minimum of  $100,000/$300,000 liability including $50,000 property damage, and such limits of insurance may be adjusted from time to time upon thirty (30) days written notice to the employees.  Insurance coverage must indicate that the car is to be used for business purposes and that the Company  is an additional insured.  Employees receiving reimbursement under the provisions of this article shall notify the Company within 10 working days when the vehicle covered under this article is replaced. The Company reserves the right to determine the acceptability (e.g., appearance, operating condition and safety features) of any vehicle to be used in conducting Company business.

15.6.5.2    Employees **in the Advertising Sales Representative, New Markets Representative or Key Account Executive title** using personal cars in accordance with **section 15.6.5.1** shall be reimbursed a flat-rate amount of **$34.00 for 9/2005 to 8/2006,  $37.50 for 9/2006 to 8/2007 and $40.50 for 9/2007 to 8/2008** per day for vehicles less than or equal to sixty (60) months old, from January of the model year, **otherwise** a flat-rate amount of **$21.00 for 9/2005 to 8/2006,  $23.00 for 9/2006 to 8/2007 and $25.00 for 9/2007 to 8/2008** per day**, to be paid for each day worked, including vacations, excused work days and holidays, unless an employee uses a Company car or Company provided rental car in place of the employee's personal car.  With prior management approval employees will be reimbursed at their flat-rate value, if using their personal automobile for customer contacts on a Saturday or Sunday.

15.6.5.3    Subject to **section 15.6.2,** employees Key Account Executive, **New Markets Representative** or Advertising Sales Representative title who decides not to stay away from home overnight in the Outbook **Expense** Directory area will be reimbursed at the IRS rate when using their personal vehicle for mileage between Outbook **Expense** Directory area and the employees "regular home." **(See: SBC Employee Expense Policy; Use of Personal Vehicle.)**

15.6.5.4    Parking meters, parking lot expenses where approved by Management, business telephone calls, **toll roads when conducting Company business** and bridge toll expenses incurred during assigned working hours shall be reimbursed. In addition, Key Account Executives, **New Markets Representative and** Advertising Sales Representatives shall either be provided parking at their headquarters location or be reimbursed for expense incurred for parking personal cars at locations designated by the Company while on Company business when working in their headquarters building.  Such designated locations shall be within reasonable proximity of their headquarters building.

**15.6.6    Miscellaneous.**

15.6.6.1    Subject to **section 15.6.2**, an employee dismissed while working away from the employee's headquarters location shall be reimbursed for bus, rail or mileage if the employee travels to headquarters.  An employee who resigns while working from the employee's headquarters location shall not be reimbursed for travel back to headquarters.

15.6.6.2    Employees in the Key Account Executive, **New Market Representative** or Advertising Sales Representative **title** shall be eligible for reimbursement of reasonable **cellular phone** expenses. **If the employee has Cingular phone service and the phone is exclusive for the purpose of conducing PBD business the company will reimburse the employee for all calls associated with conducting company business, including monthly service charges.** The maximum amount reimbursable shall be determined by the Company **(currently reimbursed $150.00 monthly)** and shall apply only to calls made in conducting Company business.

15.6.6.3    In the event, during the life of this contract, the company desires to make a change, which would affect the expense allowances of employees within the bargaining unit, it will, before making a change, notify the Union and afford the Union a period of 15 calendar days for bargaining.  No change may be made to affect employees within the bargaining unit without the consent of the Union.

15.6.6.4    **Employees incurring an expense under section 15.6 will be required to submit a voucher for reimbursement of their expenses within ninety (90) calendar days of the incurred expense.  If the employee does not submit a voucher within ninety (90) calendar days, the Company may not reimburse the employee, as determined by the Company and will be based on the unique circumstances of each individual case, such as a Disability case in which the employee was unable to submit a timely voucher.**

15.6.6.5    Any changes in the Internal Revenue Service (IRS) regulations on the tax treatment of expense allowances shall be considered to come under the provisions of Section **32.1**.

**15.7    Base Revenue Adjustments.**

15.7.1    Listed below are the situations that an account is/are eligible to receive a base revenue adjustment for an Advertising Sales Representative, a Directory Sales Representative and a Key Account Representative:

15.7.1.1    Account phone number disconnected (including non-franchised/CELC numbers) before the directory publication, **which is the first day of the month when the yellow pages book is delivered,** with no referral or new number.

15.7.1.2    Account adjusted for an advertising omission or the following advertising errors in book on the street (BOTS):

15.7.1.2.1    Cancelled or unauthorized advertising erroneously printed in BOTS;

15.7.1.2.2    Existing BOTS discount not reflected in base revenue assigned, **including NYPS migrating to local with duly authorized SBC discounts, as defined by the Company.**

15.7.1.2.3    Black and white advertising printed when color was sold; and

15.7.1.2.4    Items printed in BOTS different than signed contract.

**15.7.1.3**    Account reassigned by the Company as follows:

15.7.1.3.1    Reassigned to NYPS (NYPS Displacement);

15.7.1.3.2    Reassigned to the "S" channel.

15.7.1.3.3    Reassigned to associations and work with;

15.7.1.3.4    Reassigned to manager because of barter transaction;

15.7.1.3.5    Reassigned accounts moving to second module due to being 120 days past due before retirement by the Advertising Sales Representative and Directory Sales Representative;

15.7.1.3.6    Reassigned accounts moving to second module due to being 150 days past due before retirement by the Key Account Executive; and

15.7.1.3.7    Reassigned accounts moving to second module due to being in Lockout status.

**15.7.1.4**    Promotional Discounts: When the company requires a Sales Representative to give a customer a promotional discount on an item of advertising that the Sales Representative has already secured with a signed contract.

**15.8    Miscellaneous Practices**

**15.8.1    Referral Commissions.**

If a **Directory Sales Representative** (telephone) customer requests a premise contact, a telephone salesperson will not lose credit for transferring: the account to premise. In these cases, the telephone salesperson and the premise salesperson will each receive 50% of their respective Net-By-Account commissions and performance for the account. **All referral accounts are placed in the sales employees Secondary Module, both the telephone and premise results.**

**15.8.2**    **Training.**

An Advertising Sales Representative or a Directory Sales Representative (Wage Schedule T-1) may be temporarily (4 weeks or less) transferred to the title Directory Representative (Wage Schedule P-2) or Telephone Sales Representative (Wage Schedule T-2). If an employee is to be paid for an absence occurring during such temporary transfer, and that absence qualifies for payment of DSA under Article **15**, the absence shall be paid at the employee's Wage Schedule P-2 or T-2 rate or on the basis of their average earnings computed under Section 15.**3.5**, whichever is greater.

**15.8.3**    **Double Commission Policy.**

It is the Company's policy to pay double commission when a salesperson, upon specific instruction by the employee's supervising sales manager or general manager clears and reports in the employee's own name an account which the employee knows and so informs the employee's general manager is not in the employee's assignment and is subsequently determined to be rightfully assigned to another salesperson. Additionally, in the event that a dispute arises over an account that cannot be resolved, consideration for double commissions will be given on the merits of each individual case.

**15.8.4**    **Sales Module Adjustments.**

The portion of a market segment (a sales module) assigned to each salesperson on wage schedules K-1, P-1 and T-1 will be dependent upon the number of expected net sales days that the salesperson is scheduled in that campaign.

**15.8.5**    **For initial market assignment, for each campaign, the Company will make a**djustments to the sales **days** in anticipation of**; or when**:

**15.8.5.1**    An individual salesperson's vacation schedule (including Floating Holidays and Excused Work Days).

**15.8.5.2**    Time-off for Union activities.

**15.8.5.3**    Planned retirement.

**15.8.5.4**    **Company approved** Disability leaves of absence

**15.8.5.5**    Other **Company** approved leaves of absence.

**15.8.6**    **Market will be not be initially assigned to a salesperson who has no expected return to work date, as determined by the Company's benefits administrators.**

**15.8.7**    **At the beginning of publishing cycle (not campaign), for each office, all sales employees are required to submit a module adjustment form for each campaign they are assigned to work. The employee will be required to allocate all of their vacation days, Floating Holidays, and Excused Work Days to the all campaigns that they are assigned to work. The total number of vacation days, Floating Holidays and Excused Work Days allocated to the campaigns must total the employee's total allotted days from these categories. All total module adjustment**

days as define in this section will be used to calculate Rate Bands and COB constant. The module adjustment days will always be used regardless if the employee actually does take the days off from the campaign. Employee will not be required to reduce the amount of Initial Market Assignment.

15.8.8    If the Company has not assigned an employee a sufficient amount of market when the employee returns from a Company-approved leave of absence the employee will be paid their individual DSA, and if the employee reports to his or her position for the first time (as a new hire or an upgrade from a clerical support job title) and begins working in his or her regularly assigned sales branch, the Company will pay the employee Base Salary plus a per day Target Earnings value of $140.50 for Key, $200.00 for Premise, $100.00 for Telephone and $80.00 for BSR. The Company agrees to discuss what is a "sufficient amount of market" with the Union but retains the right to make the final determination.

15.8.9    Post Market Assignment/Reassignment, requiring the use of procedures defined in section 15.4.3, for Re-contact & Re-canvass and Open Market. (Excluding Key Account Executives and New Market Representatives).

15.8.9.1    Non-Advertiser and New Connect accounts completed (retired and not protected), and not completed and not protected (After the Open Market start date) by a commissioned representative may be reassigned by the Company to another commissioned representative for re-contact or re-canvass, as defined in section 15.1.6 and 15.1.7 respectively. In all cases reassignment of accounts as defined here will reside in Secondary Module.    All non-advertiser and new connect accounts reassigned for purposes of re-canvass and/or re-contact to another sales employee will be at the customer level and not at the PDR level.    Sales employees reassigned non-advertisers and/or new accounts, for the purpose of re-canvass and/or re-contact, will have the opportunity to sell any Company products, including, but not limited to, local, multi, foreign, IYP.

15.8.9.2    Advertiser accounts (Cancel-alls) completed (retired) by a commissioned representative may be reassigned by the Company to another commissioned representative for re-contact or re-canvass, as defined in section 15.1.5 and 15.1.6 respectively. Advertisers accounts as defined in this section are not available to sell in "Open Market." In all cases reassignment of accounts as defined here will reside in Secondary Module. All Advertiser accounts reassigned for the purposes of re-canvass and/or re-contact, without BOTS, will be at the PDR level "local book." Sales employees reassigned advertisers, for the purposes of re-canvass and/or re-contact, will have the opportunity to sell "local only" and any IYP program.

15.8.9.3    Any gains resulting from such re-contact or re-canvass :.    shall be credited to the commissioned representative doing the re-contact or re-canvass. If a re-contact or re-canvass results in a reduction of the original representative's retired revenue, the amount of the reduction shall be considered an uncontrollable loss.

**15.8.10    NYPS to Local.**

15.8.10.1    Accounts returning to local sales from National Yellow Page Service (NYPS) shall be returned to the appropriate representative with the current billed revenue to be used in all commission calculations **less any Base Revenue Adjustment, if applicable, as defined in section 15.7. All accounts returning to Local from National after campaign Initial Market Assignment will reside in Secondary Module.**

15.8.10.2    If the account returns from NYPS without revenue and the sales representative received specific instruction to clear the account after informing the employee's supervising sales manager or general manager that the account was from NYPS and was without all the NYPS revenue attached, the employee will be paid "base line" commissions per section 15.**2.4.1.4** until revenue from NYPS is attached.

15.8.10.3    **If a National Account is re-canvassed or re-worked by local, the appropriate current billed revenue will be always be used in all commission calculations, and payment of commissions made at Existing Business rate.    All said accounts will reside in Secondary Module.**

**15.8.11    Barter Accounts:**

If a sales representative retired an account and the Company subsequently barters additional advertising for products and services from the account, the account will not be reassigned to a manager and the representative's commissions will be kept whole.  If a sales representative did not retire an account before the Company barters additional advertising for products and services from the account, the account will be reassigned to a manager.  When a barter account is returned to a sales representative, after being worked by a manager, the account will be placed in a sales representative's Second Module.

**15.8.12    Make Good Adjustment.** When a customer is entitled to an adjustment and such adjustment is to be paid in part or in full in the form of free advertising to be published in subsequent issues of the same publication or in other publications, the Sales Representative who handles the account for the publication containing the free advertising shall receive no credit towards commission for the revenue value of free advertising for the term of the adjustment.

15.8.12.1    The sales representative handling the customer will not be held accountable for the base revenue on the account for which the adjustment was made.

15.8.12.2    Net-by-account commissions will be paid at the percentage applicable prior to the make good adjustment credit.  At such time as the adjustment term ends, the customer may remove the advertising without revenue penalty to the Sales Representative to the extent of the value of the free advertising.

**15.8.13    Redistribution of Commissions.**

15.8.13.1    Anytime that a manager is assigned any bargaining unit work the commissions that would have been paid had a bargaining unit employee handled the work will be redistributed to all employees assigned to the channel/campaign that the manager worked.

15.8.13.2     Anytime the Company pays DSA to a sales representative **when the Company authorizes Special projects** (The Vice President of Sales must authorize such projects) the commission that the sales representative would have been paid had he not been paid DSA will be redistributed to all employees assigned to the campaign/channel that the DSA sales representative worked.

**15.8.14     New Markets Representatives:Re-contact/Open Market.**

**15.8.14.1     Non Advertiser and New Connect accounts completed and retired by a commissioned representative may be assigned by the Company to another commissioned representative for re-contact.**

**15.8.14.2     Advertiser and Cancel All accounts completed and retired by a commissioned representative may be assigned by the Company to another commissioned representative for re-contact after discussion with the Union.**

**15.8.14.3     Non-Advertiser, New Connect and Cancel All accounts that are completed/retired or not completed/retired by a commissioned representative are considered "open market" accounts the day after the campaign A/O close date, unless protected.**

**15.8.14.4     Any gains resulting from such re-contact shall be credited to the commissioned representative doing the re-contact. If a re-contact results in a reduction of the original representative's retired revenue, the amount of the reduction shall be considered an uncontrollable loss that will not impact the original commissioned representatives commissions and performance.**

**15.9     Separations, Consolidations or rearrangement of directories:**

During the term of this contract, certain directories, or portions thereof, may be separated, consolidated or rearrange. In the event of such separations, consolidations or rearrangements occurring, revisions in commission payments will be computed in accordance with the following:

**15.9.1    ** Separations:

When a directory is separated into two (2) or more directories, contracts local to the old directory will be repriced to the rate level of the new local directory. Foreign contracts (foreign advertising) will be regraded to the rate level of the largest new directory.

**15.9.2    ** Consolidations:

When two (2) or more directories are consolidated, the Company and the Union agree to negotiate the basis for valuing the revenue base on all accounts which have been repriced to a higher rate.

**15.9.3     Rearrangements**: When accounts within a directory are reassigned and included in another directory, commissions will be computed in accordance with the scheduled commission rates of the new directory in the following manner:

15.9.3.1    When accounts are assigned to a directory area with higher rates, the Company and the Union agree to negotiate the basis for valuing the new revenue base.  Advertising sold into the directory from which these accounts were reassigned will be treated as local out revenue.

15.9.3.2    When accounts are assigned to a directory area with lower rates, the local contract items will be repriced to the lower rate applicable to the new local directory.  Advertising sold into the directory from which these accounts were reassigned will be treated as local out revenue.

15.9.3.3    Foreign advertising from areas not involved in the rearrangement will be repriced, if necessary, to the rate level of the directory from which accounts have been reassigned.

15.10    **Customer Service Adjustments:   If the following criteria is met an account can be appealed, through the formal appeals process, and if the appeal is granted, the account will be moved to Secondary Module:**

   a.  **CSO adjusted the account equal to or greater than 50%, and**
   b.  **The original sales rep was charged with an error, and**
   c.  **Commissions were debited from the original sales rep, and**
   d.  **The original sales rep is not assigned the accounts and submitting the appeal, and**
   e.  **The account results in a loss equal to or greater than the adjustment given by CSO.**

# ARTICLE 16  - BENEFITS PROVIDED

16.1    The Company agrees to maintain the plans listed below for the life of this contract.

16.1.1    **SBC Pension Benefit Plan – West Program.**
16.1.2    PTG Comprehensive Disability Benefits Plan.
16.1.3    PTG Health Care Network Plan (**and** Health Maintenance Organization**.)**
16.1.4    **SBC Medical and Group Life Insurance Plan – Group Life Insurance.**
16.1.5    SBC Supplementary **Group** Life Insurance **Program.**
16.1.6    PTG Dental Expense Plan **(and** Dental Maintenance Organization**.)**
16.1.7    PTG Vision Care Plan.
16.1.8    SBC Savings and Security Plan.
16.1.9    PTG Employee Stock Ownership Plan.
16.1.10   SBC Group Long-Term Care **Insurance** Plan.
16.1.11   SBC Care Plus **– A Supplemental Medical** Plan.
16.1.12   **SBC Adoption Reimbursement Program.**
16.1.13   **SBC Flexible Spending Account Plan.**

16.2    Explanatory booklets for all the plans provided by the Company shall incorporate any changes in the plans that result from the negotiations between Pacific Bell Directory and the Union, or as required by law.  Copies of the Plan documents shall be provided to parties to this contract.

16.3    In the event, during the life of this contract, the Company desires to make a change which would affect the pensions, disability benefits and death benefits of employees within the bargaining unit, it will, before making a change, notify the Union and afford the Union a period of sixty (60) calendar days for bargaining; provided, however, that no change may be made in the Plan which would reduce or diminish benefits provided thereunder, as they may apply to employees within the bargaining unit, without consent of the Union.

16.4    Any claim that Section **16.3** has been violated may be presented as a grievance and, if not resolved by the parties under their grievance machinery, may be submitted to arbitration pursuant to the provisions of Article **26**, but in such case any decision or action of the Company shall be controlling unless shown to have been discriminatory or in bad faith, and only the question of discrimination or bad faith shall be subject to the grievance procedure and arbitration. However, nothing in this contract shall be construed to subject the Plans or their administration to arbitration.

16.5

| Employee Benefit | Regular Employee* | Term Employee | Temporary Employee |
|---|---|---|---|
| Medical Plan | YES | YES | NO |
| Dental Plan | YES | YES | NO |
| Vision Plan | YES | YES | NO |
| Disability Benefits Plan | YES | STD ONLY | STD ONLY |
| Life Insurance Plan | YES | YES | NO |
| Savings Plan | YES | YES | NO** |
| Severance Plans | YES | NO | NO |
| Pension Plan | YES | YES | NO** |
| Adoption | YES | YES | NO |
| Care Plus | YES | YES | NO |
| Long Term Care | YES | YES | NO |
| Tuition Aid | YES*** | NO | NO |
| Concession | YES | YES | YES |
| Leaves Other Than Required By Law | YES | YES | NO |
| Spending Accounts | YES | YES | NO |

*Includes part time employees, except as noted.
**Employees with no previous Bell System service are not eligible. Others may be eligible for participation dependent on past service and past eligibility and on specific terms of the Plan Document.
***Excludes Part-Time

# ARTICLE 17 - MOVING EXPENSES

17.1    Employees who, in the judgment of the Company, are required to relocate their residence as a result of a permanent involuntary transfer initiated by the Company shall receive reasonable reimbursement of the expenses incurred. Such moving expense reimbursement shall be paid in accordance with the SBC Communications Inc., Non-Management Relocation Plan in effect as of the effective date of this contract.

# ARTICLE 18  - HOLIDAYS

**18.1**    The following holidays are authorized and shall be observed:

| | |
|---|---|
| New Year's Day | Labor Day |
| Presidents' Day | Thanksgiving Day |
| Memorial Day | Friday After Thanksgiving Day |
| Independence Day | Christmas Day |

Additionally, upon employment, two (2) floating holidays shall be designated by the employee on dates of the employee's choice, subject to the conditions stipulated in Section **18.3**.

**18.2**    Any holidays or time-off except 3 hours of Religious Observance not designated in this section may be offered at the discretion of management.

**18.3**    The following conditions shall apply in the selection by the employee of a floating holiday as provided for in Section **18.1**:

**18.3.1**    Initial selection of a floating holiday shall be made at the time of the second selection priority canvass as described in Article **21**.  A holiday selection made subsequent to the second selection priority canvass shall be on a first come first serve basis, due regard being given to the demands of the service.  Selection shall be made as far in advance as possible, ordinarily not less than seven (7) days in advance of the date selected, subject to Management approval.

**18.3.2**    A floating holiday shall not be selected within a week designated by the employee as a scheduled vacation week.

**18.3.3**    Changes in the date originally selected by the employee as a holiday shall be subject to the following conditions:

**18.3.3.1**    A request for a changed date will be made as far in advance as possible, ordinarily not less than seven (7) days in advance of the day the employee wishes to be off.

**18.3.3.2**    Approval of the request for the change will be subject to the needs of the service, as determined by Management.

**18.3.3.3**    Should the employee agree to work on a day designated by the employee as a holiday, the employee may elect to work at premium pay as stipulated in Section **18.7**, or designate another date as the holiday, subject to Management approval.

**18.4**    Authorized holidays falling on Sunday shall be observed on the following Monday and holiday practices shall apply in all respects the same as for holidays which fall on Monday; the Sunday shall be considered the same as any other Sunday.

18.5     When an authorized holiday falls on a Saturday, each employee shall have the option to select another day (Monday to Friday) within the week in which the holiday occurs, or within the week preceding, or designate another day within the succeeding weeks through the last payroll period ending in December of the following year; or receive holiday pay in lieu of observing the holiday.

18.6     Payment to Employees for Holidays Not Worked:

18.6.1   A full-time employee not working on a holiday shall receive one (1) day's pay, that is, one-fifth (1/5) of the employee's basic weekly wage rate, provided all of the last scheduled tour of duty or scheduled half (1/2) tour of duty preceding the holiday and all of the first scheduled tour of duty or scheduled half (1/2) tour of duty following the holiday are worked, unless excused by supervision, or on an approved vacation.

18.6.1.1   Holiday pay for employees in the title classifications Advertising Sales Representative, Directory Sales Representative, **New Markets Representative** and Business Sales Representative shall be on the basis of average earnings computed as provided in Article 15 attached hereto.

18.6.2   A part-time employee not working on a holiday shall receive pay for the number of hours for which the employee would have been scheduled to work had the day not been a holiday, if all of the last scheduled tour of duty or scheduled half (1/2) tour of duty preceding the holiday, and all of the first scheduled tour of duty or scheduled half (1/2) tour of duty following the holiday are worked, unless excused by supervision.

18.6.2.1   Holiday pay for employees in the title classifications Advertising Sales Representative, Business Sales Representative, Directory Sales Representative, **New Markets Representative** and Directory Advertising Representative shall be on the basis of average earnings computed as provided in Article 15.

18.6.3   An employee who is scheduled to work on the holiday who fails to report for work and is unexcused shall receive no payment for the holiday.

18.6.4   Holiday pay shall not be given for holidays which occur:

18.6.4.1   During a leave of absence in excess of one (1) week, including holidays that occur during the first week of such absence; or

18.6.4.2   After the seventh calendar day of other absences.

18.7     Payment to Employees for Holidays Worked:

18.7.1   An employee shall be paid two and one-half (2-1/2) hours' pay for each hour worked on authorized holidays, except as provided in Article 13, Part-Time, Temporary and Term Employees.

18.7.2   In addition, an employee who is not scheduled to work on the holiday but who works on the holiday, shall receive straight time pay for that part or all of the employee's normal tour of duty not worked.

18.7.3   In no case shall holiday payment and overtime payment be made for the same time worked. Where the time worked on a holiday constitutes time in excess of forty (40) hours worked during any calendar week, holiday pay only shall be made.

18.7.4   The provisions of this Section shall not be applicable to employees in the title classifications Advertising Sales Representative, Business Sales Representative, Directory Sales Representative and **New Markets Representative**.  Such employees who at the Company's direction work on a holiday shall be paid at their basic weekly wage rate, if any, plus average commissions computed as provided in Article 15.  Such employees shall be credited with the commissions earned by working on such holiday.

18.7.5   Key Account Executives shall be paid their basic wage rate for holidays worked.

18.8   When an authorized holiday falls within an employee's vacation period, the employee will be granted a day off with pay in lieu of each such holiday.  Such day off shall be selected in accordance with the provisions of Article **21**.  Such day off will be considered and treated as a holiday in accordance with this Article.  Payment of such day off to employees in the title classifications Advertising Sales Representative, Business Sales Representative, Directory Sales Representative and **New Markets Representative** shall be on the basis of average earnings.

## ARTICLE 19  - VACATIONS

19.1   Eligibility for Vacation:

REGULAR, PART-TIME*, AND TERM EMPLOYEES

| When, according to Net Credited Service: | Then, the following paid vacation shall be granted: | |
|---|---|---|
| 6 Months | 1 Week | |
| 1 Year | 2 Weeks | |
| | (a) The first week may be taken after completion of 6 months' service;<br>(b) The second week may be taken after completion of 1 year's service. | |
| 2 Years | 2 Weeks | Beginning with the second anniversary, these weeks may be taken any time during the year in which the anniversary falls. |
| 7 Years | 3 Weeks | |
| 15 Years | 4 Weeks | |
| 25 Years | 5 Weeks | |
| RULE:  At least 1 week must be taken in a calendar year | | |

- For calculation of NCS for part-time employee, see Article 13.

- A Vacation Year is January 1 of the current calendar year to the end of December that calendar year.

61

- Vacation is advanced to an employee for work to be performed that Year on January 1 or, if the employee is off work on January 1, when the employee returns to work that Vacation Year.

- If an employee becomes eligible for a vacation week on or after December, such vacation week may be taken in the following calendar year, provided it is completed prior to the last day of the last payroll period ending in December of the following calendar year and prior to taking any of the current year's vacation.

- Full weeks of vacation for regular and term employees shall be paid at the 40-hour week rate.

19.2     An employee eligible for two (2) or more weeks of vacation under Section **19.1** may designate one (1) or two (2) weeks of vacation as day-at-a-time vacations. A maximum of five (5) of these days can be taken in half-day increments.  In addition, an employee whose vacation period includes holiday(s) may designate a day-at-a-time or half day(s) vacation date(s).  Day-at-a-time and half-day-at-a-time vacations so designated must be scheduled and taken subject to the following provisions:

19.2.1     The employee shall normally designate the intent to take day-at-a-time or half-day-at-a-time vacations under the provisions of this Section at the time of the second selection priority canvass as described in Article **21**.  An employee, who has not designated such an intent and subsequently wishes to take a previously scheduled full week of vacation on a day-at-a-time basis, may do so subject to Management approval.

19.2.2     Requests for individual "V" days shall be made as far in advance as possible, ordinarily not less than seven (7) calendar days prior to the day(s) being selected.

19.2.3     Day-at-a-time or half-day-at-a-time "V" days are limited to Monday through Friday and may not be taken on authorized holidays.

19.2.4     No work shall be scheduled for an employee on a "V" day.

19.3     Vacation schedules will be prepared by the Company for appropriate employee groups as determined by the Company, and shall be administered as follows:

19.3.1     The number of employees to be permitted on vacation in any employee group at any time shall be determined by the Company.  Selection of vacation dates within each employee group shall be on the basis of net credited service.

19.3.2     Only full weeks of vacation are included in this first selection priority.  Vacation days of less than a full calendar week are included in the second selection priority.  After all employees in the work group have been canvassed for full vacation weeks, management will then canvass the work group to allow employees to select other scheduled time off for which they are eligible.

19.3.3     After their first opportunity to select vacation as provided in **19.3.2**, if an employee fails to select their vacation in a reasonable period of time as determined by the Company, the employee will be placed at the bottom of the vacation schedule.

19.3.4     Each employee shall have a first choice before employees who split their vacation make additional choices.  Vacation weeks completed prior to March 31 shall not be considered "first choice".

**19.4**    Selected vacation weeks may be changed at the employee's request, provided such request is received fifteen (15) calendar days prior to the originally selected period, subject to the provision of Section **19.3**, when approved by Management with due regard being given to the needs of the business.

**19.5**    A vacation week will be a calendar week, except as provided in Section **19.2**.

**19.6**    Vacation pay shall include the authorized basic weekly rate, but shall not include any allowance for extra payments such as for Sunday and holiday work and work in addition to the established forty (40) hour workweek. Vacation pay for employees in the title classifications Advertising Sales Representative, Directory Sales Representative, **New Markets Representative** and Directory Advertising Representative shall be on the basis of average earnings computed as provided in Article 15 attached hereto. Pay for individual vacation days taken under the provisions of Section **19.2**, shall be one-fifth (1/5) of the weekly vacation pay established under this Section.

**19.7**    The annual selection and scheduling of vacations will cover approximately a twenty-four (24) month period, from January of the Vacation Year through the last day of the last payroll period ending in December of the next Vacation Year permitting regular employees to carry over vacations into the next calendar Vacation Year, subject to the following conditions:

**19.7.1**    At least one (1) week of vacation must be taken in the current calendar year.

**19.7.2**    Carried –over vacations are limited to full days except for one unused ½ day.

**19.7.3**    The week or weeks carried over from one (1) calendar year to the next must be completed no later than the last day of the last payroll period ending in December. The weeks carried over may be taken separately or consecutively.

**19.7.4**    Vacation weeks carried over from the preceding calendar year to the next under the provisions of this Section will take precedence over the selection of vacation weeks for the current calendar year.

   If employees do not schedule and utilize their carried-over vacation before the last day of the last payroll period ending in December, they will receive pay in lieu of vacation.

**19.8**    At the start of an approved leave of absence an employee may elect to receive payment in lieu thereof for any vacation to which eligible, or maintain the vacation eligibility to be taken upon return from the leave. Upon return during the calendar year, the employee shall receive whatever vacation or part thereof entitled to but limited to the part, which can be scheduled within the remainder of the calendar year. The employee will receive payment in lieu of whatever vacation time cannot be scheduled during the calendar year. Should the employee return the next calendar year, payment shall be made in lieu of vacation for any eligibility remaining from the previous year with subsequent vacation eligibility subject to the provisions of Section **19.10**.

**19.9**    An employee who is absent in excess of six (6) consecutive months due to approved leave **(excluding disability benefits)** or layoffs shall not be eligible for a vacation in any subsequent year under the provisions of Section **19.1** and Section **19.2** until the completion of six (6) months' continuous service following such absence.

19.10   An employee who is leaving the Company will be paid in lieu of all vacation he or she has been advanced but has not used.

19.11   Vacation pay for part-time employees shall be determined as follows:

19.11.1   The employment status of the employee during the last scheduled week immediately preceding the first day of a vacation week shall determine whether vacation payment will be made on a full-time or part-time basis, except for a temporary assignment to full-time for the weeks commonly referred to as Easter and Christmas vacation.  These temporary assignments shall not be considered to have changed the classification of a part-time employee.

19.11.2   Vacation pay for part-time employees assigned to the title classifications Advertising Sales Representative, Directory Sales Representative, **New Markets Representative** and Directory Advertising Representative shall be based on average earnings computed as specified in Article 15 of this contract.

19.11.3   Vacation payment for employees other than Advertising Sales Representatives, Directory Sales Representatives, **New Markets Representative** or Directory Advertising Representatives shall be determined by averaging all hours during the preceding twenty-six (26) workweeks, that the part-time employee either:

19.11.3.1   Was scheduled to work and excused, paid or unpaid.

19.11.3.2   Was assigned or expected for work and excused, paid or unpaid.

19.11.3.3   Worked, up to a maximum of eight (8) hours a day or forty (40) hours a week.

When the average number of hours per week includes a fractional hour other than a half (1/2) hour increment, payment shall be made to the next highest one-half (1/2) hour, figured on a weekly basis.  The application of (1) or (2) above shall be limited to a maximum of eight (8) hours per day or forty (40) hours per week.

19.11.4   If the twenty-six (26) workweek period includes both part-time and full-time employment, part-time and full-time hours will be combined to determine the average number of hours for which payment will be made.

19.11.5   Any tour differential, applicable to the employee's pay during the last workweek preceding the vacation, shall be added to the part-time employee's basic rate of pay when computing vacation payments, except that the differential shall not be added in computing the vacation pay of an employee who, upon return from vacation, is scheduled to work a day tour for a period of one (1) week or more.  Tour differentials are not applicable to employees in the title classification Advertising Sales Representative, Business Sales Representative, Directory Advertising Representative, Directory Sales Representatives, **New Markets Representative** and Key Account Executive.

19.12   Regular part-time employees shall be paid for vacation in accordance with Section 13.1.3 of the contract.

# ARTICLE 20 - APPROVED ABSENCES

**20.1**    Personal Leave: A leave of absence for personal reasons is a privilege which may be granted to employees rather than a right to which they are entitled. The granting of a leave of absence for a period in excess of thirty (30) calendar days does not guarantee that an employee will be given a position at the expiration of the leave unless agreed to in writing by the Vice President of the Company at the time the leave is granted.

**20.2**    Bereavement Leave: An employee may be permitted to be absent without deduction in pay for a period that is reasonable and warranted on account of death in the employee's immediate family. Such absence shall not be considered a leave of absence for other provisions of this contract. In deciding the payment for absent time to be allowed in such cases, consideration will be given to the relationship between the employee and the deceased and also the amount of time required in going to and returning from the place of the funeral service. **Base salary shall be paid for Bereavement Leave up to three (3) days for in-state leave and up to five (5) days for out-of-state leave.**

**20.2.1**    "Immediate family" shall be understood to mean the employee's parents, stepparents, adoptive parents, children, step children, adopted children, brothers, stepbrothers, sisters, stepsisters, husband, wife, registered domestic partner, grandparents, grandchildren, mother-in-law, father-in-law, legal guardian, as well as relatives living in the same household with the employee. In addition, management may grant bereavement leave for others at its discretion.

**20.3**    Other Leaves: Other leaves of absence, including but not limited to departmental leaves preceding a scheduled disability, family care leaves and leaves following maximum disability absence will continue to be granted in accordance with the PTG Leave of Absence Policy.

**20.4**    Jury Duty: No deduction in basic pay shall be made for time spent on obligatory jury duty. Time excused for jury duty of any kind shall not be considered as time worked.

**20.4.1**    Employees working evenings or nights will be rescheduled to days during the period they are required to be absent because of jury duty.

**20.4.2**    When such jury duty ends a reasonable time prior to the completion of scheduled working hours, an employee who would be working except for jury duty shall return to work.

**20.5**    Excused Work Days: This section outlines the administration of Excused Work Days (EWD's) for non-salaried employees.

**20.5.1**    Eligibility: Employee with at least 6 months service:

| STATUS | IS ENTITLED TO: |
|---|---|
| Regular or Term | 4 days with pay<br>1 day without pay |
| Part-Time | 4 days with pay<br>1 day without pay<br><br>(On a prorated basis based upon the ratio of any such part-time employee's equivalent workweek to the normal workweek of a comparable full-time employee.) |
| Temporary | 4 days with pay<br>1 day without pay |

65

20.5.2    Employees who do not work on their paid Excused Work Day shall be paid for the day as if for a normal or standard day worked provided they are on the active payroll of the Company on that Excused Work Day.

20.5.3    One (1) paid Excused Work Day in each calendar year may be designated by the Company for employees in an administrative work group (as designated by the Company) or in any larger group, including the entire Company. Employees in any such group for which an Excused Work Day is designated by the Company and who are not otherwise eligible for a paid Excused Work Day shall be excused and paid for such designated day as set forth in Section **20.5.5.1**, provided they are on the active payroll of the Company on the designated Excused Work Day.

20.5.4    Employees who are on vacation or absent with pay on their paid Excused Work Day for reasons other than having observed it as an Excused Work Day shall have their paid Excused Work Day rescheduled as a vacation day would have been rescheduled under the same circumstances.

20.5.5    If employees agree to work on their paid Excused Work Day and the Company determines that the day cannot be rescheduled, they shall be paid as applicable in accordance with the following paragraphs:

20.5.5.1    Employees who agree to work before the work schedule becomes fixed shall receive one (1) day's pay as set forth in Section **20.5.5.2** in lieu of their Excused Work Day and shall in addition be paid in accordance with the provisions of the Collective Bargaining Agreement covering work on a scheduled day of work.

20.5.5.2    Employees who agree to work after the work schedule becomes fixed shall receive one (1) day's pay as set forth in Section **20.5.5.3** in lieu of their Excused Work Day and shall in addition be paid in accordance with the provisions of the Collective Bargaining Agreement covering work on a non-scheduled day.

20.5.5.3    Time worked by an employee on his or her Excused Work Day shall be considered time worked on a regularly scheduled day of work for all purposes, except as is otherwise expressly provided in this Article.

20.5.6    Changes in the date(s) originally selected by the employee as an Excused Work Day shall be subject to the following conditions:

20.5.6.1    Approval of the request for the change will be subject to the needs of the business, as determined by management.

20.5.6.2    Management shall have the option to allow the taking of an excused work day(s) without the scheduling requirements above in the event of an emergency. In all cases a manager's decision shall be final.

20.5.7    Excused Work Days may be scheduled in two (2) hour increments, subject to the same requirements and limitations as set forth in the rest of this article.

## ARTICLE 21 - SCHEDULING TIME OFF

21.1    In addition to vacation time scheduled under Article **19**, after all employees in the work group have been scheduled for full vacation weeks, management will then canvass the work group to allow employees to select other scheduled time off for which they are eligible.

21.2    All time off, after scheduled full vacation weeks, scheduled in accordance with Section 30.1 shall be included in the second selection priority. The period for selection of vacation time, excused work days, and floating holidays shall extend through the last day of the last payroll period ending in December of the following calendar year.

21.3    Subject to the needs of the business and force requirements of the work group time off not scheduled under this section may be selected by an employee on the basis of the earliest request to the employee's immediate supervisor.

21.4    The provisions of this Article shall not be construed as superseding alternative time off scheduling procedures previously implemented in specific administrative work groups. Such procedures may be continued if agreed to locally between management and the Union.

## ARTICLE 22 - EMPLOYMENT SECURITY

22.1    The Company will endeavor to operate the business in a manner which will continue to provide steady, secure employment for all regular full-time and part-time employees consistent with the needs of the business.

22.2    The Company and the Union recognize that true employment security is possible only when the Company is truly competitive in the marketplace.

22.3    The Company and the Union recognize that technological change (defined as changes in equipment or methods of operation), lack of work, consolidation, restructuring, closing offices or other needs of the business may cause displacement of regular employees. The following procedures have been established to diminish or abolish the detrimental impact of such displacement on employees.

22.3.1    The Company shall notify the Union and the affected employees at least three (3) calendar months in advance of the introduction of any planned major technological change which is likely to necessitate a lay-off or displace employees. The Company will make every effort to notify the Union and the effected employees at least three (3) calendar months in advance of any other condition which is likely to necessitate a lay-off or displace employees.

22.3.2    Following such notification, the Company shall meet with the Union. The Union will be given an opportunity to make recommendations to diminish the detrimental impact of the change on employees. The purpose of these recommendations is to assist the Company in making well-informed decisions.

22.3.3     In the event of an anticipated lay-off or major displacement, the Company will review the appropriateness of the following:

22.3.3.1     encouraging voluntary transfers;

22.3.3.2     engaging non-regular employees in jobs that will become surplus;

22.3.3.3     engaging non-regular employees in jobs in the same title classification and work location who could be terminated to make positions available for surplused employees;

22.3.3.4     offering time off without pay and enhanced personal leaves of absence;

22.3.3.5     terminating temporary and other non-regular employees;

22.3.3.6     a hiring freeze;

22.3.3.7     retraining employees on or off Company-time for reassignment.

22.4

22.4.1     Any regular employee who is in a job title and work group that has more employees than jobs may be declared surplus. A work group is a group of employees who perform similar work in a single location (building) within a Vice Presidential entity. The Company reserves the right to determine the job title(s) and work group(s) in which a surplus exist and the number of employees in such title(s)/work group(s) who are considered to be surplus.

22.4.2     Employees within a job title or work group having a surplus, and in job titles or work groups where performance standards have been established, will be declared surplus based on individual performance levels and net credited service. Performance standards will be used as the criteria for establishing performance bands. Employees will be placed into performance bands based on their individual performance levels then ranked within the band based on their net credited service.

22.4.3     Employees within a job title or work group having a surplus, and in job titles or work groups where no performance standards have been established, will be declared surplus based on reverse net credited service order.

22.4.4     The Company shall notify the Union of the declaration of surplus. This notification will include: (1) work group(s) in which the surplus exists; (2) the number of surplused employees by title and location; and (3) the name, banding status if applicable, and net credited service of each surplused employee.

22.4.5     The Company shall not make a declaration of surplus for any work group more frequently than once every three (3) calendar months except in the event of an emergency.

22.5     Whenever a surplus is declared, the benefits of the Directory Employment Transition Program (DETP) will be offered to all employees in the same job title(s) and location(s) as the surplused employee(s) if these benefits have not previously been offered within the past 60 days, to the extent necessary to relieve the surplus.

22.6    After the DETP offering described in Section **22.5** above surplused employees, as designated in Section **22.4.2** or Section **22.4.3**, will be offered priority transfer/reassignment within the same Vice Presidential entity as follows:

22.6.1    Each employee must be basically qualified for the position to which he is reassigned/transferred.    Selection of qualified employees for priority transfer or reassignment will be determined based on qualifications and net credited service.

22.6.2    If no surplused employee volunteers for a specific transfer or reassignment, the surplused employee with the lowest net credited service will be involuntarily reassigned if the job offered has the same or a higher rated wage schedule and if it does not require a change in residence. Any regular employee who refuses an involuntary reassignment or transfer will not be eligible for any further benefits under this Article and will be subject to termination.

22.6.3    Any regular employee who is declared surplus may be offered a priority transfer to any job title or location within the Vice Presidential entity. Any regular employee who elects not to accept such a transfer except as specified in (b) above shall continue to be eligible for benefits under this Article. Any employee accepting a transfer to a job title involving a lower rated wage schedule shall be covered by the Reassignment Pay Protection Plan. Any employee accepting a transfer to a job requiring a change in residence shall be reimbursed for reasonable moving expenses.

22.6.4    Any surplused employee may elect to transfer on a priority basis to any unfilled position in the Vice Presidential entity for which he is qualified except that the employee will not be offered an upgrade position on a priority basis if a Category I employee bids on that particular job vacancy.

22.7    After offering priority transfer/reassignment within the same Vice Presidential entity described in Section **22.6** above, surplused employees, as designated in Section **22.4.2** or Section **22.4.3**, who cannot be reassigned or transferred within his Vice Presidential entity, the employee may be offered a priority transfer to any position throughout the Company for which he is basically qualified.

22.7.1    Selection of qualified employees for priority transfer will be determined based on qualifications and net credited service. Available positions will be offered in the following order:

22.7.1.1    same job title, commutable
22.7.1.2    same wage schedule, commutable
22.7.1.3    same job title, non-commutable
22.7.1.4    same wage schedule, non-commutable
22.7.1.5    downgrade, commutable
22.7.1.6    downgrade, non-commutable
22.7.1.7    upgrade, commutable, unless a Category I employee bids on the position.
22.7.1.8    upgrade, non-commutable, unless a Category I employee bids on the position.

22.7.2    Any surplused employee declining a job with the same or higher rated wage schedule which does not require a change in residence will not be eligible for any further benefits under this Article and will be subject to termination.

22.7.3    Any employee accepting a transfer to a job with a lower wage scale will be covered by the Reassignment Pay Protection Plan (see Article **25**). Any employee who accepts a position in a location requiring a change in residence shall be reimbursed for reasonable moving expenses.

22.7.4    Any surplused employee may elect to transfer on a priority basis to any unfilled position for which he is qualified except that the employee will not be offered an upgrade position on a priority basis if a Category I employee bids on that particular job vacancy.

22.8    For the purposes of Section **22.6**, Section **22.7**, and Section **22.13.4**, a job shall be considered commutable and therefore not requiring a change in residence if either:

22.8.1    It is less than 35 miles further away from the employee's bona fide residence than the employee's former work location; or

22.8.2    The travel time from the employee's bona fide residence to the new work location is less than 90 minutes by public transportation or 60 minutes by automobile regardless of the distance.

22.9    If Section **22.4.2** is used as the criteria for designating surplus employees, and after the DETP offering described in Section 31.5 above, and after the offering of priority transfer to available positions throughout the Company described in Sections **22.6** and **22.7** above, employees in a band(s) still having a surplus status will be offered an Enhanced Directory Retirement (EDR) package in Net Credited Service order, to the extent necessary to relieve the surplus.

22.10    If Section **22.4.4** is used as the criteria for designating surplus employees, and after the DETP offering described in Section **22.5** above, and after the offering of priority transfer to available positions throughout the Company as described in Sections **22.6** and **22.7** above, and after the offering of an Enhanced Directory Retirement (EDR) package as described in Section **22.9** above, the Company will clear the surplus in the following order:

22.10.1    Involuntary severance of new employees. New employees are for this Section defined as off-the-street hires, having less than twenty-four (24) months of net credited service. Selection order will be based on band performance and net credited service.

22.10.2    Previous Company managers, new to the bargaining unit will be retreated to their former positions. New to the bargaining unit for this Section is defined as less than twenty-four (24) months of time-in-title. Selection order will be based on band performance and net credited service.

22.10.3    Employees who have used the upgrade and transfer plan and have not reached expiration of their retreat period will be retreated to their former position. Selection order will be based on band performance and net credited service.

22.10.4    Involuntary severance of remaining surplused employees as needed. Selection order will be based on band performance and reverse net credited service.

70

**22.11** Any regular employee who is surplused, and who does not accept DETP, who cannot be placed under the provisions of Section **22.6** or Section **22.7**, and who does not qualify or who did not elect for an Enhanced Directory Retirement package shall be eligible to elect to either:

**22.11.1** be laid-off;

**22.11.2** be placed in the Directory Job Bank.

**22.12**

**22.12.1** A regular employee who elects to be laid-off shall be paid a lay-off allowance determined as to the amount by their net credited service and basic weekly wage rate at the time of leaving the service, in accordance with the table below except those in the title classification Key Account Executive, Business Sales Representative, Advertising Sales Representative  Directory Sales Representative and **New Markets Representative**:

| Years of Net Credited Service | Number of Weeks Current Basic Wage Rate (excludes all differentials) |
|---|---|
| Less than 6 months | 0 |
| 6 months but less than 2 years | 1 |
| 2 years but less than 3 years | 2 |
| 3 years but less than 4 years | 3 |
| 4 years but less than 5 years | 4 |
| 5 years but less than 6 years | 6 |
| 6 years but less than 7 years | 8 |
| 7 years but less than 8 years | 10 |
| 8 years but less than 9 years | 12 |
| 9 years but less than 10 years | 16 |
| 10 years but less than 11 years | 20 |
| 11 years but less than 12 years | 24 |
| 12 years but less than 13 years | 28 |
| 13 years but less than 14 years | 32 |
| 14 years but less than 15 years | 36 |
| 15 years but less than 16 years | 40 |
| 16 years but less than 17 years | 44 |
| 17 years but less than 18 years | 48 |
| 18 years but less than 19 years | 52 |
| 19 years but less than 20 years | 56 |
| 20 years but less than 21 years | 60 |

For employees with twenty-one (21) or more years of net credited service, an additional four (4) weeks' pay at the applicable rate will be made for each additional completed year of service.

For regular employees in the title Key Account Executive, Advertising Sales Representative, Directory Sales Representative and **New Markets Representative** the lay-off allowance will be determined by applying their "Years of Net Credited Service" to the above table and multiplying the resulting " number of weeks" by their average weekly earnings (base pay plus average daily commissions).

**22.12.2** Any vacation payments to which the employee is eligible will be made in addition to the layoff allowance.

22.12.3   Any employee who is not eligible for a service pension and who elects to be laid-off shall receive extended medical, vision and dental coverage on the same basis and in the same amount as an employee who left the service of the Company pursuant to the provisions of DETP.

22.12.4   If any employee who has received a layoff allowance is reengaged and the number of weeks since the effective date of leaving is less than the number of weeks' pay upon which the layoff allowance was based, exclusive of any payment in lieu of vacation, the amount paid to the employee for the excess number of weeks shall be considered as an advance to the employee by the Company.   Repayment of this amount shall be made at the time of reemployment or through payroll deductions each payroll period at the rate of at least ten (10) percent each week of the employee's weekly rate until the amount is fully repaid.

22.12.5   If any employee who has been laid off and given a layoff allowance is subsequently reemployed and again laid off, the layoff allowance in the case of the second layoff or of any subsequent layoff shall be based upon the employee's net credited service, less any prior layoff allowance received and not refunded to the Company.

22.12.6   If an employee who has been laid off is subsequently rehired, net credited service will be determined in accordance with the Company Pension Plan guidelines for determining service following temporary layoffs.

22.13
22.13.1   A  regular employee who elects to be placed in the Directory Job Bank shall receive their current basic weekly wage at the time of leaving the service for a period of time equal to the number of weeks of layoff allowance they would have been otherwise eligible for under Section **22.12.1** in no less often than monthly payments.  The current basic weekly wage for employees in the title Key Account Executive, Advertising Sales Representative, Business Sales Representative, Directory Sales Representative and **New Markets Representative** will be their average weekly earnings (base pay plus average daily commission).

22.13.2   Any regular employee who is not eligible for a service pension and who elects to be placed in the Directory Job Bank shall receive extended medical, vision and dental coverage on the same basis and in the same amount as an employee who left the service of the Company pursuant to the provisions of DETP.

22.13.3   Any regular employee who elects to be placed in the Directory Job Bank will receive priority consideration for any regular job vacancy he wishes to apply for after employees described as surplus in Section **22.6** and Section **22.7** above for a period not to exceed twelve (12) months. A given Job Bank participant may receive a maximum of two (2) job offers based on priority consideration in any job title(s) for which he is qualified based upon qualifications and net credited service.  Job Bank participants will not be entitled to relocation expenses except as provided for in Section **22.13.5** or Reassignment Pay Protection. If a Job Bank participant accepts a job offer, he has fifteen (15) calendar days from the date of acceptance to report to work.

22.13.4    Job Bank participants will be considered for temporary and other non-regular jobs based on qualifications and net credited service. A Job Bank participant selected for a temporary or non-regular job within his commuting area at the same or higher rated wage schedule must accept the job unless: (1) its' scheduled tour of duty conflicts with the time he is scheduled to attend training reimbursed pursuant to Section **22.13.5** below; (2) he has found other employment; or (3) other special circumstances exist. A Job Bank participant selected for a temporary or non-regular job will be given no less than seven (7) days notice of his selection prior to the start of the assignment. Any Job Bank participant who refuses such an assignment, except as stated above, shall not receive any further benefits under this Article. The Job Bank participant will be paid at the wage rate applicable to the job to which they are assigned. Any experience gained in such an assignment will be considered if the individual applies for any regular job vacancy pursuant to Section **22.13.3** above. Job Bank monthly payments will be suspended while the participant is working in a temporary job; payments will be resumed when the person has been terminated. Extended medical coverage as provided for in Section **22.13.2** will be continued. If a formerly full-time employee is selected for a part-time job, his monthly payments will be pro-rated based on the number of hours worked.

22.13.5    In addition to the payments set forth in Section **22.13.1** and Section **22.13.2** above, the Company will reimburse Job Bank participants for actual expenses incurred for tuition or training, relocation or job placement related to seeking other employment, or any combination thereof, not to exceed $500 for each year of net credited service (prorated for any partial year of service) to a maximum of $5,000. Any such expenses must be approved by the Company for reimbursement prior to being incurred and must be incurred within one (1) year from the date of termination of employment except that reimbursement for tuition or training expenses may be incurred within two (2) years of the date of termination.

22.13.6    Net credited service will continue for a Job Bank employee for the period of time in which such employee is receiving Job Bank payments.

22.13.7    If a Job Bank employee is rehired after the date on which Job Bank payments cease, net credited service will be determined in accordance with the Company's Pension Plan guidelines for determining service following temporary layoff.

22.14    Outplacement assistance will be provided on a voluntary basis to any regular employee who is either laid off or placed in the Directory Job Bank for the purpose of helping them seek new employment.

22.15    Neither the right to implement a technological change, the determination of a surplus situation including the number and type of employees who are surplus, the need for a lay-off nor the provision of services/benefits to persons who are no longer on the payroll shall be subject to the grievance and arbitration provisions of this contract.

# ARTICLE 23  - DIRECTORY EMPLOYMENT TRANSITION PROGRAM

23.1    When any employee is declared surplus pursuant to Article **22**, the following benefits will be offered to all employees in the same job titles(s) and location(s) subject to the following conditions:

23.1.1    The Company shall determine the job title(s) and location(s) in which a surplus exists, the number of employees in such title(s)/location(s) who are considered surplus and the period during which the employee may, if he so elects, leave the service of the Company pursuant to this Article.  Neither such determination by the Company nor any other part of this Article shall be subject to arbitration.

23.1.2    The number of employees who may make such election shall not exceed the number of employees determined by the Company to be surplus.

23.1.3    An employee's election to leave the service of the Company and receive Directory Employment Transition Program benefits must be in writing and transmitted to the Company within 30 days from the date of the Company's offer in order to be effective and it may not be revoked after such 30 day period.

23.2    Directory Employment Transition Program payments as described in Section **23.3** for employees who elect to leave the service of the Company in accordance with Section **23.1** shall begin at the end of the month following the month such employee has left the service of the Company. Payments will be made on a no less often than monthly basis there after.  Payments will not continue beyond 60 weeks after the employee has left the service of the Company.

23.3    For an employee who so elects in accordance with Section **23.1**, the Company will pay Directory Employment Transition Program payments as follows:

23.3.1    for each full year of net credited service up to and including 10 years, one (1) week of pay and;

23.3.2    for each full year of net credited service in excess of 10 years up to and including 20 years, 2 weeks of pay, and;

23.3.3    for each full year of net credited service in excess of 20 years up to 30 years, 3 weeks of pay;

23.3.4    up to a maximum of 60 weeks.

Such pay shall be equal to the recipient's basic rate of pay at the time of termination of employment except those in the title classifications Advertising Sales Representative, Directory Sales Representative, **New Markets Representative,** Business Sales Representative, and Key Account Executive. For regular employees in those titles, the payment shall be determined by applying their years of net credit service to the above formula and multiplying the resulting number of weeks by their average weekly earnings (base pay plus average daily commissions).

**23.4**    In addition to the payments set forth in Section **23.3**, the Company will pay employees who elect to leave the service of the Company in accordance with Section **23.1** a lump sum payment based on years of net credited service as follows:

**23.4.1**    $500 for each full year of net credited service up to a maximum of $5000. Such lump sum payment will be made within 30 days after the employee has left the service of the Company.

**23.5**    The years of net credited service and final full-time basic weekly wage rate as used in this Article shall be prorated for any period of time during which an employee is employed on a part-time basis.

**23.6**    Employees who elect to leave the service of the Company and receive benefits under this Article may not also receive a lay-off allowance or other benefits pursuant to Section **22.12**, Section **22.13** or Section **22.14**.

**23.7**    As used in this Article "basic weekly wage rate" does not include tour or temporary differentials, overtime pay or other extra payments.

**23.8**    In addition to the payments set forth in Section **23.3** and Section **23.4**, the Company will pay medical plan, dental plan, vision care plan and basic group life insurance plan premiums for an employee who elects to leave the service of the Company in accordance with Section **23.1** as follows:

**23.8.1.1**    less than 5 years net credited service, 4 months;

**23.8.1.2**    5 years or more net credited service, 6 months.

**23.8.2**    Employees will be eligible to continue medical plan, dental plan and vision care plan coverage at their own expense at group rates for up to a total of 36 months, which includes the Company subsidized period described above.

**23.9**    Any vacation, excused work day and floating holiday payments to which the employee is eligible will be made in addition to the above payments.

**23.10**    Employees who elect to leave the service of the Company and receive Directory Employment Transition Program payments may receive in combination with such payments a retirement service pension, if eligible for such pension.

**23.11**    In addition to the conditions set forth above, any payments to a recipient hereunder shall be suspended upon the happening of any of the following:

**23.11.1**    re-employment of the recipient by the Company;

**23.11.2**    employment of the recipient by any subsidiary of SBC or Pacific Bell Directory.

## ARTICLE 24  - TRAINING / RETRAINING (TUITION AID)

24.1    In the present environment of fast-paced technological developments and structural changes, the Company and the Union recognize the benefits of encouraging employees to seek training and retraining for personal or career development or in the event their existing jobs are displaced. Accordingly, the Company will continue to reimburse any regular full-time or part-time employee for 100% of his tuition and other eligible expenses associated with any courses beneficial to Company business either on the employee's current or future job in accordance with the current SBC Tuition Aid Policy.

## ARTICLE 25  - REASSIGNMENT PAY PROTECTION PLAN

25.1    If, because of force surplus adjustments, employees are assigned to vacancies where the rate of pay of the new job is less than the current rate of pay of the employee's regular job, the rate of pay will be reduced over a period of time based on the employee's length of service. The reductions in pay are effective at periods following reassignment as shown below and are based on the difference in rates for the old and new jobs.

25.1.1    Net Credited Service Is Less Than 10 Years:

Weeks 1 thru 4 - no reduction
Weeks 5 thru 8 - 1/3 reduction
Weeks 9 thru 12 - 2/3 reduction
Weeks 13 & thereafter - full reduction

25.1.2    Net Credited Service Is More Than 10 Years But Less Than 15 Years:

Weeks 1 thru 30 - no reduction
Weeks 31 thru 34 - 1/3 reduction
Weeks 35 thru 38 - 2/3 reduction
Weeks 39 & thereafter - full reduction

25.1.3    Net Credited Service Is 15 Years or More:

Weeks 1 thru 56 - no reduction
Weeks 57 thru 60 - 1/3 reduction
Weeks 61 thru 64 - 2/3 reduction
Weeks 65 & thereafter - full reduction

25.2    There will be no reduction in pay for an employee with fifteen (15) years or more of net credited service who is downgraded due to technological change for a period of thirty-six (36) months following the effective date of such downgrade. Thereafter the following schedule in reduction shall apply:

Weeks 1 thru 4 - no reduction
Weeks 5 thru 8 - 1/3 reduction
Weeks 9 thru 12 - 2/3 reduction
Weeks 13 & thereafter - full reduction

# ARTICLE 26 - GRIEVANCE PROCEDURE

26.1    The Company and the Union recognize the right of any individual employee or group of employees to present grievances to Management representatives of the Company. Any employee having a grievance may:

26.1.1    Present the grievance to an authorized Union representative who may in turn present the grievance to Management representatives. Pending final settlement of the grievance, the Company shall not thereafter attempt to settle said grievance directly with the employee without Union concurrence, but shall settle the grievance directly with the Union representative; or

26.1.2    Present the grievance to his immediate supervisor and/or other successive steps in the grievance procedure described in Section **26.3** and have such grievance adjusted without the intervention of an authorized Union representative as long as the adjustment is not inconsistent with the terms of this contract, and provided that an authorized Union representative has been given an opportunity to be present at the adjustment of any grievance arising out of or resulting from the application or interpretation of the provisions of this contract.

26.2    All grievances shall be subject to the following procedure:

26.2.1    Step 1 - The authorized Union Representative, shall present the grievance to the employee's immediate supervisor within thirty (30) calendar days of the occurrence of the action or event which is the basis of the controversy or within thirty (30) calendar days of when the Union or the employee involved could have ascertained the action or event. After the grievance has been presented, the Company will have no more than seven (7) calendar days to respond.

26.2.2    Step 2 - If the matter is not settled in Step 1, the authorized Union Representative shall, within twenty (20) calendar days from the receipt of the Company's response, present the grievance to the appropriate General Sales Manager or District Manager (Third Level) in writing on a form jointly agreed to. After the grievance has been presented, the Company will have no more than seven (7) calendar days to respond.

26.2.3    Step 3 - If the matter is not settled in Step 1 or Step 2, the authorized Union Representative shall, within twenty (20) calendar days from the receipt of the Company's response, present the grievance to the appropriate Vice President. After the grievance has been presented, the Company will have no more than seven (7) calendar days to respond.

26.2.4    Step 4 - If the matter is not settled in Step 1, Step 2, or Step 3, the President/Business Manager of the Union shall, within twenty (20) calendar days from the receipt of the Company's response, present the grievance to the Vice President – Human Resources. Either the President/Business Manager of the Union or the Vice President – Human Resources may authorize alternates to act for them. Such authorization shall be made in writing. The Vice President – Human Resources shall submit a written statement of the Company's position on the grievance to the Union.

26.3    It is agreed that the objective is to settle all grievances at the lowest appropriate level. Grievances shall be initially presented at Step 1, unless it is mutually agreed that presentation at a higher level is appropriate. When a grievance is not settled at Step 1, it may be presented at each succeeding step in the grievance procedure, as may be necessary, up to and including Step 4, except that presentation at one (1) or more intermediate steps below Step 4 may be omitted at the discretion of either the Company or the Union.

26.4    The time limits referred to in Section **26.2** may be extended if mutually agreed to in writing by both parties. If a grievance is not presented to a higher level of management within 20 calendar days subsequent to the final answer at any step, it shall be considered settled and shall no longer be eligible under the grievance procedure.

26.5    It is agreed that neither the Union, its representatives, nor the employees it represents shall attempt by any means other than the grievance procedure and, where applicable, the arbitration procedure to bring about settlement of any issue which is properly a subject for handling through the grievance or arbitration procedure.

# ARTICLE 27  - ARBITRATION

27.1    Except as otherwise provided in this contract, if a grievance involving the true intent and meaning of any provision of this contract has been handled in accordance with the grievance procedure of Article **26** and has not been satisfactorily adjusted, the Union, within thirty (30) calendar days after the Company has given its final answer at the Vice President – Human Resources level, may request that the grievance be arbitrated subject to the following conditions:

27.1.1    The provisions for arbitration shall apply only to controversies between the Union and the Company regarding the true intent and meaning of any provision of this contract, or regarding a claim that the Company has not fulfilled a commitment made in this contract.

27.1.2    The Union shall notify the Company in writing of its intention to arbitrate the dispute, setting forth in detail the issue or issues involved, the facts out of which they arose, and their contention.

27.1.3    The parties shall select an impartial person to act as an arbitrator. In the event an agreement cannot be reached by the parties, the Union may request that the Director of the Federal Mediation and Conciliation Service name a panel of arbitrators; a copy of the request shall be sent to the Vice President – Human Resources. In the letter to the Federal Mediation and Conciliation Service, the Union shall request the Service to furnish the Company with an identical list. The parties in turn shall have the right to strike a name from the panel until only one (1) name remains. The remaining person shall act as arbitrator. The right to be the first to strike a name from the panel shall be set by lot.

27.1.4    Hearings before the arbitrator shall commence as soon as possible and be carried to a conclusion as expeditiously as possible. The arbitrator shall hear and accept pertinent information submitted by both parties and shall render a decision in writing to both parties within the time limits agreed to by both parties.

27.1.5    No further proceedings shall be had under this Article nor shall the grievance thereafter be subject to arbitration under this Article if within six (6) months from the date of receipt by the Company of the Union's notice required by Section **27.1.4** a hearing before the arbitrator has not commenced, except where the parties have stipulated in writing an extension of the six (6) month period or such extension as may be granted by the arbitrator.

**27.2**    The arbitrator shall have no authority to change, add to or subtract from the contract.

**27.3**    The decision of the arbitrator shall be final and binding on both parties and the Company and the Union agree to abide by such decision.

**27.4**    The time periods referred to in this Article may be extended by mutual agreement in writing.

**27.5**    Each party shall pay for its own witnesses. The arbitrator's fee and the general expenses of the arbitration shall be borne by the Company and the Union in equal parts.

# ARTICLE 28 - EXPEDITED ARBITRATION

**28.1**    In lieu of the procedures specified in Article **27** of this contract, any grievance subject to arbitration under Article **27** may be submitted to expedited arbitration by the mutual agreement of the parties provided that such an election is made within (15) calendar days after the filing of a request for arbitration. The election shall be in writing and, when signed by authorized representatives of the parties, shall be irrevocable. If no such election is made within the foregoing time period, the arbitration procedure in Article 36 shall be followed.

**28.2**    As soon as possible after this contract becomes final and binding, a panel of three (3) umpires shall be selected by the parties. Each umpire shall serve until the termination of this contract unless his or her services are terminated earlier by written notice from either party to the other. The umpire shall be notified of his or her termination by a joint letter from the parties. The umpire shall conclude his or her services by settling any grievance previously heard. A successor umpire shall be selected by the parties. Umpires shall be assigned cases in rotating order designated by the parties. If an umpire is not available for a hearing within ten (10) working days after receiving an assignment, the case will be passed to the next umpire. If no one can hear the case within ten (10) working days, the case will be assigned to the umpire who can hear the case on the earliest date.

**28.3**    The procedure for expedited arbitration shall be as follows:

28.3.1    The parties shall notify the umpire in writing on the day of agreement or date of arbitration demands in suspension cases to settle a grievance by expedited arbitration. The umpire shall notify the parties in writing of the hearing date.

28.3.2    The parties may submit to the umpire prior to the hearing a written stipulation of all facts not in dispute.

28.3.3    The hearing shall be informal without formal rules of evidence and without a transcript. However, the umpire shall satisfy himself or herself that the evidence submitted is of a type on which he or she can rely, that the hearing is in all respects a fair one, and that all facts necessary to a fair settlement and reasonably obtainable are brought before the umpire.

28.3.4    Within five (5) working days after the hearing, each party may submit a brief written summary of the issues raised at the hearing and arguments supporting its position. The umpire shall give his or her settlement within five (5) working days after receiving the briefs. He or she shall provide the parties a brief written statement of the reasons supporting his or her settlement.

28.3.5    The umpire's settlement shall apply only to the instant grievance, which shall be settled thereby. It shall not constitute a precedent for other cases or grievances and may not be cited or used as a precedent in other arbitration matters between the parties unless the settlement or a modification thereof is adopted by the written concurrence of the representatives of each party at the fourth step of the grievance procedure.

28.3.6    The time limits in Section **28.3.1** and Section **28.3.4** may be extended by agreement in writing of the parties or at the umpire's request, in either case only in emergency situations. Such extensions shall not circumvent the purpose of this procedure.

28.3.7    In any grievance arbitrated under the provisions of this Article, the Company shall under no circumstances be liable for back pay for more than six (6) months (plus any time that the processing of the grievance or arbitration was delayed at the specific request of the Company) after the date of the disciplinary action. Delays requested by the Union in which the Company concurs shall not be included in such additional time.

28.3.8    The umpire shall have no authority to add to, subtract from or modify any provisions of this contract.

28.3.9    The decision of the umpire will settle the grievance, and the Company and the Union agree to abide by such decision. The compensation and expenses of the umpire and the general expenses of the arbitration shall be borne by the Company and the Union in equal parts. Each party shall bear the expense of its representatives and witnesses.

28.3.10    The time limit for requesting arbitration under Article **28** shall be the same as in existing procedures.

# ARTICLE 29  - DISMISSALS

29.1    Any dismissed employee shall have the right to have dismissal action investigated by successive levels of Management up to and including the Vice President of the employee's Division or the authorized representative of the Vice President provided the employee requests such investigation within ten (10) calendar days of the notice of dismissal.

29.2    In the event any regular employee is dismissed, the matter shall be subject to the grievance procedure set forth in Article **26**, provided the dismissed employee makes written request to the Company for such procedure within ten (10) calendar days of the date of dismissal. If it is agreed that the employee should be reinstated, the terms of such reinstatement shall be settled by agreement. The written request should be directed to the Vice President –Human Resources.

80

29.3    In the event the question as to whether any regular employee having eighteen (18) months or more of net credited service is hereafter dismissed without just cause is not settled under the grievance procedure as provided in Section **26.1.1**, the Union may require that the matter be submitted to arbitration pursuant to the provisions of Article **27**.  If the arbitrator finds that the dismissal was made without just cause, he shall either:

29.3.1    Reinstate the employee with back pay computed in accordance with Section **29.4**, or

29.3.2    Reduce the dismissal to a suspension, and reinstate the employee without back pay for the period of the suspension set by the arbitrator.

29.4    Where employees are reinstated with back pay, the employees shall receive their regular rate of pay for the time lost, but not for suspension time under Section **29.3.2**.  They shall also receive reimbursement for any actual expenses incurred and paid by the employee during the period of discharge which would have normally been paid by the Company Medical, Dental or Vision Care Benefit Plans.  Amounts paid to employees will be reduced by any amount, other than wages but including termination or layoff allowance received from the Company at the time of discharge, and any amount paid to or receivable by the employees as wages in other employment and as unemployment benefits under any present or future provision of law for the period since the date of such discharge.   For those employees in the title classifications Advertising Sales Representative, Key Account Executive, Directory Sales Representative, **New Markets Representative** and Business Sales Representative "regular rate of pay" as stipulated in this Section shall be the employee's daily average compensation at the time of dismissal.

29.5    Retroactive back pay for dismissals that have been arbitrated under Article **28** will be computed as provided in Section **29.4** and limited as provided for in Section **28.3.7**.

# ARTICLE 30  - COMMON INTEREST FORUM

30.1    Recognizing that rapid changes are occurring and will continue to occur in the information and telecommunications businesses, the parties express their intent that a forum of common interest will be established in the Company for the following purposes:

30.1.1    Providing a framework for early communications and discussion between the parties on business developments of mutual interest and concern to the parties and their constituencies;

30.1.2    Discussing and reviewing innovative approaches to enhance the competitiveness of the Company and improve employment security;

30.1.3    Improving understanding and relationships between the parties and avoiding unnecessary disputes by cooperatively addressing significant changes and developments in the Union or Company environment.

30.1.3.1    Equal numbers of key Union and Management persons shall constitute the forum in the Company.  Meetings will be convened by the parties at mutually agreeable places and times but no less often than quarterly.  Otherwise, the members of the forum shall determine its composition, structure, agenda, and operation.

**30.1.3.2**  It is the intent that such forum supports the collective bargaining process, the established contractual dispute resolution procedures, and the existing joint Union-Management committees.

# ARTICLE 31 - COMMITTEES

**31.1**  The parties may create by mutual agreement such committees or forums as necessary or desirable to implement or discuss this contract, the work environment or changes in the Company's processes or procedures.

**31.2**  No aspect of this Article shall be subject to the grievance and arbitration procedures contained herein.

# ARTICLE 32 - FEDERAL AND STATE LAWS

**32.1**  In the event any Federal or State law or regulations or governmental order, or the final decision of any court or board of competent jurisdiction affects any one (1) or more provisions of this contract, the provision or provisions so affected shall be renegotiated to comply with the requirements of such law, regulation, governmental order, or decision for the localities within the jurisdiction; otherwise, the contract shall continue in full force and effect.

# ARTICLE 33 - HIRING CONSIDERATION OF FORMER EMPLOYEES

**33.1**  As a matter of good business practice and fair treatment, the Company will continue to give fullest consideration in hiring to individuals who are former employees of any SBC companies and/or any companies which were once in the Bell system, subject to the SBC corporate guidelines regarding the re-employment of former employees.

# ARTICLE 34 - INITIAL MECHANIZED MARKET ASSIGNMENT (MARKET ALLOCATION)

**34.1**  Assignment of Accounts - Account Continuity -100% Follow Yourself:

**34.1.1**  It is the intent of the company to identify, **at Initial Market Assignment (See Market Reassignment Matrix for post initial market reassignment)** for employees in the title classification Advertising Sales Representative, Business Sales Representative and Directory Sales Representatives, the following accounts for purposes of assigning the accounts to the previous year selling Sales Representative providing for the following year that the previous year selling Sales Representative is assigned to the campaign:

**34.1.1.1**  New Business Continuity –

**34.1.1.1.1**  Advertising Sales Representative: non-revenue accounts in the previous issue that purchased any billed item of advertising above the Directory Sales Representative channel cut criteria.

34.1.1.1.2   Directory Sales Representative: non-revenue accounts in the previous issue that purchased any billed item of advertising within the Directory Sales Representative channel cut criteria and fifty dollars or the dollar value of a discounted three half space ad, whichever is greater.

**34.1.1.2**   Credit Waived Accounts – accounts that in the previous issue required an Advance Payment from credit policy and the account was given a credit waiver from the General Manager.

**34.1.1.3**   Lock-out Accounts – accounts that in the previous years issue were in second module and had a lock-out status when the advertising was sold.  Lockout is defined in Article **15.1.4.2. If at Initial Market Assignment the account is not in lock-out status the account will be assigned to the previously assigned sales employee, assuming the employee is assigned to the campaign, otherwise the account will be assigned to the general market.**

**34.1.1.4**   120 days Past Due Accounts – accounts that in the previous years issue were in second module and had a 120 day past due status when the advertising was sold.  Past Due is defined in Article **15.1.4.1. If at Initial Market Assignment the account is not 120 days Past Due the account will be assigned to the previously assigned sales employee, assuming the employee is assigned to the campaign, otherwise the account will be assigned to the general market.**

**34.1.1.5**   I find it, I keep it **and/or "Open Market"**– accounts that in the previous years issue were identified as "I find it, I keep it" **and/or "Open Market"**  type of accounts when the advertising was sold.  **In all cases, including employees in the BSR job title, regardless of the HBD assigned to the customer, the sales employee who sold the account will follow the account in the following cycle.  If at Initial Market Assignment when these accounts are identified and the previous sales employee is not assigned to the campaign, the account will be assigned, in all cases, to the sales employees most current active campaign, regardless of HBD, and assigned to the employee's Primary Module.**

**34.1.1.6**   Re-canvass – accounts that in the previous years issue were sold by a re-canvass Sales Representative.  The advertising that was sold by the re-canvass rep needs to have been new increase money above $100 for Directory Sales Representative and $1000 for Advertising Sales Representative to qualify under this section.

**34.1.1.7**   High revenue accounts – are defined in Article **15.1.15**.

**34.1.1.8**   General Manager Override – accounts that in the previous years issue when sold had the following General Manager override associated to the account.

34.1.1.8.1   000-Other- As defined by Management
34.1.1.8.2   005-Save Account /Save Loss
34.1.1.8.3   **015-Prove Value – Freeze Rate**
34.1.1.8.4   0041-System Dropped Discount
34.1.1.8.5   0042-New CID due to telephone of listed name changes
34.1.1.8.6   0045-Make good on previous year's ad
34.1.1.8.7   0051- Barter Program

34.1.2    The accounts defined in this section will be assigned to the selling Directory Sales Representative and SBC/Business Sales Representatives for the following year and will remain with this sales rep for a minimum of one more cycle within the channel cut dollar value**, except "I Find it, I Keep It" and "Open Market"  accounts sold where the employee, regardless of channel cut dollar value, will follow the account.**

34.1.3    The accounts defined in this section will be assigned to the selling Advertising Sales Representatives for the following year and will remain with this sales rep for a minimum of one more cycle, for all accounts that are above the Directory Sales Representative channel cut criteria, **except "I Find it, I Keep It" and "Open Market"  accounts sold where the employee, regardless of channel cut dollar value, will follow the account.**

34.1.4    If the previous year selling Sales Representative is assigned the accounts, the accounts will be assigned to the Sales Representative's Primary Module and the accounts will be assigned before equitable mechanized market assignment.  Sales Representatives assigned 100% Follow-Yourself market as defined in this section will also get an additional fair and equal assignment as defined in section **34.2**.

**34.1.5**    If the previous year selling Sales Representative is not assigned to the campaign the accounts will migrate to the general market and channel and will be assigned to Sales Representatives assigned to the campaign using equitable mechanized market assignment.  **In the event that a Advertising Sales Representative is assigned any account that has a monthly billing revenue value greater than $4,200 and in the previous cycle did not handled the account, the account will be assigned to the sales representatives Secondary Module.**

**34.2**    Assignment of Accounts - Equitability Market Assignment:

34.2.1    It is the intent of the company for, **at Initial Market Assignment (See Market Reassignment Matrix for post initial market reassignment)** employees in the title classification Advertising Sales Representative and Directory Sales Representatives, to balance each individual's initial market assignment with the general market that remains after accounts described in section **34.1.1** have been assigned.

34.2.2    It is the company intent to balance the campaign assignments to achieve a +/- 7.5% standard of equitability.

34.2.3    Each individual's initial market assignment will be created based on Market Assignment guidelines, recognizing the desire of achieving continuity of contact.

34.2.4    High revenue accounts that in the previous years issue where no advertising was sold by a sales representative (e.g. NYPS) will be excluded from the equitable market assignment procedures and assigned to the "next-up" Sales Representative within that campaign and channel.  High Revenue accounts are defined in Article **15.1.14**. In the event that a sales representative is assigned this type of account and in the previous cycle did not handle this account, the account will be assigned to the sales representatives Second Module.

34.2.5   General Manager Override - accounts that in the previous years issue when sold had the General Manager override associated to the account. In the event that a sales representative is assigned this type of account and in the previous cycle did not handle this account, the account will be assigned to the sales representatives Second Module.

34.2.5.1   000-Other- As defined by Management
34.2.5.2   005-Save Account /Save Loss
34.2.5.3   **015- Prove Value-Freeze Rate**
34.2.5.4   0041-System Dropped Discount
34.2.5.5   0042-New CID due to telephone of listed name changes
34.2.5.6   0045-Make good on previous year's ad
34.2.5.7   0051- Barter Program

**34.2.6   At initial market assignment in the event that a Advertising Sales Representative is assigned any account that has a monthly billing revenue value greater than $4,200 and in the previous cycle did not handled the account, the account will be assigned to the sales representatives Secondary Module.**

34.3   Assignment of Accounts – **Second Module -** 120-Days Past Due:

34.3.1   Initial Campaign Market Assignment: It is the intent of the Company to assign accounts that are 120 days Past Due at the time of initial market campaign assignment to sales representatives' second module in an equitable manner. The Company will do so through the mechanized market assignment process. **If at Initial Market Assignment the account is not in 120 day Past Due status the account will be assigned to the previously assigned sales employee, assuming the employee is assigned to the campaign, in Primary Module.**

34.3.2   Post Campaign Market Assignment: It is the intent of the company to assign accounts that are 120 days past due after the time of initial market assignment for purposes of remaining in Primary or Secondary Module to employees in the title classification Advertising Sales Representative, and Directory Sales Representative as follows:

34.3.2.1   Accounts that have multiple contracts (Local plus PDR's & Leader/Member) where all of the contracts (Local plus PDR's & Leader/Member) for the account have been initially retired in Primary Module, before the 120 days past due point, will remain in Primary Module.

34.3.2.2   Accounts that have multiple contracts (Local plus PDR's & Leader/Member) where all of the contracts (Local plus PDR's & Leader/Member) for the account have not been initially retired in Primary Module, before the 120 days past due point, will be reassigned to the same Sales Representative's Second Module.

34.3.2.3   When a customer with a "current" billing status purchases another business with a past due or lockout status and the "current" billing account is designated as the Authority of the association or leader of work-with, the account(s) will remain in the "current" status and in the primary module.

34.3.2.4   When a customer with a "current" billing status purchases another business with a past due or lockout status and the past due or lockout billing account is designated as the Authority of the association or Leader of work-with, the account(s) will remain in past due or lockout status and in the secondary module.

34.3.2.5     Accounts that have not been retired in Primary Module, before the 120 days past due point, will be reassigned to the same Sales Representative's Second Module.

34.3.2.6     Once a Primary Module account and their associated contracts (Local plus PDR's & Leader/Member) are reassigned to Second Module the account and any associated contracts will not be "allowed" to move back to Primary Module, until next cycle.

34.3.3     Past Due is defined in Article **15.1.4.1.**

34.4     Assignment of Accounts – **Second Module -** Lock-Out Accounts:

34.4.1     Initial Campaign Market Assignment: It is the intent of the company to assign accounts that are in Lock-out status at the time of initial campaign market assignment to sales representative's second module in an equitable manner. The Company will do so through the mechanized market assignment process. **If at Initial Market Assignment the account is not in "Lock-out" status the account will be assigned to the previously assigned sales employee, assuming the employee is assigned to the campaign, in employee's Primary Module.**

34.4.2     Post Campaign Market Assignment: It is the intent of the Company to assign accounts that move to a Lock-out status after the time of initial market assignment for purposes of remaining in Primary or Secondary Module to employees in the title classification Advertising Sales Representative, and Directory Sales Representative will be as follows:

34.4.2.1     Accounts that have multiple contracts where all of the contracts (Local plus PDR's & Leader/Member) for the account have been initially retired in Primary Module, before moving to a "lock-out" status, will be reassigned to the same Sales Representative's Second Module.

34.4.2.2     Accounts that have multiple contracts where all of the contracts (Local plus PDR's & Leader/Member) for the account have not been initially retired in Primary Module, before moving to a "lock-out" status, will be reassigned to the same Sales Representative's Second Module.

34.4.2.3     Accounts that have not been retired in Primary Module, before moving to a "lock-out" status, will be reassigned to the same Sales Representative's Second Module.

34.4.2.4     Once a Primary Module account and their associated contracts are reassigned to Second Module the account and any associated contracts will not be "allowed" to move back to Primary Module, until next cycle.

34.4.3     Lock Out is defined in Article **15.1.4.2.**

34.5     The Company will make available to the Union upon request the results of the next-up and new connect assignments including the results of the new connect assignment lists in manual and system assigned form. The Union may request such results in reasonable intervals but in no instance more often than weekly.

**34.6**    Market Reassignment – Rep Qualification Criteria – Branch Steps. When any additional market **(Advertisers, Non-Advertisers, or/and New Connects)** becomes available**, including reassignment,** during the course of a campaign the company's intent is to follow the agreed to Reassignment – Rep Qualification Criteria – Branch Steps to determine the Sales Representative's that will be eligible for the additional market. **Market in this section does not include Miscellaneous Next Up (MNU) assignment of accounts.**

**34.7**    Post-Campaign Market Reassignment – Primary vs. Secondary Module. When any additional market **(Advertisers, Non-Advertisers and/or New Connects)** becomes available during the course of a campaign it is the company's intent to follow the agreed to Assignment – Primary vs. Secondary Module Matrix to determine if the market is assigned into Primary or Secondary Module. **Market in this section does not include Miscellaneous Next Up (MNU) assignment of accounts.**

**34.8**    **All account reassignments will be prepared using the official reassignment of market worksheet, agreed to by the Company and the Union, and will be faxed to the Union office, Sales Operations and Labor Relations.**

**34.9**    The parties agree to discuss these mechanized market assignment procedures during the life of the contract.

**34.10**    Assignment of Accounts – Language Specific Market.

At initial market assignment, **or at any time during the campaign cycle,** when language specific market is identified and assigned to a specific Sales Representative with the required second language skills, it is the Company's intent to calculate a market modifier to adjust the objective relative to other channel assignments. Among qualified Representatives, volunteers will be assigned language specific markets first, by NCS. If there are no volunteers, reverse seniority will be used to assign market. The Company will consider input from the Union in determining the modifier.

**34.11**    Assignment of Accounts – Key Accounts Executive

**34.11.1**    KAE - 150-Days Past Due:

**34.11.1.1**    Initial Campaign Market Assignment: It is the intent of the company to assign accounts that are in Lock-out status at the time of initial campaign market assignment to sales representatives second module in **a 100% follow-yourself** manner. The Company will do so through the mechanized market assignment process.

**34.11.1.2**    Post Campaign Market Assignment: It is the intent of the company to assign accounts that are 150 days past due after the time of initial market assignment for purposes of remaining in Primary or Secondary Module as follows:

34.11.1.2.1    Accounts that have multiple contracts (Local plus PDR's & Leader/Member) where all of the contracts (Local plus PDR's & Leader/Member) for the account have been initially retired in Primary Module, before the 150 days past due point, will remain in Primary Module. If this type of account is retired due to a must-close of the entire account, and the account is a loss greater than $3500.00, and the account is subsequently 180 days past due, the account will be moved to Second Module.

34.11.1.2.2    Accounts that have multiple contracts (Local plus PDR's & Leader/Member) where all of the contracts (Local plus PDR's & Leader/Member) for the account have not been initially retired in Primary Module, before the 150 days past due point, will be reassigned to the same Sales Representative's Second Module.

**34.11.1.3**    When two accounts are combined and the Company determines that the associated account is less than 150 days Past Due and not in Locked Out status, the account will remain in primary module. If the Company determines that the combined account is 150 Past Due or in Locked Out status, then the account will go to second module.

34.11.1.3.1    Accounts that have not been retired in Primary Module, before the 150 days past due point, will be reassigned to the same Sales Representative's Second Module.

34.11.1.3.2    Once a Primary Module account and their associated contracts (Local plus PDR's & Leader/Member) are reassigned to Second Module the account and any associated contracts will not be "allowed" to move back to Primary Module, until next cycle.

**34.11.1.4**    Lock Out is defined in Article **15.1.4.1.**

**34.11.2**    KAE - Lock-Out Accounts:

**34.11.2.1**    Initial Campaign Market Assignment: It is the intent of the company to assign accounts that are in Lock-out status at the time of initial campaign market assignment to sales representatives second module in an **100% follow-yourself** manner. The Company will do so through the mechanized market assignment process.

**34.11.2.2**    Post Campaign Market Assignment: It is the intent of the company to assign accounts that move to a Lock-out status after the time of initial market assignment for purposes of remaining in Primary or Secondary Module as follows:

34.11.2.2.1    Accounts that have multiple contracts where all of the contracts (Local plus PDR's & Leader/Member) for the account have been initially retired in Primary Module, before moving to a "lock-out" status, will be reassigned to the same Sales Representative's Second Module.

34.11.2.2.2    Accounts that have multiple contracts where all of the contracts (Local plus PDR's & Leader/Member) for the account have not been initially retired in Primary Module, before moving to a "lock-out" status, will be reassigned to the same Sales Representative's Second Module.

34.11.2.2.3    Accounts that have not been retired in Primary Module, before moving to a "lock-out" status, will be reassigned to the same Sales Representative's Second Module.

34.11.2.2.4    Once a Primary Module account and their associated contracts are reassigned to Second Module the account and any associated contracts will not be "allowed" to move back to Primary Module, until next cycle.

**34.11.2.3**    Lock Out is defined in Article **15.1.4.2.**

**34.11.3    Key Account Executives - Assignment of Accounts- Primary Module**

**34.11.3.1    It is the intent of the company to assign all accounts at initial Market Assignment to the previous year selling sales representative providing for the following year that the previous year selling sales representative is assigned to the campaign.  Accounts assigned, under this section must meet the account criteria, as determined by the Company.**

**34.11.3.2    The company reserves the right to reassign an account from the previous years selling sales representative based on customer service reasons and the balancing of markets based only to create an entirely new market to another Key Account Executive.  Module assignment will not change.**

**34.11.3.3    Accounts migrating from the Telephone channel will reside in the Key Account Executives Secondary Module.**

**34.11.3.4    Key Account Executives are not Market Assigned New Business accounts or Non-Advertiser accounts.**

**34.11.4    Business Sales Representatives - Assignment of Accounts**

**34.11.4.1    It is the intent of the company to assign consistent with the past. This does not preclude the Company from changing the type of market that will be assigned to employees under this title.**

**34.11.5    New Markets Representative: :**

**34.11.5.1    Assignment of Accounts:**

34.11.5.1.1    It is the intention of the Company to provide initial assignments to the sales representative that are created using the "Zip-Grid" methodology.

34.11.5.1.2    For first cycle assignment, the Company will attempt to assign all markets equitably.

34.11.5.1.3    In following cycles, the Company will attempt to assign all market with100% follow-yourself.   The performance of the previous cycle will carry forward and equitable assignment will not be a requirement.

34.11.5.1.4    **"Open Market"  accounts sold will be assigned to the New Markets Representative in Primary Module for the following year.**

34.11.5.1.5    Both the Company and the Union agree that negotiations between the Company and the Union will need to be scheduled in order to reach agreement on the assignment of market to a newly hired **New Markets Representative**.

**34.11.5.2**     **Post Assignment Account Distribution:**

34.11.5.2.1     Any account(s) not assigned in initial market assignment, for whatever reason, will be assigned to the representative working the area where the account(s) reside.

34.11.5.2.2     Any account(s) not assigned in initial market assignment will, for the first campaign cycle, be assigned into Primary Module.

34.11.5.2.3     Any account(s) not assigned in initial market assignment, after the first campaign cycle, will not impact Primary Module earnings.

34.11.5.2.4     Accounts which have been previously assigned or handled shall be reassigned to Secondary Module.

34.11.5.2.5     Any accounts which have not been previously assigned or handled shall be assigned to Primary Module.

34.11.5.2.6     New account(s) shall be assigned to Primary Module.

**34.11.5.3**     **Account Disputes:** Accounts disputes will be resolved using guidelines described in the Market Selection Practice.

**34.11.5.4**     Both the Company and the Union agree that negotiations between the Company and the Union will continue to be scheduled and conducted in order to reach agreement on mechanized market assignment procedures.

**34.12**     Bankruptcy Accounts: It is the intent of the Company to identify accounts in a bankruptcy status at initial Market Assignment so that these accounts for employees in the title classification Advertising Sales Representative, Key Account Executive, and Directory Sales Representatives, will be moved to Second Module.  If an account, after initial market assignment, move into a bankruptcy status the account will be move to Second Module.

# ARTICLE 35  - CONCLUSION

35.1    This contract shall become effective as of **August 6, 2005** and shall continue in effect until 11:59 p.m., (Pacific Daylight Saving Time) **August 2, 2008**.  Negotiations on a new contract shall begin not earlier than **ninety** (**90**) days prior to such termination.  It is the intention of the parties with respect to the collective bargaining of future conditions replacing this or any subsequent wage, hours, and working conditions contract to conduct their negotiations thereon in such a manner as to reach a new contract on or before the termination of this present contract.

35.2    The Company and the Union acknowledge that during the negotiations which resulted in this contract, each party had the unlimited right and opportunity to make demands and proposals with respect to any subject or matter not removed by law from the area of collective bargaining, and all the understandings and agreements arrived at by the parties after the exercise of that right and opportunity are set forth in this contract.

IN WITNESS WHEREOF, the parties have caused this consolidated contract to be signed this day of  **August 20, 2005**  pursuant to the Memorandum of Agreement executed on **August 19, 2005**.


INTERNATIONAL BROTHERHOOD OF
ELECTRICAL WORKERS, AFL-CIO
LOCAL UNION 2139

PACIFIC BELL DIRECTORY


By Kathryn A. Brown
President/Business Manager

By Mark C. Peters
Director – Labor Relations

# APPENDIX

# PENSIONS

A-1.1          Commissioned Sales Pensions for pensions effective **August 6, 2005** or later.

A-1.1.1        The pension benefit for commissioned salespeople will be based on a single formula that applies to the sum of basic pay and commissions, determined as follows:

A-1.1.1.1      Monthly Benefit Amount = (average of monthly compensation amount) x (1.22%) x (years and months of service) less (applicable age discount).

A-1.1.1.2      Average monthly compensation is derived by dividing (the sum of the basic rate of pay plus the commissions paid, including DSA in each of the last 36 months (the last 78 pay periods), plus the Success Sharing payments attributable to the last 36 months, if applicable, as of the date of separation or as of August **6, 2008** (whichever is earlier)) by 36.

A-1.1.2        The total amount of plan compensation used in this formula is limited by Section 401 (a) 17 of the Internal Revenue Code.


# SAVINGS AND SECURITY PLAN

A-2.1          The SBC Savings and Security Plan will be continued as of the effective date of this contract between the Company and the Union.

A-2.2          The Plan participants are allowed basic contributions of 1, 2, 3, 4, 5, or 6% of their basic weekly pay rate up to a maximum of $5,000.00 per year. Plan participants are allowed supplementary allotments of whole percentages from 1% to 30% of their basic weekly pay rate.

A-2.2.1        The Company matching contribution is 80% of the basic contributions.

A-2.2.2        Contributions will not be permitted to exceed the limit determined by Section 410 (a) of the Internal Revenue Code.

# RATE BAND AND COB PERCENTAGE CALCULATIONS

## An Example: How Rate Bands are Determined for General Business

Campaigns are allocated to commission rate bands at the start of each campaign by channel, based on revenue per-day-assigned. The initial calculation of revenue per day includes placeholder market revenue and associated sales days.

The rate band calculations are based on these factors:

| Total Available Campaign Sales Days = | The Number of Reps x Total Days in the Campaign |
|---|---|
| Module Adjustment Days = | The Total Rep Days Off: **As defined in Article 15.8.4.** |
| Adjusted Campaign Sales Days = | The Total Available Campaign Sales Days - Module Adjustment Days |
| Revenue Per Day = | The Campaign Revenue Total / Adjusted Campaign Sales Days |

For our example, we'll have six Premise Reps working a campaign with 64 available sales days and $194,700 in revenue.

The Total Available Campaign Sales Days = 384 ( 6 Reps x 64 days).
Of the six reps though, three want to take vacation during the campaign.

> Rep One **takes** 10 days off.
> Rep Three **takes** 5 days off.
> Rep Four **takes** 15 days off.

That's 30 days, total, of time off. Subtract the time off (Module Adjustment Days) from the Available Campaign Sales Days to come up with the Adjusted Campaign Sales Days:
384 Available Campaign Sales Days - 30 Module Adjustment Days = 354 Adjusted Campaign Sales Days.

You already know that the Campaign Revenue totals $194,700. To determine the Revenue per Day, divide $194,700 by the Adjusted Campaign Sales Days:

> $194,700 / 354 days = $550.00 in Revenue per Day

Now, you can refer to the chart General Business Sales Rate Bands to see that $550 falls under Rate Band D for Premise Reps. This example campaign, therefore, is under Rate Band D, where it will remain throughout the campaign cycle.

## An Example: How Rate Bands are Determined for Key Accounts

All Campaigns assigned to a branch, including satellite offices, are allocated to a single Commission Rate Band for the entire cycle. Commission rate band assignment is based on a Base Rate Calculation that includes all of the campaigns worked in the branch, including satellite offices.

The Branch Base Rate is based on these factors:

| | |
|---|---|
| Number of Branch Representatives = | We'll use 7 Reps for this example |
| Number of Sales Days/per Rep/per year = | 260 **less Module Adjustment days defined in Article 15.8.4.** |
| NBA Channel Revenue Constant = | $152.38 (This is a fixed number negotiated as part of the contract.) |
| Total Yearly Forecasted Base Revenue = | For this example, we'll use $2,166,000 |

To determine the Branch Base Rate for this example, use the following formula:

| | |
|---|---|
| Branch Base Rate = | [($152.38 x (7 x 260) / $2,166,000 x 100] |
| | ($277,332 / $2,166,000) x 100 |
| | 12.8% |

Now that you know the Branch Base Rate is 12.8%, you can refer to the Key Account Rate Bands to see that commissions for this example are calculated based on Rate Band C.

## An Example: How COB Pay-out Percentage is Determined for Premise

To see how the COB payout percentage is determined, use these figures:

| | |
|---|---|
| Campaign Base Revenue Assigned = | We'll use $511,000 for this example |
| Campaign Gain Objective = | 14% (For this example) |
| Total Campaign Adjusted Sales Days = | 1120 (This number represents the number of sales days after module adjustments **as defined in Article 15.8.4**) |
| COB Channel Constant = | **$108.75**\* (This is a fixed number that was negotiated as part of the Contract) |

\*Note: Refer to the contract for your specific COB Channel Constant based on your region and channel.

To determine COB, use this formula:

| | |
|---|---|
| COB % = | (**$108.75** x 1120) / ($511,000 x 14%) x 100 |
| | (**$121,800** / $71,540) x 100 |
| | **170.25**% |

### An Example: How COB Pay-out Percentage is Determined for Telephone

To see how the COB payout percentage is determined, use these figures:

| | |
|---|---|
| Campaign Base Revenue Assigned = | We'll use $239,000 for this example |
| Campaign Gain Objective = | 19.96% (For this example) |
| Total Campaign Adjusted Sales Days = | 1100 (This number represents the number of sales days after module adjustments **as defined in Article 15.8.4**) |
| COB Channel Constant = | **$52.56**\* (This is a fixed number that was negotiated as part of the Contract) |

\*Note: Refer to the contract for your specific COB Channel Constant based on your region and channel.

To determine COB, use this formula:

| | |
|---|---|
| COB % = | (**$52.56** X 1100) / ($239,000 x 19.96%) x 100 |
| | (**$57,810.5** / $47,704) x 100 |
| | **121.19**% |

## An Example: How COB Pay-out Percentage is Determined for Key Accounts

To see how the COB payout percentage is determined, use these figures:

| | |
|---|---|
| Total Forecasted Base Revenue = | We'll use $2,166,000 for this example |
| Branch Gain Objective = | $144,140 |
| Sales Days Per Year = | 260 **less Module Adjustment days defined in Article 15.8.4.** |
| Number of Branch Key Representatives = | We'll say 7, for this example |
| COB Channel Constant = | $129.30 (This is a fixed number that was negotiated as part of the contract) |

To determine COB, use this formula:

| | |
|---|---|
| COB % = | [129.30 x (7 x 260)] / $144,140 x 100 |
| | ($235,326 / $144,140) x 100 |
| | 163.26% |

# Revenue Per-Day & Rate Band Tables
# Advertising Sales Representative

## Revenue Per-Day

| Revenue Band | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| Revenue Range | $0 – $300 | $301-$400 | $401-$500 | $501-$600 | $601-$700 | $701-$800 | Above $800 |

## Primary Module Commission Rate Bands:

| Performance Range | | Commission Rate Bands (Percent) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Greater than | Equal to | A | B | C | D | E | F | G |
| 0 | 35% | 11.7 | 8.4 | 6.5 | 6.3 | 5.4 | 4.6 | 3.5 |
| 35% | 70% | 22.0 | 15.7 | 12.1 | 11.8 | 9.9 | 8.7 | 6.6 |
| 70% | 85% | 30.9 | 22.0 | 17.0 | 16.5 | 14.0 | 12.3 | 9.2 |
| 85% | 100% | 40.9 | 29.1 | 22.6 | 21.9 | 18.6 | 16.3 | 12.2 |
| 100% | 105% | 57.0 | 40.6 | 31.4 | 30.6 | 25.9 | 22.8 | 17.0 |
| 105% | 110% | 78.0 | 55.6 | 43.0 | 42.0 | 35.5 | 31.2 | 23.3 |
| 110% | 115% | 95.7 | 68.2 | 52.8 | 51.4 | 43.5 | 38.2 | 28.6 |
| 115% | 120% | 99.0 | 70.6 | 54.7 | 53.2 | 45.1 | 39.6 | 29.6 |
| 120% | 140% | 102.4 | 72.9 | 56.5 | 55.0 | 46.5 | 40.9 | 30.6 |
| 140% | 160% | 107.7 | 76.8 | 59.4 | 57.9 | 48.9 | 43.0 | 32.2 |
| 160% | 180% | 114.4 | 81.5 | 63.1 | 61.5 | 51.9 | 45.8 | 34.2 |
| 180% | | 121.1 | 86.2 | 66.8 | 65.0 | 55.0 | 48.4 | 36.2 |
| New Business | | 150.0 | 150.0 | 150.0 | 150.0 | 150.0 | 150.0 | 150.0 |

## Secondary Module Commission Rate Bands:

| Performance Range | | Commission Rate Bands (Percent) | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Greater than | Equal to | A | B | C | D | E | F | G |
| 0 | 100% | 26.4 | 18.8 | 14.6 | 14.1 | 12.0 | 10.5 | 7.9 |
| 100% | 120% | 91.5 | 65.2 | 50.5 | 49.2 | 41.6 | 36.6 | 27.3 |
| 120% | 180% | 131.7 | 93.8 | 72.6 | 70.8 | 59.8 | 52.6 | 39.4 |
| 180% | | 131.7 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |
| New Business | | 150.0 | 150.0 | 150.0 | 150.0 | 150.0 | 150.0 | 150.0 |
| Bad Debt | | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 | 100.0 |

## Revenue Per-Day & Rate Band Tables
## Directory Sales Representative

### Revenue Per-Day

| Revenue Band | A | B | C | D |
|---|---|---|---|---|
| Revenue Range | $0 - $150 | $151-$250 | $251–$350 | Above $350 |

### Primary Module Commission Rate Band:

| Performance Range | | Commission Rate Bands (Percent) | | | |
|---|---|---|---|---|---|
| Greater than | Equal to | A | B | C | D |
| 0 | 35% | 21.4 | 10.8 | 7.2 | 6.4 |
| 35% | 70% | 40.7 | 20.5 | 13.7 | 12.3 |
| 70% | 85% | 53.5 | 27.0 | 18.0 | 16.2 |
| 85% | 100% | 64.2 | 32.4 | 21.6 | 19.4 |
| 100% | 105% | 79.2 | 40.0 | 26.6 | 24.0 |
| 105% | 110% | 95.4 | 48.1 | 32.1 | 28.9 |
| 110% | 115% | 102.4 | 51.7 | 34.4 | 31.0 |
| 115% | 120% | 117.7 | 59.4 | 39.6 | 35.6 |
| 120% | 140% | 128.3 | 64.8 | 43.1 | 38.7 |
| 140% | 160% | 142.5 | 71.8 | 48.0 | 43.2 |
| 160% | 180% | 164.8 | 83.2 | 55.4 | 49.9 |
| 180% | | 188.3 | 95.0 | 63.4 | 57.0 |
| New Business | | 150.0 | 150.0 | 150.0 | 150.0 |

### Secondary Module Commission Rate Band

| Performance Range | | Commission Rate Bands (Percent) | | | |
|---|---|---|---|---|---|
| Greater than | Equal to | A | B | C | D |
| 0 | 100% | 45.0 | 22.7 | 15.1 | 13.6 |
| 100% | 120% | 109.8 | 55.4 | 36.9 | 33.2 |
| 120% | 180% | 184.3 | 93.0 | 62.0 | 55.8 |
| 180% | | 184.3 | 100.0 | 100.0 | 100.0 |
| New Business | | 150.0 | 150.0 | 150.0 | 150.0 |
| **Bad Debt** | | 100.0 | 100.0 | 100.0 | 100.0 |

# Revenue Per-Day & Rate Band Tables
# Key Account

## Revenue Per-Day

| Revenue Band | A | B | C | D | E |
|---|---|---|---|---|---|
| Base Rate Range | Greater than or equal to 18.00% | 15.00% - 17.99% | 12.00% - 14.99% | 9.00% - 11.99% | Less than 9.00% |

## Primary Module Commission Rate Bands:

| Performance Range | | Commission Rate Bands (Percent) | | | | |
|---|---|---|---|---|---|---|
| greater than | Equal to | A | B | C | D | E |
| 0 | 35% | 3.9 | 3.3 | 2.7 | 2.1 | 1.5 |
| 35% | 70% | 7.8 | 6.6 | 5.4 | 4.2 | 3.0 |
| 70% | 85% | 11.7 | 9.9 | 8.1 | 6.3 | 4.5 |
| 85% | 100% | 15.6 | 13.2 | 10.8 | 8.4 | 6.0 |
| 100% | 105% | 19.5 | 16.5 | 13.5 | 10.5 | 7.5 |
| 105% | 110% | 23.4 | 19.8 | 16.2 | 12.6 | 9.0 |
| 110% | 115% | 25.4 | 21.5 | 17.6 | 13.7 | 9.8 |
| 115% | 120% | 27.3 | 23.1 | 18.9 | 14.7 | 10.5 |
| 120% | 140% | 29.3 | 24.8 | 20.3 | 15.8 | 11.3 |
| 140% | 160% | 31.2 | 26.4 | 21.6 | 16.8 | 12.0 |
| 160% | 180% | 33.2 | 28.1 | 23.0 | 17.9 | 12.8 |
| 180% | | 35.1 | 29.7 | 24.3 | 18.9 | 13.5 |

## Secondary Module Commission Rate Bands:

| Performance Range | | Commission Rate Bands (Percent) | | | | |
|---|---|---|---|---|---|---|
| Greater than | Equal to | A | B | C | D | E |
| 0 | 100% | 19.6 | 16.6 | 13.6 | 10.6 | 7.6 |
| 100% | 120% | 28.7 | 24.3 | 19.9 | 15.5 | 11.0 |
| 120% | 180% | 41.9 | 35.4 | 29.0 | 22.6 | 16.1 |
| 180% | | 42.2 | 37.3 | 32.3 | 27.4 | 22.4 |

# Reassignment – Primary vs. Secondary Module Matrix
## General Business Only-

| Accounts/PDR's that were included in Market Assignment for this Campaign & Channel | Branch Step to Start | Module Rep gets Market |
|---|---|---|
| High Revenue Accounts (+-7.5% - Defined in Art. 15.1.14) - last year Rep not assigned to Campaign | MNU | Secondary |
| Placeholder - Advertisers that require Must Close PDR Reassignment - Account Level Reassignment | MNU | Primary |
| Placeholder - Advertisers that require Must Close PDR Reassignment - PDR Level Reassignment | MNU | Secondary |
| Placeholder - Advertisers, Non-Advertisers & New Connects (New Rep Assignment of Accounts) | 4 only | Primary |
| Placeholder - Advertisers, Non & News -If no New Rep (Upgrade, Lateral or New Hire) assigned Placeholder | 9 then to 4 | Primary |
| Sales Rep who did NOT report to the campaign - Advertisers Must Close PDR - Account Level Reassignment | MNU | Primary |
| Sales Rep who did NOT report to the campaign - Advertiser/Must Close PDR - PDR Level Reassignment | MNU | Secondary |
| Sales Rep who did NOT report to the campaign - Advertisers/Nons/News - If Rep does not show up | 4 then 9 then to 5 | Primary |
| Secondary Issue Processing - Campaign Date Changes requiring multiple handing of account | Original Rep | Secondary |
| Referral to Premise from Telephone - 50/50 Split: **The Telephone and Premise portions of account should reside Secondary Module.** | MNU | Secondary |
| **Accounts/PDR's that were NOT included in Market Assignment for this Campaign & Channel** | **Branch Step to Start** | **Module Rep gets Market** |
| Campaign Change - Customer **that were not assigned who** moved from another Campaign and/or Channel after Initial Market Assignment | MNU | Secondary |
| K3119 (memo on existing service, e.g., N or D **(These are customer "call-ins" and the telephone number is active.** | MNU | Primary |
| Black Hole Accounts - Advertisers Accounts that were not assigned during Initial Market Assignment | MNU | Secondary |
| National Accounts - **accounts that are** migrating into Local **that are not associated to another account.** | MNU | Secondary |
| New Connects  - System Generated with New Service Order | MNU | Primary |
| New Connects - System Generated without New Service Order | MNU | Primary |
| New Connects  - Customer Call-in | MNU | Primary |
| Contact Location Change **South vs North)** - Customer changes the contact point after Initial Market Assignment | MNU | Secondary |
| "Default" status Accounts - Accounts that have not been system assigned | MNU | Primary |
| New Connects - System Generated with New Service Order and Mis-assigned to a Rep (Tables not updated properly.) | MNU | Primary |
| **Accounts/PDR's (that WERE assigned) that are returned from National, S/O reinstated, another Campaign or Channel** | **Branch Step to Start** | **Module Rep gets Market** |
| If original assigned Rep who lost account in Primary and Rep is working the campaign & channel | Original Rep | Primary |
| If original assigned Rep who lost account in Secondary and Rep is working the campaign & channel | Original Rep | Secondary |
| If original assigned Rep who lost account in Primary and Rep is NOT working campaign & channel | MNU | Secondary |
| If original assigned Rep who lost account in Secondary and Rep is NOT working the campaign & channel | MNU | Secondary |
| **Accounts/PDR (Advertisers, Non & New Connects) that WERE included in Initial Market Assignment and Rep DID Report to the Campaign (Reps Market is being Reassigned)** | **Branch Step to Start** | **Module Rep gets Market** |
| Prior to the 50% point of local campaign (between original D190 A/O open and A/O close dates.) **Module assignment is based on when the employee leaves and NOT when the market is reassigned.  Market does include all "partial" accounts needing reassignment.** | 4 | Primary |
| After the 50% point of local campaign (between original D190 A/O open and A/O close dates.) **Module assignment is based on when the employee leaves and NOT when the market is reassigned. Market does include all "partial" accounts needing reassignment.** | 4 | Secondary |

101

## Reassignment – Rep Qualification Criteria – Branch Steps
### General Business Only (Excluding New Markets)

1. Develop and communicate workflow guidelines at the start of a campaign.

2. Market Available for Reassignment

3. Identify Sales Representatives who are meeting performance guidelines as defined below.  Determine if these individuals are meeting campaign workflow guidelines determined at the start of the campaign.

### Each step must be followed in the prescribed order.

4. Reassign market to **new employee (off-the-street, lateral, upgrade or downgrade, does not include employees returning from Disability, Leave, etc.) needing an assignment in the campaign.  This is up to the lowest number of PDR's assigned to a sales employee assigned to the campaign, after which point no reassigned market until step 9.**

5. Reassign market to eligible volunteers **within the top 35% performance** in same channel and campaign. **Offered equally to all volunteers in descending order.**

6. Reassign market to eligible volunteers **within the top 50% performance** in same channel and campaign. **Offered equally to all volunteers in descending order.**

7. Reassign market to eligible volunteers **within the top 75% performance** in same channel and campaign. **Offered equally to all volunteers in descending order.**

8. Management Options (no required order):
   a. **OPTION – Offer an eligible employee/s, not within the campaign, within the channel first, and within the branch, including satellite office, first, then region, who is within the top 35% performance, to be put on DSA to help management work reassigned market. Account results will be posted to an "8" code placeholder and commissions redistributed.**
   b. **OPTION – Reassign market to eligible volunteers within the top 35% performance in same channel and branch, including satellite office.**

9. Asked for volunteers from all sales employees in the same channel and campaign regardless of performance eligibility.

10. Forced reassignment to all sales reps in **same channel and** campaign.

11. **OPTION - Reassignment of Tel Only Accounts to eligible Business Sales Reps who meet workflow and performance guidelines.**

*Performance Guidelines: The Company will use the current Monthly Sales Performance Report at the time of reassignment.  All sales representatives currently working, including New Reps **(greater than 9 months)**, within each branch (satellite is separated from branch) and channel will be ranked based on their individual performance to Gain Objective category from the Sales Performance Program report.

## LETTER OF AGREEMENT
## ALTERNATIVE WORK SCHEDULES (9/80 Plan)

**August 6, 2005**

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main Street, Suite 1101
Santa Ana, CA 92705

Dear Ms. Brown:

This is to confirm our understanding that the company will continue to allow represented employees in positions other than Advertising Sales Representative, **New Markets Representative and Key Account Executive** to work a "9/80" alternative work schedule at its discretion. A General Manager or Director, with the concurrence of the Director of Labor Relations may refuse to allow an employee to work a 9/80 schedule for performance or **Work Flow** reasons, but permit others in the work unit to work a 9/80 schedule. A 9/80 schedule requires that the employee work eight nine-hour days and one eight-hour day with one eight-hour day off in an 80-hour pay period. The employee will be paid overtime under Article 18 only for hours worked above nine a day and for hours worked above forty a workweek. The company has the right to adjust the employee's workweek to fit a forty-hour workweek. The employee will not be eligible for Selectime under Article 12.

This Letter of Agreement is effective as of ratification, and terminates in accordance with the Conclusion Article of the currently effective collective bargaining agreement.

Sincerely,

*Mark C. Peters*

Mark C. Peters
Director - Labor Relations

AGREED *Kathryn A. Brown*
_____
Kathryn A. Brown

DATE:    **August 19, 2005**

# BENEFIT PLANS (Including Pension Bands)

August 6, 2005

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main Street, Suite 1101
Santa Ana, CA 92705

Dear Ms. Brown:

This Letter of Agreement confirms our understanding concerning benefits for Pacific Bell Directory – Southern California Region Local 2139 bargained-for employees, which will also apply to bargained-for employees in New Markets.

The Medical, Dental, Vision, CarePlus, Savings, Pension, Life Insurance, Flexible Spending Account, Disability, Long-Term Care, and Transportation plans and the Adoption and Leaves of Absence programs listed in Section 16.1 of the 2005 Collective Bargaining Agreement between Pacific Bell Directory and the International Brotherhood of Electrical Workers, AFL-CIO Local Union 2139, "(2005 Collective Bargaining Agreement)" shall continue on the same terms and at the same levels provided immediately before the 2005 Labor Agreement, except as noted below.

In addition, to the extent any provisions in this Letter of Agreement provide benefits to retired employees, such provisions shall apply solely to employees covered under the 2005 Collective Bargaining Agreement who retire during the term of the 2005 Collective Bargaining Agreement with eligibility for post-employment benefits, and only for the term of the 2005 Collective Bargaining Agreement.

1. Effective June 1, 2006, amend the SBC Medical and Group Life Insurance Plan – Group Life Insurance to provide that during the term of the 2005 Labor Agreement, employees who retire with eligibility for post-employment basic life insurance shall be eligible upon retirement for company-provided basic life insurance coverage in the amount of $15,000. This coverage is not subject to age-based reductions.

2. Effective June 1, 2006, amend the SBC Supplementary Group Life Insurance Program to provide that during the term of the 2005 Collective Bargaining Agreement, employees who retire with eligibility for post-employment supplementary life insurance shall have a limited 31-day election period upon retirement within which:

104

- To enroll for employee / retiree-paid supplementary coverage equating to one times the employee's previous Annual Basic Pay (if he or she was not enrolled in supplementary coverage on his or her last day of active status), provided that the employee's last day of active status is prior to the last day of the month in which he or she attains age 65, or

- To increase his or her existing employee / retiree-paid supplementary coverage by a single increment equating to one times the employee's previous Annual Basic Pay (if he or she was enrolled in supplementary coverage on his or her last day of active status), provided that the employee's last day of active status is prior to the last day of the month in which he or she attains age 65.

3. The full-time employee contribution percentage of 7% of the cost of individual coverage for the individual coverage tier and of 7% of the cost of individual coverage plus 11% of the additional cost for Class I Dependent coverage for the individual plus 1 and individual plus 2 or more coverage tiers shall continue for:

- Pacific Telesis Group Health Care Network ("PTG HCN") coverage, and

- HMO coverage when the cost of the HMO coverage is equal to or less than the cost for PTG HCN coverage ("Equal or Less HMO").

a. If the monthly full-time employee contribution for PTG HCN coverage or Equal or Less HMO coverage in effect on May 31, 2006:

- for the individual coverage tier exceeds $31.00, the monthly employee contribution for such coverage shall be reduced effective June 1, 2006, to $31.00,
- for the individual plus 1 coverage tier exceeds $70.00, the monthly employee contribution for such coverage shall be reduced effective June 1, 2006, to $70.00, or
- for the individual plus 2 or more coverage tier exceeds $104.00, the monthly employee contribution for such coverage shall be reduced effective June 1, 2006, to $104.00.

b. Effective January 1, 2007, and annually thereafter, the PTG HCN and Equal or Less HMO monthly full-time employee contribution for each coverage tier shall be adjusted to equal 7% of the cost of individual coverage and 11% of the additional cost for Class I Dependent coverage as described above, but not to exceed the following monthly amounts:

**SCHEDULE OF MAXIMUM**
**MONTHLY FULL-TIME EMPLOYEE CONTRIBUTIONS**
**2007 – 2008**

|                          | Year      |          |
|--------------------------|-----------|----------|
| Coverage Tier            | 2007      | 2008     |
| Individual               | $34.00    | $36.00   |
| Individual Plus 1        | $76.00    | $82.00   |
| Individual Plus 2 or More| $113.00   | $122.00  |

c. Effective June 1, 2006, when the cost of the HMO coverage is greater than the cost of the PTG HCN coverage, the monthly full-time employee contribution will be the contribution that would be required for the PTG HCN coverage as calculated in this Section 3, plus the full difference between the cost of the HMO coverage and the cost of the PTG HCN coverage for the applicable tier. In such event, the monthly full-time employee contribution for HMO coverage shall not be subject to the maximum monthly full-time employee contributions set forth above.

4. For employees who retire during the term of the 2005 Collective Bargaining Agreement, but solely during the term of the 2005 Collective Bargaining Agreement:

- The retiree contribution percentage for PTG HCN coverage and Equal or Less HMO coverage of 10% of the cost of individual coverage for the individual coverage tier shall continue for retirees who are non-Medicare eligible and for retirees who are Medicare eligible, and

- The retiree contribution percentages for PTG HCN coverage and Equal or Less HMO coverage of 10% of the cost of individual coverage plus 20% of the additional cost for Class I Dependent coverage shall continue for the following coverage tiers:

    Applicable to retirees who are non-Medicare eligible
    - individual plus 1 (dependent is non-Medicare eligible) coverage tier,
    - individual plus 1 (dependent is Medicare eligible) coverage tier,
    - individual plus 2 or more (all dependents are non-Medicare eligible) coverage tier,
    - individual plus 2 or more (at least one dependent is Medicare eligible) coverage tier,

    Applicable to retirees who are Medicare eligible
    - individual plus 1 (dependent is non-Medicare eligible) coverage tier,
    - individual plus 1 (dependent is Medicare eligible) coverage tier,
    - individual plus 2 or more (all dependents are non-Medicare eligible) coverage tier, and
    - individual plus 2 or more (at least one dependent is Medicare eligible) coverage tier.

**If the monthly retiree contribution for PTG HCN coverage or Equal or Less HMO coverage in effect on May 31, 2006:**

Applicable to retirees who are non-Medicare eligible

- **for the individual coverage tier exceeds $56.00, the monthly retiree contribution for such coverage shall be reduced effective June 1, 2006, to $56.00,**
- **for the individual plus 1 (dependent is non-Medicare eligible) coverage tier exceeds $146.00, the monthly retiree contribution for such coverage shall be reduced effective June 1, 2006, to $146.00,**
- **for the individual plus 1 (dependent is Medicare eligible) coverage tier exceeds $101.00, the monthly retiree contribution for such coverage shall be reduced effective June 1, 2006, to $101.00,**
- **for the individual plus 2 or more (all dependents are non-Medicare eligible) coverage tier exceeds $213.00, the monthly retiree contribution for such coverage shall be reduced effective June 1, 2006, to $213.00,**
- **for the individual plus 2 or more (at least one dependent is Medicare eligible) coverage tier exceeds $162.00, the monthly retiree contribution for such coverage shall be reduced effective June 1, 2006, to $162.00.**

Applicable to retirees who are Medicare eligible:

- **for the individual coverage tier exceeds $36.00, the monthly retiree contribution for such coverage shall be reduced effective June 1, 2006, to $36.00,**
- **for the individual plus 1 (dependent is non-Medicare eligible) coverage tier exceeds $107.00, the monthly retiree contribution for such coverage shall be reduced effective June 1, 2006, to $107.00,**
- **for the individual plus 1 (dependent is Medicare eligible) coverage tier exceeds $121.00, the monthly retiree contribution for such coverage shall be reduced effective June 1, 2006, to $121.00,**
- **for the individual plus 2 or more (all dependents are non-Medicare eligible) coverage tier exceeds $183.00, the monthly retiree contribution for such coverage shall be reduced effective June 1, 2006, to $183.00, or**
- **for the individual plus 2 or more (at least one dependent is Medicare eligible) coverage tier exceeds $178.00, the monthly retiree contribution for such coverage shall be reduced effective June 1, 2006, to $178.00,**

**Effective January 1, 2007, and annually thereafter, the PTG HCN and Equal or Less HMO monthly retiree contribution for each coverage tier shall be adjusted to equal 10% of the cost of individual coverage and 20% of the additional cost for Class I Dependent coverage as described above, but not to exceed the following monthly amounts:**

# SCHEDULE OF MAXIMUM
## MONTHLY RETIREE CONTRIBUTIONS
### 2007 – 2008

|  | Year | |
|---|---|---|
| Coverage Tier | 2007 | 2008 |
| APPLICABLE TO RETIREES WHO ARE NON-MEDICARE ELIGIBLE | | |
| Individual | $60.00 | $65.00 |
| Individual plus 1 (dependent is non-Medicare eligible) | $157.00 | $170.00 |
| Individual plus 1 (dependent is Medicare eligible) | $109.00 | $118.00 |
| Individual plus 2 or more (all dependents are non-Medicare eligible) | $230.00 | $248.00 |
| Individual plus 2 or more (at least one dependent is Medicare eligible) | $175.00 | $189.00 |
| | | |
| APPLICABLE TO RETIREES WHO ARE MEDICARE ELIGIBLE | | |
| Individual | $39.00 | $42.00 |
| Individual plus 1 (dependent is non-Medicare eligible) | $116.00 | $125.00 |
| Individual plus 1 (dependent is Medicare eligible) | $131.00 | $141.00 |
| Individual plus 2 or more (all dependents are non-Medicare eligible) | $197.00 | $213.00 |
| Individual plus 2 or more (at least one dependent is Medicare eligible) | $193.00 | $208.00 |

Effective June 1, 2006, when the cost of the HMO coverage is greater than the cost of the PTG HCN coverage, the monthly retiree contribution will be the contribution that would be required for the PTG HCN coverage as calculated in this Section 4, plus the full difference between the cost of the HMO coverage and the cost of the PTG HCN coverage for the applicable coverage tier.   In such event, the contribution for HMO coverage shall not be subject to the maximum monthly retiree contributions set forth above.

Lump Sum Payments as described in Article 14 will be added to the eligible payments for the Supplemental Pension to determine the three-year annual average in the calculation of the pension benefit.

| Wage Schedule | Pension Band No. |
|---|---|
| D-5 | 311 |
| D-7 | 312 |
| D-9 | 315 |
| D-10* | 322 |
| D-12 | 320 |

- Pension band assignment includes PAR bonus of up to $6,000, and PAR bonus does not count for supplementary pension.

| Pension Band Number | Retirements on or after January 1, 2006 | Retirements on or after January 1, 2007 | Retirements on or after January 1, 2008 |
|---|---|---|---|
| 311 | $44.04 | $44.04 | $44.04 |
| 312 | $45.32 | $45.32 | $45.32 |
| 315 | $49.26 | $49.26 | $49.26 |
| 322 | $55.78 | $55.78 | $55.78 |
| 320 | $58.39 | $58.39 | $58.39 |

This Letter of Agreement is effective as of ratification, and terminates in accordance with the Conclusion Article of the currently effective collective bargaining agreement.

Sincerely,

*Mark C. Peters*

Mark C. Peters
Director –Labor Relations

AGREED _*Kathryn A. Brown*_____

Kathryn A. Brown

DATE:    August 19, 2005

# COB CONSTANT

August 6, 2005

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main Street, Suite 1101
Santa Ana, CA 92705

Dear Ms. Brown:

This will confirm our understanding regarding **decreasing** the COB constant for employees in the title Advertising Sales Representative (ASR) and Directory Sales Representative (DSR). The COB constant will **decrease by 50%.** The COB constant for ASR is currently **$217.50** and will **decrease to** **$108.75.** The COB constant for DSR is currently **$105.11** and will **decrease** to **$52.56.** **The COB constant for KAE is currently $129.30 and will remain at the $129.30. In no case will the COB payout percent be greater than 300% for KAE, ASR and DSR.**

This letter of agreement is effective as of ratification, and terminates in accordance with the Conclusion Article of the currently effective collective bargaining agreement.

Sincerely,

This letter of agreement is effective as of ratification, and terminates in accordance with the Conclusion Article of the currently effective collective bargaining agreement.

Sincerely,

Mark C. Peters
Director-Labor Relations

AGREED _____
Kathryn A. Brown

DATE:    **August 19, 2005**

110

# DIRECT MANAGEMENT HIRES

**August 6, 2005**

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main Street, Suite 1101
Santa Ana, CA 92705

Dear Ms. Brown:

This will confirm our understanding regarding the Company's use of Direct Management Hires in the sales force. The Company agrees that it shall limit the use of such employees to ten (10) for the region. In the event that the Company requires additional DMHs in the field, it shall discuss such decisions with the Union.

This letter of agreement is effective as of ratification, and terminates in accordance with the Conclusion Article of the currently effective collective bargaining agreement.

Sincerely,

Mark C. Peters
Director-Labor Relations

AGREED _____
Kathryn A. Brown

DATE:     **August 19, 2005**

# ENHANCED DIRECTORY RETIREMENT

**August 6, 2005**

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main Street, Suite 1101
Santa Ana, CA 92705

Dear Ms. Brown:

Enhanced Directory Retirement

The pension plan was modified effective January 1, 1996 to provide that from time to time during the life of the contract, the Company will offer to employees who meet the force surplus conditions designated in Article 31.9 of the Contract with IBEW an Enhanced Directory Retirement (EDR) benefit providing an enhanced pension. EDR will continue in effect for the life of the current contract as follows: EDR is intended to be offered to alleviate surplus conditions and the Company may place a limit on the number of employees who may leave with the benefit enhancement. The Company will offer the EDR benefit only in accordance with the force management provisions of the Contract in Article 31.9. There will be a thirty (30) calendar day election period. The Company will send to the Union a list of the affected employees before the start of the 30 day election period and will inform the Union of the maximum number that may receive the enhancement. Employees who elect to accept the offer have to terminate employment at the time that is set for their retirement. Once the election period ends, they will not be allowed to revoke their election to retire unless they are ineligible because of the limit set by the Company. Their termination at the time set for their retirement will not be subject to arbitration.

Enhanced Pension is Greater of Two Provisions

The employee who is offered EDR will be eligible to receive whichever of two benefit enhancements defined below provides the individual with a greater pension. Either (a) the addition of 3 years to the employee's age and service, or (b) the determination of eligibility for a service pension using the "Rule of 65" and applying one-half the plan's normal age related discount.

3 + 3 Pension Enhancement

Employees who meet all eligibility requirements will have three (3) years added to their age and three (3) years added to their service for purposes of commuting their enhanced pension as of their retirement date.

The three (3) years of service and three (3) years of age that are added in computing the amount of the enhanced pension under EDR only apply as of the retirement date and only apply for purposes of:

    a.      Computing the amount of the enhanced pension under EDR;

    b.      Determining the application of the plan's normal age related discount;

    c.      Bridging of past service for determining the pension amount;

    d.      Meeting the requirement that an employee have at least eighteen (18) months in a pension band in order to apply all past service to the value of the band.

Rule of 65 with 1/4% per Month Age Related Discount

Employees who meet all eligibility requirements and whose years of age plus years of service equal at least sixty-five (65) as of the last day of the 30 day election period will be eligible for a service pension. The amount of the service pension will be based on the employee's actual age and service as of the retirement date and will be reduced by one-fourth (1/4) of one (1) percent for each full or partial month prior to age 55, unless the employee has 30 years of service. In all other respects the pension under this Rule of 65 provision will be computed under the normal provisions of the plan, and without regard to a 3 + 3 enhancement to age and service.

Eligibility

An employee in a position which meets the conditions identified in Article 31 of the Contract is eligible to receive the EDR enhanced pension if:

    1.      The employee is an active employee who has not terminated before the end of the 30 day election period.

    2.      The employee's actual age and service (without EDR enhancements) as of the final day of the thirty (30) calendar day election period meet the normal service pension requirement, or would meet the normal requirement with the addition of three (3) years to age and three (3) years to service, that is:

Normal Service Pension Requirements Eligibility Requirements with 3 + 3

| | |
|---|---|
| a. any age with 30 years of service | any age with 27 years of service |
| b. age 50 with 25 years of service | age 47 with 22 years of service |
| c. age 55 with 20 years of service | age 52 with 17 years of service |
| d. age 65 with 10 years of service | age 62 with 7 years of service |

If prior service would be bridged with the addition of three (3) years of service, the bridged total shall be used for determining if the employee would meet the 3 + 3 pension eligibility requirements during the election period, and for computing the amount of the 3 + 3 pension, but not for any other purpose. For instance, it will not be used for determining service for the Rule of 65 eligibility or the pension amount under the Rule of 65 provision.

3.      If the employee is not eligible for a service pension under normal provisions of the plan or under the addition of 3 + 3, the employee is eligible for a service pension under EDR if the employee meets the requirement that actual years of age plus actual years of service, as of the final day of the thirty day election period, are equal to at least 65.

4.    The employee elects to retire with the EDR pension enhancement and signs and delivers an election form to the Company during the thirty (30) calendar day election period.

5.    The employee satisfies the requirements of the limitation on the number of eligible employees, if applicable.

6.    The employee retires on the day following the end of the 30 day election period. If, based on the needs of the business, the Company proposes in writing an alternative requirement date that falls within 90 days of end of the 30 day election period, the employee may choose to retire on either of the available retirement dates and receive the EDR enhanced pension. Employees who terminate employment before the applicable time will not receive the enhanced pension.

Participation Limits

1.    Within any group that is offered EDR in accordance with Article 31.9, the Company may place a limit on the number of employees who will be eligible for the EDR benefit.

2.    Any such limit on a group will be set before the 30 day election period begins, and the Company will inform the Union of the work groups with participation limits. Employees in the group will also be informed of the limit.

3.    If the number of employees submitting final election forms exceeds the limit for the work group, eligibility will be determined by seniority, i.e., only the senior employees up to the limit will be eligible. This eligibility determination is made as of the end of the election period, and will not change.

Other Provisions Applicable to EDR

1.    The pension plan will be amended for each EDR offer. Notwithstanding any other provision of the Collective Bargaining Agreement, the Company shall have the right to amend the pension plan as appropriate to implement EDR.

2.    The EDR service enhancement is not a permanent change to the employee's term of employment or net credited service and will not be used for any purpose other than determination of the EDR benefit, e.g., it will not be used to determine vacation or seniority.

3.    The enhanced pension benefit is available only to those employees who meet all eligibility requirements and are designated eligible by an amendment to the pension plan, and only during those periods and under those conditions designated. Eligibility for a service pension, the amount of the enhanced pension and all other features of EDR are window benefits. These benefits are not available to employees who do not meet the eligibility requirements or who do not elect to receive the benefits during the designated times.

4.    If an employee who was previously granted an enhanced pension under an early retirement incentive is also offered EDR, the employee's eligibility for the EDR benefit and the amount of benefit are determined without regard to any enhancements provided under the previously granted pension benefits.

5.      For employees with part-time service during their term of employment, the three (3) years of enhanced service will be prorated in computing the amount of the pension benefit.  No Proration will apply for the purpose of determining eligibility for a service pension under EDR.

6.      Employees receiving short term disability benefits or employees on leave of absence will be eligible for the EDR benefit if they otherwise meet the eligibility requirements.

If an employee retires with a service pension enhanced under EDR and at a later time returns to employment with the Company and becomes an active participant in the pension plan, the employee's service and pension will be determined in the future without regard to the EDR enhancement.  On subsequent termination the employee will receive the greater of the normal pension benefit without regard to the EDR or the benefit that was determined under EDR, subject to the offset rules of the pension plan for a cashout of a previous pension.

8.      Administration of the Early Retirement Benefit will not be subject to arbitration.

This Letter of Agreement is effective as of ratification, and terminates in accordance with the Conclusion Article of the currently effective collective bargaining agreement.

Sincerely,

Mark C. Peters
Director-Labor Relations

AGREED _____
                      Kathryn A. Brown

DATE:    **August 19, 2005**

# FIND IT – KEEP IT GUIDELINES

**August 6, 2005**

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main Street, Suite 1101
Santa Ana, CA 92705

Dear Ms. Brown:

This confirms our understanding to allow Advertising Sales Representatives, Directory Sales Representatives, Key Account Representatives, **New Markets Representatives (See below for special section)** and Business Sales Representatives the opportunity to sell advertising to businesses identified as "I Find It – I Keep It" accounts consistent with this agreement. "I Find It – I keep It" accounts will be initially identified by the sales representative. It will be the sales representative's responsibility to purify the listing including using "name search" and "telephone number search" to ensure that it qualifies for this assignment.

**The intent of this agreement is to encourage all sales employees to find customers, who otherwise would not come into our "computer system" or customers that are not identified by the Company who would like to purchase any advertising program, offered by the company.**

Eligible accounts **are**:
- **Home Based Businesses**
- **800#'s not in IMS/CSS**
- **Pagers not in IMS/CSS**
- **Cellular phones not in IMS/CSS**
- **Out of State customers, not in SBC territories. (IYP cannot be sold)**
- **Other numbers that would not ever be in IMS/CSS**
- **Any number with a RCF that forwards to a business line will not qualify.**
- **Includes business located in EMS territories.**

**In all cases the number that is identified as the "I Find It I Keep It" number must appear prominently in an in-column or a display-advertising program in the book on the street. In all cases if the number does not appear prominently in the in-column or display-advertising program in the book on the street, the account will be taken from the sales employee with applicable commission debited. In these cases the account will be Miscellaneous Next-Up to another sales employee and assigned to Secondary Module.**

116

**If the advertising program, as defined above, publishes and the customer does not change their telephone service or add a telephone service to a business line prior to publication, the sales account, including foreign, will remain with the "I Find It I Keep It" sales representative. The customer will remain with the "I Find I I Keep" sales representative for the local campaign cycle based on the customer's HBD, and will also keep the account on a follow-yourself basis.**

**Any change to business service or add a telephone service prior to the publication of the book with the above stated rules will result in the "I Find I Keep It" sales representative losing the account. In these cases the account will be associated, Miscellaneous Next-Up to another sales employee and assigned to the appropriate sales module.**

Once the purification process is completed and the "lead" is determined to be valid, the sales representative will then complete a D1810 (Directory Office Memorandum) to have the listings assigned. If the Company determines that a sales representative failed to properly purify the lead, commissions paid to the representative will be debited and commissions paid to the appropriate sales representative, **as defined above**. The Company will not pay dual commissions.

The company will attempt to have one support person within each branch/satellite dedicated to handling the keying of work done in relation to I find it, I keep it.

Before any representative is permitted to sell an I find it, I keep it account, the account must first be signed off by a manager that the customer is not currently assigned to another sales representative.

The company will make available to the Union upon request the results of all I find it, I keep it accounts. The list may include but, is not limited to, customer name, telephone number, address and type of business. The Union may request such results in reasonable intervals but, in no instance, more often than weekly.

The Completed D1810 will be routed through the Design Center (ASA) for assignment. These assignments will be placed in the sales representative secondary module, **except in the case of a Business Sales Representative assignment is to primary module.** Design Center personnel will use the information provided on the D1810 to complete the following:

- Create customer account (shell) and listing in MIP using normal ASA (Memo-Only) process (Tel Type = R).

- Load Sales representative into "Campaign Organization Table" with the appropriate employee ID, campaign code, issue, channel and all other applicable fields as necessary.

Once the sales representative is loaded into the "Campaign Organization Table", the Design Center personnel will have the ability to assign the representative to the IMS account created. The process listed above is a 2-day process:

- Day 1 – Create account and load representative.
- Day 2 – Assign representative to the account for retirement.

The following Sales Parameters will apply:

- **Authority Association will apply. If the number is another non-system, as defined above the "I Find It I Keep It" sales employee will remain the rep-of record.**

- Representatives can only lead/generate in their respective region.

- Customers who purchase advertising under this agreement are not eligible to receive a free courtesy listing (FRL) in the Yellow Pages. In addition, the advertiser's business name will not be accessible via "Directory Assistance".

**New Markets: New Markets Representatives are qualified to sell "I Find It I Keep It" accounts sales. NMR are only qualified to locate accounts in the "New Markets" territories and can only sell into "New Markets" directories.**

Compensation:
- All accounts sold under this agreement will be paid **as** "New **Business.**"
- Accounts sold under this agreement are not eligible for "COB" – Campaign Objective Bonus.
- **All account sold will be applied to Conversion Bonus.**

This Letter of Agreement is effective as of ratification, and terminates in accordance with the Conclusion Article of the currently effective collective bargaining agreement.

Sincerely,

*Mark C. Peters*

Mark C. Peters
Director –Labor Relations

AGREED: *Kathryn A. Brown*

Kathryn A. Brown

DATE:    **August 19, 2005**

## MARKET ALLOCATION – UNION PARTICIPATION

**August 6, 2005**

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main Street, Suite 1101
Santa Ana, CA 92705

Dear Ms. Brown:

In support of the spirit of **section 15.4**, the Company agrees to structure communications with the Union regarding assignment segmentation decisions or sales channeling decisions.

Communications will include, but will not be limited to, scheduled meetings with Union designated representatives to consider input before finalizing regional operations and strategic plans, and branch level cycle plans. Dialogue in these meetings will include discussion of the assignment of customers to specific channels based on potential, the movement of accounts between channels, follow yourself guidelines and any alternations in segmentation or sales channeling.

It is also agreed that no aspect of these discussions shall supersede or alter any provisions of the contract.

This Letter of Agreement is effective as of ratification, and terminates in accordance with the Conclusion Article of the currently effective collective bargaining agreement.

Sincerely,

*Mark C. Peters*

Mark C. Peters
Director - Labor Relations

AGREED: _____*Kathryn A. Brown*_____
                        Kathryn A. Brown

DATE:    **August 19, 2005**

119

# MARKET SELECTION  - GUIDELINES

**August 6, 2005**

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main Street, Suite 1101
Santa Ana, CA 92705

Dear Ms. Brown:

This is to confirm our understanding that the company recognizes that the Market Selection Guidelines are procedures agreed to between the Company and the Union.  It is the intent of the company to abide by all Market Selection Guidelines.

It is also the understanding that these guidelines will be updated on a periodic basis based on the needs of the business and any changes will be discussed between the Company and the Union. Discussions in this letter will mean that the Company and the Union will form an appropriate committee to discuss any Market Selection issues.

The company maintains the right after complete and through discussion to make the final determination of changes made to the practices in the event that both sides do not agree.

This Letter of Agreement is effective as of ratification, and terminates in accordance with the Conclusion Article of the currently effective collective bargaining agreement.

Sincerely,

*Mark C. Peters*

Mark C. Peters
Director-Labor Relations

AGREED  _____
                    Kathryn A. Brown

DATE:    **August 19, 2005**

# NON-SELLING WORK

**August 6, 2005**

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main Street, Suite 1101
Santa Ana, CA 92705

Dear Ms. Brown:

In the event the Company elects to have any new or additional non-selling work assigned to the bargaining unit, the Company will give the Union reasonable notice of its decision. Following such notice to the Union, the Company may proceed to staff such work.

The Union shall have the right to initiate negotiations solely on the wages and working conditions of employees performing the new work within 15 calendar days from the receipt of such notification from the Company. If negotiations are initiated and the parties are unable to reach an agreement within 30 days following the receipt of notice from the Company, the Company's last offer shall be implemented. In all cases the terms of the Company's last offer shall not be subject to the grievance and arbitration procedure. This letter of agreement is effective as of ratification, and terminates in accordance with the Conclusion Article of the currently effective collective bargaining agreement.

Sincerely,

*Mark C. Peters*

Mark C. Peters
Director-Labor Relations

AGREED _____*Kathryn A. Brown*_____
                        Kathryn A. Brown

DATE:    **August 19, 2005**

# RATE BAND MOVEMENT

**August 6, 2005**

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main Street, Suite 1101
Santa Ana, CA 92705

Dear Ms. Brown:

The Company agrees that it will meet with the Union to review the movement of campaigns from one rate band to another due to increased revenue per day per representative. These discussions will include the review of factors causing the change and the impact of the rate band movement on assigned representatives.

It is also agreed that no aspect of these discussions will supersede the right to move campaigns per the provisions of this contract.

This letter of agreement is effective as of ratification, and terminates in accordance with the Conclusion Article of the currently effective collective bargaining agreement.

Sincerely,

*Mark C. Peters*

Mark C. Peters
Director-Labor Relations

AGREED ____*Kathryn A. Brown*____
          Kathryn A. Brown

DATE:    **August 19, 2005**

# RECANVASS LOSSES

**August 6, 2005**

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main Street, Suite 1101
Santa Ana, CA 92705

Dear Ms. Brown:

This is to confirm our understanding that when a sales representative has handled and retired a re-canvassed account from the previous year which was not handled by this sales representative in the current year, the Company and the Union will discuss if the account should move to second module for purposes of commissions. Only accounts that are considered extraordinary losses determined by the Company and the Union will be considered and only on a specific case-by-case basis.

The company maintains the right after complete and thorough discussion to make the final determination of what is an extraordinary loss in the event that the parties disagree.

This Letter of Agreement is effective as of ratification, and terminates in accordance with the Conclusion Article of the currently effective collective bargaining agreement.

Sincerely,

Mark C. Peters
Director-Labor Relations

AGREED _____
Kathryn A. Brown

DATE:    **August 19, 2005**

123

# RECANVASSED ACCOUNTS

**August 6, 2005**

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main Street, Suite 1101
Santa Ana, CA 92705

Dear Ms. Brown:

In the event the Company elects to schedule **re-canvass,** re-contact, **Open Market** and/or special projects **strategy to generate additional revenues,** a plan will be communicated in advance to all sales representatives currently working the campaign.

The original sales representative will be able to **rework their** retired **(completed)** accounts, **prior to** this **re-canvass/re-contact** period, **and offer** any new incentive that is introduced before **any** accounts are reassigned to a re-canvass **and/or re-contact** sales representative.  In addition, the original sales representative will be able to utilize **re-canvass**/re-contact blocking on a predetermined number of accounts for sensitive customers and on-going sales.

For the purpose of **this letter re-work, re-canvass and re-contact are defined in Article 15.**

This Letter of Agreement is effective as of ratification, and terminates in accordance with the Conclusion Article of the currently effective collective bargaining agreement.

Sincerely,

*Mark C. Peters*

Mark C. Peters
Director - Labor Relations

AGREED:_____*Kathryn A. Brown*_____
                              Kathryn A. Brown

DATE:    **August 19, 2005**

# SALES PERFORMANCE PLAN

**August 6, 2005**

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main Street, Suite 1101
Santa Ana, CA 92705

Dear Ms. Brown:

This Letter of Agreement confirms our understanding regarding the Sales Performance Plan.

The company reserves the right to implement and/or amend performance standards consistent with this letter of agreement. At the company's request the parties agree to meet and bargain over performance standards. If the parties fail to agree on performance standards within 90 days, the company reserves the right to implement performance standards. The Union shall retain the right to grieve and or arbitrate the reasonableness of such performance standards, provided that it initiates that process 6 months after the company's implementation of its final offer.

If the parties agree to performance standards the Company would consider implementing an enhanced retirement plan. The Company retains the sole discretion to determine any consideration for an enhanced retirement plan.

This Letter of Agreement is effective as of ratification, and terminates in accordance with the Conclusion Article of the currently effective collective bargaining agreement.

Sincerely,

*Mark C. Peters*

Mark C. Peters
Director –Labor Relations

AGREED: *Kathryn A. Brown*
Kathryn A. Brown

DATE: **August 19, 2005**

# SALES PERFORMANCE THRESHOLD FOR PREMISE

**August 6, 2005**

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main Street, Suite 1101
Santa Ana, CA 92705

Dear Ms. Brown:

This is to confirm our understanding that Labor Relations will do an analysis on high revenue accounts (extraordinary losses) that are retired as losses for accounts assigned to employees in the title of Advertising Sales Representative. The purpose of this analysis is to determine what an appropriate Sales Performance Threshold would be to mitigate the impact on an individuals' Sales Performance results.

The company maintains the right to determine what the Sales Performance Threshold will be, the specific rules of how the Threshold would be implemented and the rules to whom the Threshold would apply.

This Letter of Agreement is effective as of ratification, and terminates in accordance with the Conclusion Article of the currently effective collective bargaining agreement.

Sincerely,

*Mark C. Peters*

Mark C. Peters
Director-Labor Relations


AGREED ___*Kathryn A. Brown*___
Kathryn A. Brown

DATE:    **August 19, 2005**

126

# SALES PERFORMANCE THRESHOLD FOR TELEPHONE

August 6, 2005

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main Street, Suite 1101
Santa Ana, CA 92705

Dear Ms. Brown:

This is to confirm our understanding that Labor Relations will do an analysis on high revenue accounts (extraordinary losses) that are retired as losses for accounts assigned to employees in the title of Directory Sales Representative.  The purpose of this analysis is to determine what an appropriate Sales Performance Threshold would be to mitigate the impact on an individuals' Sales Performance results.

The company maintains the right to determine what the Sales Performance Threshold will be, the specific rules of how the Threshold would be implemented and the rules to whom the Threshold would apply.

This Letter of Agreement is effective as of ratification, and terminates in accordance with the Conclusion Article of the currently effective collective bargaining agreement.

Sincerely,

Mark C. Peters
Director-Labor Relations

AGREED _____
Kathryn A. Brown

DATE:    August 19, 2005

127

## SMART DELIVERY PROGRAM SALES

**August 6, 2005**

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main Street, Suite 1101
Santa Ana, CA 92705

Dear Ms. Brown:

The company will pay employees in the Advertising Sales Representative, Business Sales
Representative, Key Account Executive, Priority Account Representative, Directory Sales
Representative and **New Markets Representative** positions a commission rate of 10% and a referral
bonus rate of 4.5% for sales of products which are part of the company's Smart Delivery Program.
Such commission and referral bonus payments will be included in the calculation of DSA and
Pension.

This Letter of Agreement is effective as of ratification, and terminates in accordance with the
Conclusion Article of the currently effective collective bargaining agreement.

Sincerely,

*Mark C. Peters*

Mark C. Peters
Director - Labor Relations

AGREED: _____ *Kathryn A. Brown* _____
Kathryn A. Brown

DATE:    **August 19, 2005**

128

# SMARTPAGES.COM SALES

**August 6, 2005**

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main Street, Suite 1101
Santa Ana, CA 92705

Dear Ms. Brown:

This letter is to confirm our understanding regarding compensation commissioned sales representatives will receive for the sale of SMARTPAGES.com products and services ("Internet advertising").

   1.  <u>Market Assignment.</u>

   A.  For the purpose of selling Internet services, the sales representative assigned an account during the local Yellow Pages campaign will be the rep of record until the account is reassigned during that campaign or assigned for the next campaign. All PBD assignment rules and reassignment rules will be in effect throughout this trial. PBD sales representatives will not be the exclusive selling agents of SMARTPAGES.com products and services.

   B.  When an account has been re-assigned **during the campaign** or assigned for the next campaign, the original rep will no longer be able to sell Internet advertising to the customer. The new rep of record will handle all Internet advertising, including existing Internet advertising sold by previous representatives. In some cases, since Internet services can be sold at any time and are not tied to a print sales cycle, newly assigned reps will be contacting customers whose initial contract term has not expired.

   2.  <u>Commissions.</u>

   A.  PBD commissioned Sales Representatives in the following channels are eligible for commissions for the sales of Internet services: Premise, Telephone, Key Accounts and the Smart Business Channel.

   B.  PBD commissioned sales representatives will be compensated at the rate of fifteen percent (15.0%) of the billed monthly revenue value of contracts for the sale of Internet services.

   C.  For commissioned sales representatives to be eligible to receive commissions for the sale of Internet services, an account must be:

      a)    Assigned to the commissioned sales representative at the time of sale.
      b)    Sold by the commissioned sales representative.
      c)    Accepted by the company.
      d)    Delivered and billed by the company.

D. PBD commissioned sales representatives will receive commissions for accounts that are issue billed or prepaid on a monthly basis for the term of the sold contract but no longer than twelve (12) months. Example:

Customer contracts with company for $1,200 annual and $100 monthly ($1200 / 12 months = $100 X 15% = $15). The Sales Representative will receive monthly commissions of $15 during the term of the contract beginning the month following billing.

E. PBD commissioned sales representatives will receive commissions on accounts that prepay on the remaining term of their contract but no longer than twelve (12) months. Example:

Customer contracts for $1,200 annual Internet advertising and is billed $100 per month. The customer pays $100 monthly for the first 4 months and the rep is paid $15 in commissions per month. If the customer chooses to prepay the remaining $800 due, the rep continues to be paid $15 monthly for the remainder of the term.

F. In the event of a change in the sales representative of record due to re-assignment or next issue assignment the new commissioned sales representative will be paid on the upgrade portion (additional Internet revenue sold, or incremental revenue billed) of the contract. The first work commissioned sales representative will continue to receive their monthly commission on the monthly revenue value of the original contract until the expiration of the original contract term. Example:

Rep A sells customer $100 monthly revenue beginning in January. Rep A receives commissions on this amount in February, March and April. Account is reassigned Rep B upgrades customer's Internet contract to $200 monthly. Rep A continues to receive commissions on the $100 contract originally sold through January. Rep B receives commissions on the $100 upgrade amount May through January and commission based on the total contract amount of $200 for February through April.

G. In the event that re-assignment or next issue assignment sales rep contact causes a reduction to the original Internet advertising program before the initial contract term has expired, the first work rep will receive commissions on the reduced monthly revenue for the remaining term of the original contract. The new rep will only receive commissions for the period on the new contract that extends beyond the original contract term. Example:

Rep A sells customer a 12 month contract for $100 (term runs January through December). Rep A begins receiving commissions on the billed revenue. Account is assigned for the next local campaign to a new Rep (Rep B) and new Rep attempts to upsell the account in June. Customer decides to downgrade advertising already contracted for, reducing the program to $29 a month. Rep A commissions will be paid on the new lower billed revenue for the remaining term of the original contract. Rep B will receive no commission until the term of the original contract has expired (December). At that point Rep B will be paid monthly commissions for the remaining length of the contract (Jan.–May).

H. In the event that re-assignment or next issue assignment sales rep contact causes a cancellation to the original Internet advertising program before the initial contract term has expired commissions will cease. Example:

Rep A sells customer a 12 month contract for $39/month in January (contract term would run Jan.-Dec). The account is then assigned for the next campaign 6 months later to different rep, Rep B. Rep B contacts the customer and attempts to upsell the account but instead the customer cancels his existing ad completely. Rep B submits canceling

130

contract and once cancellation has been accepted by the company, commissions will cease for the original Rep, Rep A.

I.  In the event that an account gets authority associated and was previously sold with Internet advertising, the new sales representative of record will be paid commission once the association has taken place. No deduction of commissions will be made to sales representative who is losing the account.

J.  In the event of a disconnect of the customers Internet advertising, commission payments to commissioned employees in all cases will cease at the end of the month in which the disconnect occurred.

K.  Commissions will be **advanced** one time per month.

L.  Commissions shall not be payable with respect to any month for which services are not billed, including any months given on a "free" or promotional basis.

M.  Commissions paid for the sale of Internet services and products will be included as part of the calculation for determining individual Daily Sales Average values.

N.  Commissions paid for the sale of Internet services and products will be included as part of the calculation of retirement earnings.

O.  Sales results from the sale of Internet services and products will be not be included as part of the calculation for individual sales performance under the Sales Performance Plan.

3. Referrals.

A.  Commissioned representatives may refer any account(s) approved by PBD for referral for the handling of such additional Internet services as may be specified from time to time which are not sold by PBD provided the account is assigned to the representative and the representative has made documented Internet service recommendations to the customer. The referring representative will receive four and one-half percent (4 ½%) of the billed monthly revenue value of Internet contract(s) sold.

B.  Commissions from the sale of Internet services on accounts that are referred between sales channels (such as a Premise visit for a Telephone customer) will be handled in the same manner as Yellow Pages print product (split).

This Letter of Agreement is effective as of ratification, and terminates in accordance with the Conclusion Article of the currently effective collective bargaining agreement.

Sincerely,

*Mark C. Peters*

Mark C. Peters
Director - Labor Relations

AGREED: _____
                              Kathryn A. Brown

DATE:    **August 19, 2005**

# TABLE UPDATES

**August 6, 2005**

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main Street, Suite 1101
Santa Ana, CA 92705

Dear Ms. Brown:

The Company agrees to review the management of on-going table updates, including new connect lists, with respect to the following situations:

- Disability benefit absence
- Transfers to a different sales group
- Resignation, termination or retirement
- Loaner reps
- Placeholder Market
- Leaves of absence
- Workflow

This letter of Agreement is effective as of ratification, and terminates in accordance with the Conclusion Article of the currently effective collective bargaining agreement.

Sincerely,

Mark C. Peters
Director - Labor Relations

AGREED: _____
Kathryn A. Brown

DATE: **August 19, 2005**

# UNION RECOGNITION

**August 6, 2005**

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main Street, Suite 1101
Santa Ana, CA 92705

Dear Ms. Brown:

This is to confirm our understanding that in the event of a sale of the Company or substantially all of its assets during the life of this **2005** contract, the Company will require the purchaser to agree to recognize the Union.

This Letter of Agreement is effective as of ratification, and terminates in accordance with the Conclusion Article of the currently effective collective bargaining agreement.

Sincerely,

*Mark C. Peters*

Mark C. Peters
Director-Labor Relations

AGREED ___*Kathryn A. Brown*___
Kathryn A. Brown

DATE:    **August 19, 2005**

# VACATION SCHEDULING

**August 6, 2005**

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main Street, Suite 1101
Santa Ana, CA 92705

Dear Ms. Brown:

Subject to Article 28, the Company retains the right to refuse to allow the scheduling of vacations or to cancel scheduled vacations two weeks before and two weeks after the directory extraction date, **(date on the D190 in effective at the start of the local campaign assigned.).** Other than during this time period, the Company agrees that it will not require that an employee change a previously approved vacation.

This Letter of Agreement is effective as of ratification, and terminates in accordance with the Conclusion Article of the currently effective collective bargaining agreement.

Sincerely,

*Mark C. Peters*

Mark C. Peters
Director –Labor Relations

AGREED: *Kathryn A. Brown*
Kathryn A. Brown

DATE:     **August 19, 2005**

## SIGNING AGREEMENT

August 6, 2005

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main Street, Suite 1101
Santa Ana, CA 92705

Dear Ms. Brown:

If this agreement is ratified by the Union membership by the close of business on August 28, 2005, the Company will:

1. Give employees three (3) days off during the Holiday Week between Christmas and New Year's in 2005, 2006 and 2007 as follows: December 27, 28, 29 for year 2005, December 26, 27, 28 for year 2006, December 24, 26 and 27 for 2007. During these days off, the Company will pay employees their base pay (not DSA). If the Company wishes to close the business during this time period, employees shall be required to take the following days off using their vacation time or EWD: December 30 for year 2005, December 29 for year 2006, December 28 and 31 for year 2007.

2. The Company will give all active employees covered by the contract a $500 bonus on or before the second payday after ratification.

This Letter of Agreement is effective as of ratification and terminates in accordance with the Conclusion Article of the currently effective collective bargaining agreement.

Sincerely,

*Mark C. Peters*

Mark C. Peters
Director –Labor Relations

AGREED: ___*Kathryn A. Brown*___
Kathryn A. Brown

DATE:    August 19, 2005

# IMPLEMENTATION OF CONTRACT - TIMELINES

August 6, 2005

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main Street, Suite 1101
Santa Ana, CA 92705

Dear Ms. Brown:

This is to confirm our understanding regarding the implementation timelines associated to this agreement. Following are the timelines:

1. Lump Sum payments, defined in Section 14.13 to employees in section 14.1.1 will be paid on or before the second paycheck after ratification.

2. For all campaigns starting (A/O open) after the effective date of this agreement, for General Business employees, the Conversion Bonus plan, as defined in Article 15.2.2.5, will be in effect. When the company's computer systems are updated, all transactions posted to the affected campaigns, will be recalculated applying the Conversion Bonus rules according to the publishing cycle counter and paid accordingly.

3. All campaigns starting (A/O open) after the ratification date of this agreement will have sales days removed from the campaign for "Placeholder" market and "Market from a Sales Rep who did NOT report to the campaign." If during the course of the campaign these markets are reassigned to new employees not initially assigned to the campaign and/or sales reps who did NOT report to the campaign the calculations (proration of days) will be done manually, at the direction of the Director-Sales Operations until the Company's computer system can accommodate the changes automatically.

4. All campaigns starting (A/O open) after ratification, excluding SD 06, BH 06, CC 06, WESI 06 that will be included, date of this agreement, will have Market Assignments adjusted, and COB and Rate Band calculations based on the required employee's sales module adjustment. The Company will immediately supply all employees a module adjustment form and required the employee to adjust their future campaigns according to allotted Vacation time, EWD and Floating Holidays. Sale Operations will ensure that all employees submit a sales module adjustment form and calculations are properly done.

5.  All campaigns starting (A/O open) after the effective date of this agreement will have a COB payout percent, using all applicable numbers (COB constant, COB maximum and Sales Module Adjustments) consistent with the terms of this agreement. If currently systems cannot support the applicable number changes, a manual entry will be made into the company's computer system and will be made at the direction of the Director – Sales Operations. Since "COB" payments are paid initially on the sixth (6th) payroll period after the YP Extraction of the local campaign" this implementation schedule will be done immediately. If the company's computer system is not changed before payment time frame, for these campaigns immediately after the company's computer systems have been changed a payment will be made accordingly.

6.  All campaigns starting (A/O open) after the effective date of this agreement will have a maximum COB payout of 25K on any single campaign, and no employee who is assigned to a campaign as a "loaner" rep will be eligible for a COB payment in the campaign.

7.  All campaigns starting (A/O open) after the effective date of this agreement will require the employee to have serviced and handled 85% of the market that was assigned to the employee, local only, or the employee will not qualify for any COB payment.

8.  All campaigns starting (A/O open) after the effective date of this agreement will have a "New Business" rate of 150%. In the event the company's computer system cannot support the change immediately, as soon as the system changes are made, all transactions posted to the affected campaigns, will be recalculated at the new 150% rate.

9.  All campaigns starting (A/O open) after the effective date of this agreement, for Key Account Executives, will have the newly bargained Existing Business rates applied to the Secondary Module Rate Bands. In the event the company's computer system cannot support the change immediately, as soon as the system changes are made, all transactions posted to the affected campaigns, will be recalculated using the newly Secondary Module bargained rates.

10. Effective after the ratification date of this agreement, any new employees (off-the-street-hire or an upgrade from a clerical support job title) who do not have a sufficient amount of market  when arriving to the campaign will be paid a Target Earning rate.

11. In all campaigns starting (A/O open) after ratification date, excluding SD 06, BH 06, CC 06, WESI 06 that will be impacted, of this agreement, for Key Accounts Executives, the "Bad Debt" accounts will be assigned to the previous year selling Key Accounts Executive if the previous year selling Key Account Executive is assigned to the campaign. The Account will be moved to the employee's Secondary Module. If the previous year selling Key Account Executive is not assigned to the campaign no movement of accounts will be done. If the company's computer system cannot automatically make the movements, the moves will be done manually at the direction of the Director – Sales Operations, until company's systems have been updated.

12. Reassignment of Market:  Effective immediately for all active campaigns and future campaigns:

   a. The company will immediately update the Reassignment Reports to depict employee in the upper 35%, upper 50% and upper 75% and send out the revised version.

   b. The company will immediately distribute the "Reassignment – Rep Qualification Criteria – Branch Steps" document in the appendix and instruct the Sales Branches to begin immediately to follow the new steps to determine who will be reassigned market.

   c. The company will immediately distribute the "Reassignment – Primary vs. Secondary Module Matrix" document in the appendix and instruct the Sales Branches to begin immediately to follow the appropriate module assignments. The company will also immediately distribute the "Guidelines & Examples" document presented in bargaining.

   d. All re-canvass, re-contact, Open Market  module assignment rules will be done correctly. In all cases the reassigned market defined here will be reassigned to Secondary Module.

   e. All reassignments non-advertiser and new connects will be done at the customer level and not at the PDR level. All Advertiser for re-canvass and re-contact will be reassigned at the PDR level.

   f. Any employees reassigned a Non-Advertiser or New Connect account for purpose of re-canvass or re-contact will have the opportunity to sell any Company products.

   g. Any employee reassigned an Advertiser account for the purposes of re-canvass or re-contact will have the opportunity to sell "Local" and any IYP product.

   h. All re-contact and re-canvass will be paid at the "New Business" rate.

   i. In no case will a "Loaner Rep"  be reassigned Re-canvass and/or Re-contact Business in Primary Module.

j.   All market prior to the 50% point of the campaign will be assigned to Primary Module, with exception of any account where the total account value is greater than $4,200 and/or for any account when any PDR has been retired by the employee from which the account is coming.

13. After the ratification of this agreement, sales employees will be afforded 45 days to submit a "query appeal" for processing for a directory publication that has been longer then 45 days. After the 45-day period has past only "query appeals" submitted prior to 45 calendar days after the directory publication will be considered for an appeal, per the labor agreement.

14. The commission rates (gain and renewal) and conversion rates for the BSR commission plan will continue to be calculated on a quarterly basis, until the implementation of the company' new computer system; CSS.  After the implementation of CSS all applicable calculations will be done on a canvass cycle basis.

15. Effective immediately all employees incurring a business expense will be required to submit a voucher within 90 calendar days of the incurring the expense or the employee will not be reimbursed the expenses.

16. Effective immediately, after the ratification of this agreement, the guidelines and rules associated to "I Find It I Keep It" will apply.  The guidelines and rules will be sent out instructing the Sales Branches to communicate the rules to the sales employees.

17. Market Selection: Immediately following the ratification of this agreement the Company and the Union will meet to discuss changes in "Market Selection" relative to the new labor agreement and the upcoming changes being made in CSS programming.

18. Effective after the ratification date of this agreement sales employees, as defined in section 15.3.5.2, taking time-off for vacation will be eligible for a Vacation Premium pay as defined in section 15.3.5.2.

19. All campaigns starting (A/O open) after ratification date, excluding SD 06, BH 06, CC 06, WESI 06 that will be impacted, of this agreement, will have the newly bargained commission rates applied to the applicable Rate Bands. In the event the company's computer system cannot support the change immediately, as soon as the system changes are made, all transactions posted to the affected campaigns, will be recalculated using the newly bargained commission rates.

20. Effective immediately, for all books when the A/O close date has not past after the ratification of this agreement, any new Query True-Up Appeals  that are submitted after the ratification of this agreement, where the account is identified as an account defined in Section 15.2.2.6 will be moved to Secondary Module and paid at the applicable rate, if the GM, in writing authorized the advertising being placed, and after review from Sales Operations, through the appeals process.

21. All campaigns starting (A/O open) after ratification date of this agreement, for the New Markets campaigns, the commission pool will be increased by $4,000 for the purposes of calculating commission rates.

22. All New Market Representatives employees will be eligible for Success Sharing, $2,000, for year 2005, payment in 2006. All New Markets clerical support personnel, will be eligible for Success Sharing at 6.5% for year 2005, payment in 2006. For years 2006 and moving forward New Market Representatives will not be eligible for Success Sharing and all New Markets clerical support will be eligible consistent with section 14.8.

23. The Daily flat-rate auto allowance amounts will be as follows:

Less then or equal to 60 months old:
- 9-2005 to 8-2006 = $34.00 per day
- 9-2006 to 8-2007 = $37.50 per day
- 9-2007 to remainder of contract = $40.50 per day

Greater then 60 months old:
- 9-2005 to 8-2006 = $21.00 per day
- 9-2006 to 8-2007 = $23.00 per day
- 9-2007 to remainder of contract = $25.00 per day

24. Effective immediately, after the ratification of this agreement, any campaign that is prior to the 50% point of the local campaign and after the ratification date of this agreement, Open Market agreement will apply.

This Letter of Agreement is effective as of ratification, and terminates in accordance with the Conclusion Article of the currently effective collective bargaining agreement.

Sincerely,

*Mark C. Peters*

Mark C. Peters
Director –Labor Relations

AGREED: _____
Kathryn A. Brown

DATE:   August 19, 2005

# OPEN MARKET GUIDELINES

August 6, 2005

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main Street, Suite 1101
Santa Ana, CA 92705

Dear Ms. Brown:

This confirms our understanding regarding the rules surrounding Advertising Sales
Representatives, Directory Sales Representatives and Business Sales Representatives
(excluding New Markets Representatives) the opportunity to sell advertising to businesses
under the companies "Open Market" strategy. The intent of this agreement is to afford each of
the above stated sales group employees the opportunity to re-contact and/or re-canvass
accounts, to sell advertising programs that otherwise may not get sold.

Following are the guidelines that will be followed for all "open market" strategies used by the
business:

Open Market Start Time:

• The "Open Market" strategy will begin, in all cases, fifteen (15) workdays, prior to the "bite"
  date of the local directory (book). The "bite" will be the date depicted on the D190. The
  "Open Market" start date will be adjusted based on any extension to the "bite" date from
  the Company. In no case will the "open market" start date begin prior to the original "bite"
  date depicted on the original D190.

Qualified Sales Employees:

• Any Advertising Sales Representative, Directory Sales Representative or Business Sales
  Representative who was assigned to work the campaign at Initial Market Assignment, or
  any new sales employee (off-the-street hire, lateral, upgrade, downgrade) who was
  assigned the campaign after Initial Market Assignment, or any ASR who is permanently
  assigned to the branch, including satellite offices, but was not initially assigned to the
  campaign will qualify to work the "Open Market" canvass. "Loaner Reps" from outside the
  branch do not qualify.

141

Qualified Accounts:

- Any retired or non-retired "new connect" from the local campaign when the "new connect" was assigned to a sales employee prior to the A/O close date of the back campaign.

- Any retired or non-retired "new connect" from any back campaign when the "bite" date of the campaign is past and the "new connect was assigned to a sales employee prior to the A/O close date of the back campaign.

- Any retired or non-retired "non-advertiser" from the local campaign when the "non-advertiser" was assigned to a sales employee prior to the A/O close date of the back campaign.

- Any retired or non-retired "non-advertiser" from any back campaign when the "bite" date of the campaign is past and the "non-advertiser" was assigned to a sales employee prior to the A/O close date of the back campaign.

- The original sales employee has not protect the above-defined account.

- The original sales employee has or has not retired the account and has no BOTS retired revenue on the above-defined account.

Un-Qualified Accounts:

- Accounts in "default" status.
- Accounts "protected" by the original employee. (Up to 10 accounts)
- Advertisers. All advertisers must be reassigned using the Reassignment Matrix and Branch Steps defined in the labor agreement.
- Non-Advertiser or New Connect associated to an Advertiser. (Association rules apply)
- Non-Advertiser or New Connect associated to a New Connect or Non-Advertiser in a campaign when the "open market" date has not yet started.  (Association rules apply)
- All Non-Advertisers or "New Connects" assigned after the AO close date of any campaign do not qualify for "open market".
- Any account with BOTS revenue.

Process:

- Once the qualified sales employee, as defined above, finds a qualified account, as defined above the employee will:

  1. Check the companies systems to determine if the previously assigned account is protected and/or determine if any other sales employee has made contact with the customer.

  2. Begin discussions with the customer. Only after the sales employee has a signed contract from the customer on the account can the employee have the account reassigned to them.  Sales employee who secures the signature on the contract first is the owner of the account.

3. Have the manager sign the reassignment form to reassign the entire account, including multi, to the sales employee. The sales employee will now have the opportunity to sell the customer any Company products, including, but not limited to, local, multi, foreign, IYP, etc.

4. In all cases the account will be reassigned to the Secondary Module, with the exception of BSR when the account will be reassigned to Primary Module.

Pay Treatment for Open Market:

- BSR – Follow Labor Agreement.

- General Business – Follow Labor Agreement as defined under Re-contact and Re-canvass

This Letter of Agreement is effective as of ratification, and terminates in accordance with the Conclusion Article of the currently effective collective bargaining agreement.

Sincerely,

*Mark C. Peters*

Mark C. Peters
Director –Labor Relations

AGREED:  _____
Kathryn A. Brown

DATE:    August 19, 2005

## NEW MARKETS REPRESENTATIVE ALLOCATION OF COMMISSIONS

**August 6, 2005**

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main St., Suite 1101
Santa Ana, CA 92705

Dear Ms. Brown:

This letter confirms our understanding that the Company agrees that the Union can actively participate in the allocation of the commission pool between Revenue Commissions and Market Penetration Commissions on a campaign-by-campaign basis.

Sincerely,

Mark C. Peters
Director - Labor Relations

AGREED: _____
Kathryn A. Brown

DATE:    **August 19, 2005**

144

# NEW MARKETS REPRRESENTATIVE BID RUNS

**August 6, 2005**

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main St., Suite 1101
Santa Ana, CA 92705

Dear Ms. Brown:

This letter serves to confirm our understanding that if the needs of the business necessitate the opening of new markets which result in the creation of additional Bid Runs, the Company and the Union will discuss the criteria for employees to select bid runs.

Sincerely,

Mark C. Peters
Director - Labor Relations

AGREED: _____
Kathryn A. Brown

DATE:    **August 19, 2005**

## NEW MARKETS REPRESENTATIVE CAMPAIGN OBJECTIVES

**August 6, 2005**

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main St., Suite 1101
Santa Ana, CA 92705

Dear Ms. Brown:

This letter confirms our understanding that the Union can actively participate in the objective setting process prior to each campaign start with the General Manager for New Markets.

Sincerely,

Mark C. Peters
Director - Labor Relations

AGREED: _____
Kathryn A. Brown

DATE: **August 19, 2005**

**NEW MARKETS REPRESENTATIVE NYPS ADJUSTMENTS**

**August 6, 2005**

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main St., Suite 1101
Santa Ana, CA 92705

Dear Ms. Brown:

This will confirm our understanding regarding NYPS Adjustments as mitigators towards Sales Performance.  When an employee sells an account which later goes to NYPS and the NYPS loss results in an unacceptable performance rating to an individual New Markets Representative, this account(s) can be used to mitigate an unacceptable rating in Sales Performance.

Sincerely,

*Mark C. Peters*

Mark C. Peters
Director - Labor Relations

AGREED: _____
Kathryn A. Brown

DATE:    **August 19, 2005**

## NEW MARKETS REPRESENTATIVE SALES PERFORMANCE PLAN

**August 6, 2005**

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main St., Suite 1101
Santa Ana, CA 92705

Dear Ms. Brown:

This letter confirms our understanding regarding the Sales Performance Plan for New Markets Representatives.

The company reserves the right to implement and/or amend performance standards consistent with this letter of agreement. At the company's request the parties agree to meet and bargain over performance standards. If the parties fail to agree on performance standards within 90 days, the company reserves the right to implement performance standards. The Union shall retain the right to grieve and/or arbitrate the reasonableness of such performance standards, provided that it initiates that process 6 months after the company's implementation of its final offer.

Sincerely,

*Mark C. Peters*

Mark C. Peters
Director - Labor Relations
Pacific Bell Directory

AGREED: _____
Kathryn A. Brown

DATE:    **August 19, 2005**

148

## NEW MARKETS REPRESENTATIVE VALUE OF ZIP/GRID

August 6, 2005

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main St., Suite 1101
Santa Ana, CA 92705

Dear Ms. Brown:

This letter confirms our understanding that prior to the assigning of any zip/grids in a new campaign, the Union can have participation in the process that determines the values of each zip/grid (gold, silver and bronze.)

Sincerely,

Mark C. Peters
Director - Labor Relations

AGREED: _____
                  Kathryn A. Brown

DATE:   **August 19, 2005**

149

# NON ADVERTISER/NEW CONNECT WORKFLOW GUIDELINES

August 6, 2005

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main Street, Suite 1101
Santa Ana, CA  92705

Dear Ms. Brown:

This letter confirms our understanding on the handing of non-advertisers and new connects assigned to a sales represent within a canvass.

Workflow guidelines on non-advertisers and new connects are informal until 3 weeks prior to the original A/O close date.  After that point in the canvass, formal workflow criteria, from the original workflow plan, may be implemented.

This Letter of Agreement is effective as of ratification and terminates in accordance with the Conclusion Article of the currently effective collective bargaining agreement.

Sincerely,

Mark C. Peters
Director – Labor Relations

AGREED: _____
               Kathryn A. Brown

DATE:   August 19, 2005

150

# ACCOUNT DISPUTE RESOLUTION COMMITTEE

August 6, 2005

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main Street, Suite 1101
Santa Ana, CA  92705

Dear Ms. Brown:

This letter confirms our understanding regarding establishing an Account Dispute Resolution
Committee.

In the event of an account dispute between two or more sales representatives concerning
which of the sales representatives are entitled to an account, the dispute shall be submitted to
the Account Dispute Resolution Committee for a final and binding resolution.  All other
disputes concerning account disputes remain subject to the grievance and arbitration
provisions of the Agreement.  The Committee shall be comprised of five members, four
appointed by the President of Local 2139 and one appointed by Vice-President of Sales.

A sales representative to the Committee shall submit in writing documentary evidence in
support of their claim of an accounts dispute.  After the concurrence of Local 2139 and the
Director of Labor Relations that the dispute is appropriately an issue that can be decided by
the Committee, the Committee shall meet in person to hear the dispute within sixty (60)
calendar days after the dispute was received and review by the Committee. A quorum of the
Committee shall be four members. The Committee shall elect a chair to preside during the
hearing.  Time spent by the Committee members shall be considered time for which they are
entitled Daily Sales Average.

The sales representatives may review all the details of their dispute with Committee members
prior to the Committee hearing the dispute.  The Committee will be responsible, prior to
making any final decision on the dispute; to research and investigate all disputed matters,
from all parties involved in the dispute.  All parties involved with the dispute will be required to
provide to the Committee, if requested by the Committee, documentation regarding all matters
at dispute, within 30 calendar days of such request.  The Committee as guidelines, prior to
making any final decision must review the Labor Agreement and/or Market Selection
Guidelines, as a source for making their final decision.    Additionally, the Committee will use
all available documentation that the impacted parties provided to make its final decision.

151

The Committee shall make a decision at the conclusion of the hearing, which shall be reduced to writing and signed and dated by the Committee members voting.  The decisions of the Committee shall not serve as a precedent in any other dispute.  The Committee must provide a written explanation for its decision.  A decision must receive the vote of the majority of the Committee members in attendance at the hearing.  The Committee's decision shall indicate which of the sales representatives is entitled to the account.  The decision of the Resolution Committee shall be final and binding on Directory, Local 2139 and the sales representatives who are given written notice of the Committee's intent to resolve a dispute over an account. The Committee may, on the other hand, consider a subsequent claim by a sales representative not given written notice of the dispute and who relies on subsequently discovered facts to support his/her claim for ownership of the account.

Any dispute of an account between two or more sale representatives, or any single account dispute, submitted to Local 2139 and/or the Director of Labor Relations, with the concurrence of both parties, may also be referred to the Committee for final resolution.

This Letter of Agreement is effective as of ratification and terminates in accordance with the Conclusion Article of the currently effective collective bargaining agreement.

Sincerely,

Mark C. Peters

Mark C. Peters
Director – Labor Relations

AGREED: _____
Kathryn A. Brown

DATE:    August 19, 2005

# EARLY OUT

August 6, 2005

Ms. Kathryn A. Brown
President/Business Manager
IBEW Union Local 2139
2700 North Main Street, Suite 1101
Santa Ana, CA 92705

Dear Ms. Brown:

The company acknowledges the desire expressed by Local 2139 to insure most senior employees are not unfairly impacted prior to their normal retirement dates due to individual sales results. This is to confirm our understanding that Labor Relations will monitor sales results by seniority groupings and engage in conversation with the Union to review the data and discuss potential impact.

Additionally, if ample qualified sales talent becomes available to the Company with the SBC/AT&T merger the Company will give consideration to offering an "early out" program, which gives additional age and service credit to employees.

This Letter of Agreement is effective as of ratification, and terminates in accordance with the Conclusion Article of the currently effective collective bargaining agreement.

Sincerely,

Mark C. Peters

Mark C. Peters
Director – Labor Relations

AGREED:   _Kathryn A. Brown_____
Kathryn A. Brown

DATE:   August 19, 2005

# INDEX

## A

ABSENCES
    Bereavement 20.2 ........................................................................................................... 65
    Excused Work Days 20.5 .............................................................................................. 65
    Jury Duty 20.4 ............................................................................................................... 65
    Pay Treatment  15.3.4: ................................................................................................. 43
    Union Activities 3.1 ...................................................................................................... 7
    Union Activities 3.2 ...................................................................................................... 8
    Union Activities 3.4 ...................................................................................................... 10
    Vacations Art 19 ........................................................................................................... 61
ACTING TITLE, SUPERVISORY 14.9.4 ................................................................................... 27
ADMINISTRATIVE WAGE PRACTICES
    General Commissioned Art 15 ..................................................................................... 30
    General Noncommissioned Art14 ................................................................................ 19
    New Schedule Placement 14.4.3 .................................................................................. 23
ADVANCING
    Commission (COB) 15.2.2.4.1 ..................................................................................... 37
    Commission (COB) Payment 15.3.3 ............................................................................ 43
    Commission (NBA) BSR 15.2.3.1 ............................................................................... 39
    Commission 15.2.2.1.2 ................................................................................................. 36
    Commission Adjustmentts 15.5 .................................................................................... 46
    Commission Bad Debt Accounts 15.2.2.3.1 ................................................................ 37
    Commission in Primary Module 15.2.2.1.3 ................................................................. 36
    Commission in Secondary Module 15.2.2.1.23 ........................................................... 36
    Commission Non-advertiser or New Connect 15.2.2.2.2 ............................................ 36
    Commission on Baseline 15.2.2.1.4 ............................................................................ 36
    Commission on Conversion Bonus 15.2.2.5 ............................................................... 38
    Commission on New Business 15.2.2.2.1 .................................................................... 36
    Commission on Re-Work Business 15.2..2.1.5 ........................................................... 36
    Commission Payment 15.3.2 ....................................................................................... 43
    Commission Re-canvass and Re-contact ..................................................................... 37
APPEAL
    see Base Revenue Adjustment 15.7 ............................................................................. 51
APPEAL RIGHTS FOR DISMISSALS 29.1 ............................................................................... 80
ARBITRATION
    Authority of Arbitrator  27.2 ....................................................................................... 79
    Decision 27.3 ................................................................................................................ 79
    Expenses 27.5 ............................................................................................................... 79
    Procedure  27.1 ............................................................................................................. 78
    Time Limits 27.1 .......................................................................................................... 78
ARBITRATION - EXPEDITED
    Decision 28.3.9 ............................................................................................................. 80
    Procedure  28.3 ............................................................................................................. 79
    Selection of Umpires 28.2 ............................................................................................ 79
    Time Limit 28.3.10 ....................................................................................................... 80
ASSIGNMENT OF BID RUNS 15.4.4.1 ..................................................................................... 45
ASSIGNMENT OF BID RUNS 34.11.5.1.5 ................................................................................ 89
ASSIGNMENT OF MARKET 15.4.1 .......................................................................................... 45
ASSIGNMENT OF WORK TITLES 8.1 ...................................................................................... 14
AUTHORIZED HOLIDAYS 18.1 ................................................................................................ 59
AUTHORIZED HOLIDAYS 27.1 ................................................................................................ 40

AUTOMOBILE ALLOWANCE
  Company Notification 15.6.5.1 ..................................................................................................... 50
  Condition of Employment 15.6.5.1 ............................................................................................... 50
  Flat Rate over 60 Months old 15.6.5.2 ........................................................................................ 50
  Flat Rate Under 60 Months old 15.6.5.2 ..................................................................................... 50
  Insurance Requirements 15.6.5.1 ................................................................................................. 50
  Meter Expenses 15.6.5.4 ............................................................................................................... 50
  Mileage Reimbursement 14.10.3 .................................................................................................. 28
  Parking Expenses 15.6.5.4 ............................................................................................................ 50
  Priority Account Representative 14.10.5 ..................................................................................... 28

**B**

BAD DEBT ACCOUNTS
  Commission 15.2.2.3 ...................................................................................................................... 37
  Commissions Payment 15.3.2 ....................................................................................................... 43
BAD DEBT ACCOUNTS 15.1.3 .......................................................................................................... 30
BARGAINING 35.1 ................................................................................................................................ 91
BARGAINING UNIT, MOVEMENT IN AND OUT 2.2 ...................................................................... 6
BASE REVENUE ADJUSTMENTS
  Categories 15.7 .............................................................................................................................. 51
BASELINE 15.2.2.1.4 ............................................................................................................................ 36
BENEFIT PLANS 16.1 ............................................................................................................................ 57
BENEFITS
  Changes to Plan 16.3 ..................................................................................................................... 58
  Part-Time Employees 13.1.4 ......................................................................................................... 18
  Reinstated with Back Pay 29.4 ..................................................................................................... 81
  Sales Pay Treatment 15.3.5.1 ....................................................................................................... 43
  Temporary Employees 13.3 ........................................................................................................... 18
  Term Employees 13.4 ..................................................................................................................... 19
  Union Leave 3.3.5 ............................................................................................................................. 9
  Union Leave 3.3.7 ........................................................................................................................... 10
BEREAVEMENT LEAVE 20.2 ............................................................................................................. 65
BID RUNS 15.4.4.1 ................................................................................................................................ 45
BID RUNS 34.11.5.1.5 ........................................................................................................................... 89
BONUS
  Conversion 15.2.2.5 ........................................................................................................................ 38
  Priority Account Rep 14.11 ........................................................................................................... 28
Bulletin Boards
  Defined Art 9 ................................................................................................................................... 14
BUSINESS SALES REPRESENTATIVE (BSR)
  After Reinstatement 29.4 ............................................................................................................... 81
  Base Wages 5.2.5 ........................................................................................................................... 12
  Commission Allocation 15.2.1.4.1 ............................................................................................... 34
  Compensation 15.2.1.41 ................................................................................................................ 34
  Holiday Pay 18.6 ............................................................................................................................. 60
  Job Bank 22.13.1 ............................................................................................................................ 72
  Layoff Allowance 22.12.1 .............................................................................................................. 71
  Objective Redress 15.2.3 ............................................................................................................... 39
  Overtime 15.3.8 ............................................................................................................................... 45
  Part-Time Employee 13.1.7 ........................................................................................................... 18
  Selectime 12.5.1 ............................................................................................................................. 16
  Tour Differential 19.11.5 ................................................................................................................ 64
  Upgrade 14.6.6.3 ............................................................................................................................ 25
  Weekly Base Rate 14.2.1 ............................................................................................................... 22

*C*

CALENDAR WEEK 11.2 ........................................................................................................................ 15
CAMPAIGN OBJECTIVE BONUS (COB)
    Definitions 15.1 ........................................................................................................................... 30
    Determination 15.2.2.4 ................................................................................................................ 37
    Payment Schedule 15.2.2.4.1 ...................................................................................................... 37
    Rate Calculation Appendix .......................................................................................................... 93
CAREER DEVELOPMENT 24.1 ....................................................................................................... 76
CHANGE IN AGREEMENTS
    Benefits 16.3 ............................................................................................................................... 58
    Labor Contract 31.1 .................................................................................................................... 82
    Selection Time Procedures 12.1 .................................................................................................. 15
    Wage Schedules 14.5 .................................................................................................................. 23
    Work Schedules 11.3 ................................................................................................................... 15
CHANGE OF EMPLOYEES
    Assignment to Higher Rated Schedule 14.6.3 ............................................................................ 24
    Assignment to Lower Rated Schedule 14.6.2 ............................................................................. 24
    Excused Work Days 29.5.6 .......................................................................................................... 66
    Floating Holidays 18.3.3 .............................................................................................................. 59
    Proration/Protection Percent 15.5.7.1 ......................................................................................... 47
    Vacation Weeks 19.4 ................................................................................................................... 63
    Vehicle Tyle 15.6.5.1 .................................................................................................................. 50
CHOICE OF EMPLOYEES
    Bid Runs 15.4.4.1 ........................................................................................................................ 45
    Excused Work Days 20.5 ............................................................................................................. 65
    Excused Work Days 21.2 ............................................................................................................. 67
    Floating Holidays 18.3 ................................................................................................................. 59
    Floating Holidays 21.2 ................................................................................................................. 67
    Vacations 21.2 ............................................................................................................................. 67
    Vacations 28.3 ............................................................................................................................. 62
COB see Campaign Ojective Bonus .................................................................................................. 37
COLLECTIVE BARGAINING 35.1 ................................................................................................... 91
COMMISSIONS
    Account Reassignment 15.9.3 ..................................................................................................... 56
    Adjustments
        Barter Accounts 15.8.11 ........................................................................................................ 55
        Base Revenue 15.7 ................................................................................................................ 51
        Base Revenue Adjustment 15.7 ............................................................................................. 51
        Customer Service 15.10 ........................................................................................................ 57
        Module 15.8 .......................................................................................................................... 53
    Adjustments 15.5 ............................................................................................................. 46, 47, 48
    And BSR's15.2.3 ................................................................................................................. 39, 40
    And New Market Rep 15.2.4 ....................................................................................................... 40
    And Success Sharing 14.8.2 ........................................................................................................ 26
    Bad Debt Accounts 15.2.2.3 ....................................................................................................... 37
    Base Revenue 15.7 ...................................................................................................................... 52
    Debit Proration 15.5.7.1 .............................................................................................................. 47
    Definitions 15.1 ........................................................................................................................... 30
    Double 15.8.3 .............................................................................................................................. 53
    DSA Method 15.3 ........................................................................................................................ 43
    Existing Business Rate Band determination .15.2.2.1 ........................................................... 35, 36
    Holiday Work 18.7.4 ................................................................................................................... 61
    Method of Payment 15.3 .............................................................................................................. 43
    Miscellaneous Practices 15.8.1 ................................................................................................... 52
    New Business 15.2.2.2 ................................................................................................................. 37

New Business.15.2.2 ............................................................................................................ 36
New Market Rep 15.2.4 ....................................................................................................... 41
Part-Time Employee 13.1.7 ................................................................................................ 18
Sales Compensation Incentive Program 14.2.1 .................................................................. 22
Sales Pensions A-1.1 ........................................................................................................... 92
COMMISSIONS AND NEW MARKET REP 15.2.4 ................................................................. 42
COMMITTEES
Creation of 31.1 ................................................................................................................... 82
Forum on Change 30.1 ........................................................................................................ 81
COMPENSATION
After Reinstatement 29.4 ..................................................................................................... 81
Base Revenue Adjustment 15.7 ........................................................................................... 51
Business Sales Representative 15.2.1.4.1 ............................................................................ 34
Company Prerogative 15.4.1 ................................................................................................ 45
Definitions 15.1 ................................................................................................................... 30
For Arbitration Umpire 28.3.9 ............................................................................................. 80
Key Account Executive 15.2.1.3.1 ...................................................................................... 33
Pension Calculation A-1.1.1 ............................................................................................... 92
Pension Limit A-1.1.2 ......................................................................................................... 92
Premise Sales 15.2.1.1.1 ..................................................................................................... 32
Priority Account Representative Bonus 14.11 ..................................................................... 28
Telemarketing Sales 15.2.1.2.1 ........................................................................................... 33
CONCLUSION Art 35 .............................................................................................................. 91
CONVENIENCE OFFICES 46.1 ............................................................................................. 48
CONVERSION BONUS
Find it – Keep It Guideline LOA ......................................................................................... 118
Implementation of Contract – Timelines LOA .................................................................... 136
Payment 15.3.2 .................................................................................................................... 43
CONVERSION BONUS 15.2.2.5 ............................................................................................ 38

## D

DAILY SALES AVERAGE (DSA)
BSR and G.B. Calculation 15.3.5.2 ..................................................................................... 43
BSR and G.B. Calculation 15.3.5.3 ..................................................................................... 44
General 15.3.5 ...................................................................................................................... 43
Key Accounts Calculation Calculation 15.3.6.4 .................................................................. 44
Overtime 15.3.8 ................................................................................................................... 45
Reinstatement 29.4 .............................................................................................................. 81
Time Increments 15.3.5.6 .................................................................................................... 44
Treatment for Transfer into Key 15.2.1.3.1 ........................................................................ 33
DEDUCTIONS, PAYROLL 2.4 ................................................................................................ 6
DEMOTIONS 5.4 ...................................................................................................................... 13
DENTAL PLAN 16.1 ................................................................................................................. 57
DIFFERENTIALS
Evening Relieving Manager 14.9. ....................................................................................... 27
Morning Relieving Manager 14.9. ....................................................................................... 27
Training 15.8.2 ..................................................................................................................... 53
DIRECTORIES
Consolidations 15.9.2 .......................................................................................................... 56
Rearrangements 15.9.3 ........................................................................................................ 56
Separations 15.9.1 ............................................................................................................... 56

DIRECTORY EMPLOYMENT TRANSITION PROGRAM (DETP)
Benefit Limitation 23.8 .................................................................................................................. 75
Offering 22.5 ................................................................................................................................... 68
Payments 23.2 ................................................................................................................................. 74
Provisions 23.1 ............................................................................................................................... 74
Vacation, EWD and Holiday Treatment 32.9 ............................................................................... 75
DISMISSALS
Appeal Rights for Dismissal 29.1 ................................................................................................. 80
Reinstatement 29.4 ......................................................................................................................... 81
Retroactive Back Pay 29.5 ............................................................................................................. 81
DISPLACEMENTS, TECHNOLOGICAL 22.15 ............................................................................... 73
DISPLACEMENTS, TECHNOLOGICAL 22.3 ................................................................................. 67
DUES
Deduction 2.4.2 ................................................................................................................................. 7
Requirements 2.4.4 ........................................................................................................................... 7
Union 2.4.5 ........................................................................................................................................ 7

*E*

EFFECTIVE DATE OF AGREEMENT 35.1 ........................................................................................ 91
EMPLOYEE
Temporary 13.3 .............................................................................................................................. 18
Term 13.4 ........................................................................................................................................ 19
EMPLOYMENT SECURITY
Declaration of Surplus 22.4.1 ....................................................................................................... 68
DETP Offering 22.5 ....................................................................................................................... 68
Enhanced Directory Retirement Offering 22.9 ............................................................................. 70
Job Bank 22.13.1 ............................................................................................................................ 72
Lay-off Allowance 22.12.1 ............................................................................................................ 71
Outplacement Assistance 22.14 .................................................................................................... 73
Priority Transfer 22.6 ..................................................................................................................... 69
Priority Transfer 22.7 ..................................................................................................................... 69
ENHANCED DIRECTORY RETIREMENT
Offering 22.9 .................................................................................................................................. 70
EXCUSED WORK DAYS 20.5 .......................................................................................................... 65
EXCUSED WORK DAYS 21.2 .......................................................................................................... 67
EXCUSED WORK TIME 20.5.7 ........................................................................................................ 66
EXPENSE ALLOWANCES
Auto Allowance,.Sales 15.6.5. ...................................................................................................... 50
Auto, Flat Rate over 60 Months old 15.6.5.2 ............................................................................... 50
Auto, Flat Rate Under 60 Months old 15.6.5.2 ............................................................................. 50
Auto, Parking and Meters, etc. 15.6.5.4 ....................................................................................... 50
Clerical & Support General  14.10 ................................................................................................ 27
Field Sales Collector 14.10.4 ........................................................................................................ 28
IRS Changes 14.10.7 ...................................................................................................................... 28
IRS Changes 15.6.6.5 ..................................................................................................................... 51
Meal Allowance for Clerical & Support  14.10.2 ......................................................................... 27
Mileage for Clerical & Support  14.10.3 ....................................................................................... 28
Mobile Telephone 15.6.6.2 ............................................................................................................ 51
Outbook – 35 mile rule15.6.2.1.1 .................................................................................................. 48
Outbook 15.6.2.1 ............................................................................................................................ 48
Priority Account Representative 14.10.5 ....................................................................................... 28

EXPENSES
Moving Art 17 .......... 58
Reimbursement of 14.10 .......... 27, 28
Reimbursement of 15.6 .......... 48, 49, 50, 51
Tuition Aid 24.1. .......... 76
Voucher 14.10.6, 15.6.6.4 .......... 28, 51

*F*

FEDERAL AND STATE LAWS Art 32 .......... 82
FLEX TIME, SCHEDULING 12.5.3 .......... 17
FLEXIBLE STARTING RATES 14.5 .......... 23
FLOATING HOLIDAY
Designation 18.1 .......... 59
Designation 18.3 .......... 59
Designation 21.2 .......... 67
Designation 23.9 .......... 75
Sales' Vacation 15.8.5.1 .......... 53
Temporary Employee 13.3 .......... 18
FLOATING HOLIDAYS 18.1 .......... 59
FLOATING HOLIDAYS 21.2 .......... 67
FOLLOW YOURSELF
Bid Runs 15.4.4.3 .......... 46
Mix of Account Continuity 34.11.3 .......... 89
Mix of Account Continuity 34.11.4 .......... 89

*G*

GRIEVANCES
Benefit Plan 16.4 .......... 58
Dismissal 29.2 .......... 80
Excused Absence for Handling 3.1.5 .......... 8
Meetings 4.2.2 .......... 11
Not Subject to 15.4.1 .......... 45
Not Subject to 31.2 .......... 82
Not Subject to 6.2 .......... 13
Pay 15.3.4 .......... 43
Procedures Art 26 .......... 77
Relative to Arbitration Art 27 .......... 78
Relative to Arbitration Art 28 .......... 79

*H*

HIRING CONSIDERATION OF FORMER EMPLOYEES Art 33 .......... 82
HOLIDAY
Authorized 18.1 .......... 59
Floating 18.1 .......... 59
On Sunday/Saturday 18.4 .......... 59
Part-Time Employee 13.1.4 .......... 18
Pay when Not Worked 18.6 .......... 60
Pay When On Vacation 18.8 .......... 61
Pay when Worked 18.7 .......... 60
HOURS OF WORK
Defined, Temporary Employee 13.3 .......... 18
Defined, Term Employee 13.4 .......... 19
Defined, Tour of Duty Art 11 .......... 15

*I*

I FIND IT I KEEP IT
    Find It Keep it Guideline LOA: ................................................................................... 116
    Implementation of Contract – Timeline LOA ................................................................ 139

*J*

JOB
    Assignment of Art 8 .............................................................................................. 14, 15
    JOB BANK 22.13.3 ..................................................................................................... 72
    New Art 7 ..................................................................................................................... 13
    Redesign Art 7 ............................................................................................................. 13
    Reinstatement after Union Leave 3.4 .......................................................................... 10
    Restructure Art 7 ......................................................................................................... 13
    Retreats 14.6.4 ............................................................................................................. 25
JOB BANK 22.11 ............................................................................................................... 71
JURY DUTY 20.4 ............................................................................................................... 65

*K*

KEY ACCOUNT EXECUTIVES
    Base Wages 5.2.5 ......................................................................................................... 12
    Compensation 15.2.1.3.1 .............................................................................................. 33
    Daily Sales Average 15.3.6 .......................................................................................... 44
    Determination of Wage Step 15.2.1.3 .......................................................................... 33
    Holiday Pay 18.7.5 ...................................................................................................... 61
    Mobile Telephone Expenses 15.6.6.2 .......................................................................... 51
    Weekly Base Rate 14.2.1 ............................................................................................. 22
KEY ACCOUNTS EXECUTIVES
    Auto, Auto Allowances 15.6.5.2 ................................................................................. 50

*L*

LAWS, FEDERAL AND STATE Art 32 ............................................................................ 82
LAY-OFFS 22.11 ............................................................................................................... 71
LAY-OFFS 22.12.1 ............................................................................................................ 71
LEAVE OF ABSENCE
    Bereavement 20.2 ........................................................................................................ 65
    Departmental 20.3 ....................................................................................................... 65
    Family Care 20.3 ......................................................................................................... 65
    Holiday Pay 18.6.4 ...................................................................................................... 60
    Maximum Disability 20.3 ............................................................................................ 65
    Other 20.3 .................................................................................................................... 65
    Personal 20.1 ............................................................................................................... 65
    Union Art 3 ................................................................................................................... 7
    Vacation Pay 19.1 ....................................................................................................... 61
    Vacation Pay 19.8 ....................................................................................................... 63
    Vacation Pay 19.9 ....................................................................................................... 63
LETTERS OF AGREEMENT
    Allocation of Commissions LOA ............................................................................... 144
    Alternative Work Schedules (9/80 Plan) LOA ............................................................ 103
    Benefit Plans LOA ..................................................................................................... 104
    Bid Runs LOA ........................................................................................................... 145
    Campaign Objectives LOA ........................................................................................ 146
    COB Constant – Increase Commission Payout LOA ................................................. 110
    Direct Management Hires LOA .................................................................................. 111
    Enhanced Directory Retirement LOA ........................................................................ 112
    Find it – Keep it Guidelines LOA ............................................................................... 116

Implementation of Contract – Timelines LOA ............................................................................ 136
Market Allocation – Union Participation LOA ........................................................................... 119
Market Selection Guidelines LOA ............................................................................................. 120
Non-Selling Work LOA ............................................................................................................. 121
NYPS Adjustments LOA ........................................................................................................... 147
Rate Band Movement LOA ........................................................................................................ 122
Recanvass Losses LOA .............................................................................................................. 123
Recanvassed Accounts LOA ...................................................................................................... 124
Sales Performance Plan LOA ............................................................................................. 125, 148
Sales Performance Threshold for Premise LOA ................................................................. 126, 127
SMART Delivery Program LOA ............................................................................................... 128
SMARTPages.com LOA ............................................................................................................ 129
Table Updates LOA .................................................................................................................... 132
Union Recognition LOA ............................................................................................................ 133
Vacation Scheduling LOA .................................................................................................. 134, 141
Zip Grid Value LOA .................................................................................................................. 149
LOANER REPS 15.2.2.4.3 ................................................................................................................ 38
LOANER REPS Implementation of Contracts-Timelines LOA ...................................................... 138
LOANER REPS Open Market Guideline LOA ............................................................................... 141
LOANER REPS Table Updates LOA .............................................................................................. 132
LUMP SUM PAYMENT 14.13 ....................................................................................................... 29

*M*

MARKET ASSIGNMENT
Account Continuity 34.1 ............................................................................................................... 82
Assignment of Accounts 34.11.5.1 ............................................................................................... 89
Bankruptcy Accounts 34.12 .......................................................................................................... 90
Bid Runs 15.4.4 ............................................................................................................................ 45
BSR's 34.11.4 ............................................................................................................................... 89
Equitable Assignment 34.2 ........................................................................................................... 84
Follow Yourself 34.11 .................................................................................................................. 82
General 15.4 .................................................................................................................................. 46
Key Account Executive 34.11 ...................................................................................................... 87
New Market Representative 34.11.5 ............................................................................................. 89
Second Module – 120 Days Past Due 34.3 ................................................................................... 85
Second Module – Lock-Out Accounts 34.4 .................................................................................. 86
Union-Company Negotiation 34.11.5.4 ........................................................................................ 90
MARKET ASSIGNMENT 15.4
General 15.4 .................................................................................................................................. 45
MEAL ALLOWANCE
Reimbursement 14.10 ................................................................................................................... 27
MECHANIZED MARKET ASSIGNMENT
Market Assignment Art 34 ............................................................................................................ 82
MEETINGS, GRIEVANCES 4.2.2 .................................................................................................. 11
METERS, EXPENSES 15.6.5.4 ....................................................................................................... 50
MILEAGE REIMBURSEMENTS 14.10.3 ...................................................................................... 28
MOVING EXPENSES Art 17 .......................................................................................................... 58

*N*

NEEDS OF BUSINESS, SUBJECT TO
Defined Art 6 ................................................................................................................................ 13
Excused Work Days 20.5.6 ........................................................................................................... 66
Time-Off 21.3 ............................................................................................................................... 67
Union Time-Off 3.1.1 ..................................................................................................................... 7
Vacations 19.4 .............................................................................................................................. 63

NEEDS OF BUSINESS, WEEKLY ASSIGNMENTS 11.2 ............................................................... 15
NET BY ACCOUNT (NBA)
    BSR's15.2.3 ..................................................................................................................... 39
    Definitions 15.1 ............................................................................................................... 30
    Recanvass LOA................................................................................................................ 123
    Recanvassed  Accounts  LOA .......................................................................................... 124
NEW JOB TITLES AND CLASSIFICATIONS
    Initial Wage Rates 7.2..................................................................................................... 13
    Neutral Third Party 7.2.5 ................................................................................................ 14
    Provisions Art 7 ............................................................................................................... 13
    Union Notification 7.2.1 .................................................................................................. 13
NEW MARKET REPRESENTATIVE
    Basic Salary 15.2.1.5 ....................................................................................................... 34
    Cellular Phone Expense Allowances 15.6.6.2.................................................................. 51
    Commission 15.2.4 .......................................................................................................... 40
    Commission 15.2.5.2 .................................................................................................. 41, 140
    Market Assignment 34.11.5 ............................................................................................ 89
    New Business Commission 15.2.5.2.2.............................................................................. 41
    Revenue Commission 15.2.5.2.1 ..................................................................................... 41
    Success Sharing, Implementation of Contracts – Timelines LOA ................................... 140
    Target Earning  15.2.5 ...................................................................................................... 40
NON-SELLING TIME see Daily Sales Average (DSA) .............................................................. 43

*O*

OPEN MARKET
    Definitions 15.8.14.3 ....................................................................................................... 56
    Guidelines LOA ................................................................................................................ 141
    Implementation of Contract – timeline LOA ................................................................... 140
    Implementation of Contract-Timeline LOA .................................................................... 138
    Market Assignment  34.1.1.5 .......................................................................................... 83
    Market Assignment 34.1.2 .............................................................................................. 84
    Market Assignment 34.1.3 .............................................................................................. 84
    Market Assignment 34.11.5.1.4 ...................................................................................... 89
    New Markets Representatives  15.8.14............................................................................ 56
    Recanvassed Accounts LOA ............................................................................................ 124
OPEN MARKET 15.8.9.............................................................................................................. 54
OVERTIME RATE
    Base Pay 14.7 ................................................................................................................... 26
    Daily Sales Average 15.3.8 .............................................................................................. 45
    Differential 14.9.2............................................................................................................ 27

*P*

PART-TIME EMPLOYEE
    Benefits 13.1.4 ................................................................................................................. 18
    Commissions 13.1.7.......................................................................................................... 18
    Excused Work Days 20.5.1 ............................................................................................... 65
    Vacation 19.1.................................................................................................................... 61
    Vacation 19.11.................................................................................................................. 64
PAY
    After Reinstatement 29.4................................................................................................. 81
    After Reinstatement 3.4.2................................................................................................ 10
    Base Revenue Adjustment 15.7 ...................................................................................... 51
    Bereavement Leave 20.2.................................................................................................. 65
    Business Sales Representative 15.2.1.4.1 ....................................................................... 34

Definitions 15.1 ............................................................................................................... 30
Double Commission 15.8.3 ............................................................................................... 53
DSA Calculation 15.3.5.4 ................................................................................................. 44
During Union Meetings 5.2.1 ........................................................................................... 12
Holidays During Vacation 18.8 ........................................................................................ 61
Holidays Not Worked 18.6 ............................................................................................... 60
Holidays Worked 18.7 ...................................................................................................... 60
Increase 14.3. ................................................................................................................... 22
Jury Duty 20.4 .................................................................................................................. 65
Key Account Executive 15.2.1.3.1 ................................................................................... 33
Overtime 14.7 ................................................................................................................... 26
Pay Check Distribution 14.2.3 .......................................................................................... 22
Pay Days 14.2.2 ................................................................................................................ 22
Premise Sales 15.2.1.1.1 ................................................................................................... 32
Priority Account Representative Bonus 14.11 .................................................................. 28
Reassignment Pay Protection Plan Art 25 ........................................................................ 76
Telemarketing Sales 15.2.1.2.1 ........................................................................................ 33
Union Deduction 2.4.1 ........................................................................................................ 6
Vacation 19.6. .................................................................................................................. 63
Vacation for Part-Time 19.11 ........................................................................................... 64
PAY PERIOD 14.3.2.1 .......................................................................................................... 22
PAYROLL DEDUCTIONS
Layoff Allowance 22.12.4 ................................................................................................ 72
Union Dues 2.4.2 ................................................................................................................ 7
PENSION
DETP and 23.10 ................................................................................................................ 75
Plan 13.1.4 ....................................................................................................................... 18
Plan 16.1.1 ....................................................................................................................... 57
Sales A-1.1 ....................................................................................................................... 92
PERSONNEL FILE 5.4 .......................................................................................................... 13
PLACEHOLDER 15.2.2.1.1 ................................................................................................... 35
PLACEHOLDER 15.2.2.4.2 ................................................................................................... 37
PLACEHOLDER Implementation of Contract – Timelines LOA ......................................... 136
PLACEHOLDER Reassignment – Rep Qualification Criteria – Branch Steps LOA ............ 102
PLACEHOLDER Table Updates LOA ................................................................................... 132
PREMISE
Bid Runs 15.4.4 ................................................................................................................ 43
Compensation 15.2.1.1.1 .................................................................................................. 32
Referral 15.8.1 .................................................................................................................. 52
Selectime 12.5.1 ............................................................................................................... 16
PREMIUM PAY
Holiday Work 18.3.3.3 ...................................................................................................... 59
Union Leave 3.3.5 .............................................................................................................. 9
PRIORITY ACCOUNT REPRESENTATIVE (PAR)
Bonus Plan 14.11 .............................................................................................................. 28
Upgrade 14.6.6.2 .............................................................................................................. 25
PROGRESSION
During Absence 14.3.2.2.2 ............................................................................................... 22
PROGRESSION INCREASE 14.6.2 ...................................................................................... 24
PROMOTION
No Loss of Pay 14.6.2.4 ................................................................................................... 24

*Q*

QUERY TRUE UP 15.2.2.6 .................................................................................................... 39
QUERY TRUE UP Implementation of Contract – Timelines LOA ........................................ 139

## *R*

RATE
After Reinstatement 29.4 ........................................................................................................... 81
After Reinstatement 3.4.2 .......................................................................................................... 10
Change In 14.6.2 ........................................................................................................................ 24
Lay-off Allowance 22.12.1 ........................................................................................................ 71
New Business 15.2.2.1.6 ............................................................................................................ 36
New Business 15.2.2.2.2 ............................................................................................................ 36
New Business 15.2.5.2.2 ............................................................................................................ 41
New Job Title 7.2 ....................................................................................................................... 13
Overtime 14.7 ............................................................................................................................. 26
Per Mile 14.10.3 ........................................................................................................................ 28
Sunday 14.7 ................................................................................................................................ 26
Transition 14.4 ........................................................................................................................... 23
Vacation 19.6 ............................................................................................................................. 63
Wage Schedules 14.1.2 .............................................................................................................. 20
REASSIGNMENT PAY PROTECTION PLAN Art 25 ................................................................. 76
RECANVASS/RECONRTACT
Recanvass Losses LOA ............................................................................................................ 123
Recanvassed Accounts LOA .................................................................................................... 124
RECANVASS/RECONTACT
Account Prospect Type 15.1.20 ................................................................................................. 32
Completed Account re-assignment 15.2.2.2.3 ........................................................................... 37
Gain & losses from re-canvass 15.8.9.3 .................................................................................... 54
National Account 15.8.10.3 ....................................................................................................... 55
New Markets Representatives 15.8.14 ....................................................................................... 56
Reassignment – Rep Qualification Criteria – Branch Steps LOA ........................................... 102
Recanvass account 34.1.1.6 ....................................................................................................... 83
Re-canvass Definition 15.1.6 ..................................................................................................... 31
Re-contact Definition 15.1.5 ...................................................................................................... 31
REDRESS
BSR Objective 15.2.3.3 ............................................................................................................. 39
Commission Pool 15.3 ............................................................................................................... 40
NMR Objective 15.2.5.3 ............................................................................................................ 41
REDUCTION OF REVENUE 15.8.9 ............................................................................................ 54
REGULAR EMPLOYEE
Benefits Art 16 ........................................................................................................................... 57
Dismissal 29.2 ........................................................................................................................... 80
Job Bank 22.13.1 ....................................................................................................................... 72
Laid Off 22.12.1 ........................................................................................................................ 71
Outplacement Assistance 22.14 ................................................................................................. 73
Surplused 22.11 ......................................................................................................................... 71
Training/Retraining 24.1 ............................................................................................................ 76
Vacation 19.1 ............................................................................................................................. 61
RELIEF ASSIGNMENTS 14.9.4 .................................................................................................. 27
RELOCATION OF RESIDENCE
Commutable Job 22.8 ................................................................................................................. 70
General 17.1 ............................................................................................................................... 58
Job Bank 22.13.1 ....................................................................................................................... 72
Surplus Transfer 22.6 ................................................................................................................ 69
Surplus Transfer 22.7 ................................................................................................................ 69
RETIREMENT
Benefit Plans 16.1.8 ................................................................................................................... 57
Enhanced Directory Retirement 22.9 ......................................................................................... 70
Pension 23.10 ............................................................................................................................ 75

RETREATS
General 14.6.4 ............................................................................................................ 25
Managers 22.10.2 ........................................................................................................ 70
Transfer Plan 22.10.3 .................................................................................................. 70

*S*

SALES (PREMISE & TELEPHONE)
After Reinstatement 29.4 ............................................................................................ 81
Automobile Expenses 15.6.5 ....................................................................................... 50
Base Wage 5.2.5 .......................................................................................................... 12
Bid Runs 15.4.4.3 ....................................................................................................... 46
Holiday Pay 18.6 ......................................................................................................... 60
Job Bank 22.13.1 ........................................................................................................ 72
Lay-Off Allowance 22.12.1 ......................................................................................... 71
Overtime 15.3.8 .......................................................................................................... 45
Parking Expenses 15.6.5.4 .......................................................................................... 50
Rate Change 14.6.1.2 .................................................................................................. 24
Selectime 12.5 ............................................................................................................. 16
Sunday Work 14.7 ....................................................................................................... 26
Sunday Work 14.7.5 .................................................................................................... 26
Telephone Expenses 15.6.6.2 ...................................................................................... 51
Upgrade To 14.6.6.1 ................................................................................................... 25
Vacation Pay 19.6 ....................................................................................................... 63
SATURDAY
Holiday 18.5 ............................................................................................................... 60
SAVINGS PLAN
Provisions Art A2 ....................................................................................................... 92
SCHEDULED TOURS 11.2 ........................................................................................ 15
SCHEDULING FLEX TIME 12.5.3 ........................................................................... 17
SCHEDULING TIME OFF
Floating Holidays 18.3 ................................................................................................ 59
General Art 21 ............................................................................................................. 67
Half/Day Vacations 19.2 ............................................................................................. 62
Leaves of Absence Art 20 ........................................................................................... 65
Vacations 19.3 ............................................................................................................ 62
Vacations 19.7 ............................................................................................................ 63
SENIORITY/NET CREDITED SERVICE (NCS)
DETP Payments 23.4 .................................................................................................. 75
Priority Transfer 22.7 .................................................................................................. 69
Reassignment Art 25 ................................................................................................... 76
Relative to Employment Security Art 22 ..................................................................... 67
Run Cycles .................................................................................................................. 45
Surplused 22.4.1 ......................................................................................................... 68
Vacation, Paid 19.1 .................................................................................................... 61
SEX, GENDER, NON-DISCRIMINATION 10.1 ...................................................... 15
SICKNESS ABSENCE PAYMENTS
Part-Time Employee 13.1.4 ........................................................................................ 18
SPIFF 14.12 ................................................................................................................ 29
SPIFF 15.2.6 ............................................................................................................... 42
STARTING RATES, FLEXIBLE 14.5 ....................................................................... 23
STARTING TIME DEVIATION 12.2.4 ..................................................................... 16
STATE AND FEDERAL LAWS Art 32 ..................................................................... 82
STRIKES Preamble ....................................................................................................... 5
SUCCESS SHARING
Eligibility & Payments 14.8 ....................................................................................... 26
Pension Calculation A-1.1.1 ....................................................................................... 92

SUFFICIENT AMOUNT OF MARKET 15.8.8 ............................................................................................ 54
SUFFICIENT AMOUNT OF MARKET Implementation of Contract – Timelines LOA ............................ 137
SUNDAY
   Holiday 18.4 ........................................................................................................................................ 59
   Tour Differential 14.9.2 ...................................................................................................................... 27
   Vacation 19.6. ...................................................................................................................................... 63
SUPERVISORY DISCRETION
   Holiday Payment 18.6. ........................................................................................................................ 60
   Union Activities 3.1.5.2 ......................................................................................................................... 8
   Work Schedule 12.5.3. ......................................................................................................................... 17
SURPLUS, DECLARATION OF
   Anticipated Lay-Off 22.3.3 ................................................................................................................. 68
   DETP 22.5. ........................................................................................................................................... 68
   DETP Art 23 ......................................................................................................................................... 74
   Enhanced Directory Retirement 22.10. ................................................................................................ 70
   Enhanced Directory Retirement 22.9. .................................................................................................. 70
   General 22.4.1 ...................................................................................................................................... 68
   Job Bank 22.13.1 ................................................................................................................................. 72
   Transfer 22.6 ........................................................................................................................................ 69
   Transfer 22.7 ........................................................................................................................................ 69
SUSPENSION
   Dismissal 29.3.2 .................................................................................................................................. 81
   Grievance 28.3.1 ................................................................................................................................. 79
   Pay 29.4. .............................................................................................................................................. 81
   Union Witness 5.4 ............................................................................................................................... 13

*T*

TECHNOLOGICAL DISPLACEMENT
   Not Subject To  22.15 .......................................................................................................................... 73
   Procedure 22.3. .................................................................................................................................... 67
   Reduction in Pay 25.2 ......................................................................................................................... 76
TELEMARKETING
   Compensation 15.2.1.2.1. .................................................................................................................... 33
TEMPORARY EMPLOYEE
   And Friday Flex 12.5.3 ........................................................................................................................ 17
   Benefits 16.4. ....................................................................................................................................... 58
   Reclassification 13.7 ............................................................................................................................ 19
TEMPORARY JOB 22.13.4 ...................................................................................................................... 73
TEMPORARY TRANSFER 15.8.2. ........................................................................................................... 53
TERM EMPLOYEE
   Advisement 13.5 .................................................................................................................................. 19
   Benefits 16.4. ....................................................................................................................................... 58
   Contract Coverage 13.6 ....................................................................................................................... 19
   General 13.4 ......................................................................................................................................... 19
   Vacation 19.1. ...................................................................................................................................... 61
TERMINATION
   DETP Pay 32.3 .................................................................................................................................... 74
   Reimbursement for Training 22.13.5. .................................................................................................. 73
   Reinstatement 29.4. ............................................................................................................................. 81
   Surplused Employee 22.6.2 ................................................................................................................. 69
   Surplused Employee 22.7.2 ................................................................................................................. 69
   Temporary Employee 13.3. .................................................................................................................. 18
TIME AND ONE HALF, SUNDAY 14.7 ................................................................................................ 26

TIME CONSIDERED WORKED
    Excused Work Day 20.5.5.3 ................................................................................. 66
    Grievance Meetings 5.2.2 ................................................................................... 12
    Not Subject To 20.4 .......................................................................................... 65
    Union Orientation 4.4 ........................................................................................ 11
TITLES
    Covered by Contract 1.1 ...................................................................................... 5
    Schedule Designation 14.1 ...................................................................... 19, 20, 21
TOUR OF DUTY
    Meal Allowance 14.10.2 ..................................................................................... 27
TOURS OF DUTY
    Definition Art 11 ................................................................................................ 15
    Holidays not Worked 18.6 ................................................................................. 60
    Holidays Worked 18.7 ....................................................................................... 60
    Not Subject To 23.7 ........................................................................................... 75
    Other than Headquarters 12.5.3 ........................................................................ 17
    Part-Time Employee 19.11 ................................................................................ 64
    Training Conflict 22.13.4 ................................................................................... 73
TRAINING
    Clerical 14.9.4 ................................................................................................... 27
    Credit for Previous 14.3.1 ................................................................................. 22
    Temporary Transfer 15.8.2 ................................................................................ 53
TRAINING/RETRAINING
    General Art 24 ................................................................................................... 76
    Job Bank 22.13.4 ............................................................................................... 73
    Job Bank 22.13.5 ............................................................................................... 73
    Surplused Employees 22.3.3.7 .......................................................................... 68
TRANSFER
    And DETP 22.6 ................................................................................................. 69
    And Retreat 31.10.3 .......................................................................................... 70
    And Term Employee 13.4 ................................................................................. 19
    Condition of Employment 2.2 ............................................................................. 6
    Introduction to Union 4.4 .................................................................................. 11
    Of Accounts 15.8.1 ........................................................................................... 52
    Of Residence 24.1 ............................................................................................. 58
    Priority Reassignment 22.7 ............................................................................... 69
    Sales 15.2.1.3.1 ................................................................................................. 33
    Sales 15.3.6.3 .................................................................................................... 44
    Savings Plan Art A2 .......................................................................................... 92
    Surplus Procedure 22.3.3.1 ............................................................................... 68
    Training Title 15.8.2 .......................................................................................... 53
TRAVEL
    Commute 22.8.2 ................................................................................................ 70
    Union Meeting 5.2.2 ......................................................................................... 12
TUITION AID
    Eligibility 16.4 .................................................................................................. 58
    Job Bank 22.13.5 ............................................................................................... 73
    Training/Retraining 24.1 ................................................................................... 76

*U*

UNION
    Activities Art 4 .................................................................................................. 11
    Arbitration Procedure Art 27 ............................................................................ 78
    Company Prerogative 15.4.1 ............................................................................. 45
    Definition Preamble ............................................................................................ 5

Dues Deduction 2.4 .............................................................................................................. 6
Expedited Arbitration Art 28 ............................................................................................... 79
Extended Absence 14.3.4. ................................................................................................... 23
Grievance Procedure Art 26 ................................................................................................ 77
Meetings with Management Art 5 ...................................................................................... 12
Membership and Security Art 2 ........................................................................................... 6
Orientation 4.4. ................................................................................................................... 11
Recognition 1.1. .................................................................................................................... 5
Reinstatement from Absence 3.4 ........................................................................................ 10
Solicitation 4.2.1. ............................................................................................................... 11
Surplus 22.4.4 ..................................................................................................................... 68
Technological Displacement 22.3.1 ................................................................................... 67
Time Off for Activities Art 3 ................................................................................................ 7

UNION-COMPANY RELATIONSHIP
Acknowledgments 35.2 ...................................................................................................... 91
Change in Benefits 16.3 ...................................................................................................... 58
Company Notice 14.5 .......................................................................................................... 23
Company Notice 6.2 ............................................................................................................ 13
Company Notice 7.2.1 ......................................................................................................... 13
Company Rights 4.3 ............................................................................................................ 11
Consolidations 15.9.2 ......................................................................................................... 56
Forum on Change 30.1 ........................................................................................................ 81
New Revenue Base 15.9.3.1 ............................................................................................... 57
Selectime 12.1 .................................................................................................................... 15
Tour Implementation 11.3 ................................................................................................... 15

V

VACANCIES
Employee Assignment 25.1 ................................................................................................ 76
VACATION
After Leave 19.9 ................................................................................................................. 63
And Authorized Holiday 18.8 ............................................................................................. 61
And Differentials 14.9.2 ..................................................................................................... 27
And DSA 15.3 ..................................................................................................................... 43
And Excused Work Day 20.5.4 ........................................................................................... 66
And Floating Holidays 18.3.2 ............................................................................................. 59
And Lay-Off 22.12.1 ........................................................................................................... 71
And Wage Increase 14.3.2.2 .............................................................................................. 22
Part-Time Pay 19.11 ........................................................................................................... 64
Pay 19.6 .............................................................................................................................. 63
Procedures and Eligibility Art 19 ....................................................................................... 61
Scheduling Time Off Art 21 ............................................................................................... 67
Selection and Scheduling 19.7 ........................................................................................... 63
Temporary Employee 13.3 .................................................................................................. 18
VISION PLAN
After Lay-Off 22.12.3 ......................................................................................................... 72
After Reinstatement 29.4 .................................................................................................... 81
And DETP 23.8 ................................................................................................................... 75
Definition Art 16 ................................................................................................................ 57
In Job Bank 22.13.2 ............................................................................................................ 72
While on Leave 3.3.5.1 ......................................................................................................... 9
VOLUNTEERS
Outplacement Assistance 22.14 ......................................................................................... 73
Surplused 22.6.2 ................................................................................................................. 69
To Become Part-Time 13.7 ................................................................................................. 19
Transfers 22.3.3.1 ............................................................................................................... 68

*W*

WAGE
    Fair Preamble ........................................................................................................................... 5
    Increase 14.3.2.......................................................................................................................... 22
    Negotiation LOA .................................................................................................................... 121
    Practices 14.6........................................................................................................................... 24
    Salary for Sales Tittles 15.2.1.................................................................................... 32, 33, 34
    Training 15.2.1.1, 15.2.1.5, 15.8.2 ................................................................... 32, 34, 40, 53
    Union Deduction 2.4.1 ............................................................................................................. 6
WEEK, WORK
    Title 11.2 ................................................................................................................................. 15
    Title 8.2 ................................................................................................................................... 14
    Vacation 19.6............................................................................................................................ 63
WORK
    Excused Work Days 20.5.......................................................................................................... 65
    Hours Art 11 ............................................................................................................................ 15
    Restrictions 8.1 ....................................................................................................................... 14
WORK GROUP 22.4.1 ................................................................................................................. 68

*Z*

    ZIP GRID 34.11.5.1.1 ............................................................................................................... 89