1 | *Sciborski v. Pacific Bell Directory*
US District Court, Southern District of California
2 | Case No. 08cv0878 WQH (RBB)

3 | **PROOF OF SERVICE**

4 |      I, the undersigned, hereby declare that I am over the age of eighteen years and not
a party to this action.  I am employed, or am a resident of, the County of San Diego,
5 | California, and my business address is: Paul, Plevin, Sullivan & Connaughton LLP, 401 B
Street, Tenth Floor, San Diego, California 92101.

6 |
     On June 16, 2008, I caused to be served the following document(s):

7 |
     • **DEFENDANT PACIFIC BELL DIRECTORY'S MEMORANDUM OF**
8 |       **POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S**
        **MOTION TO REMAND**
9 |     • **DECLARATION OF MARK PETERS IN OPPOSITION TO PLAINTIFF'S**
        **MOTION TO REMAND**

10 |
on the interested party (ies) in this action by placing ☑ a true copy ☐ the original thereof
11 | and addressed as follows:

12 |     Joshua D. Gruenberg                      Zachary T. Tyson
        Larabee & Gruenberg                      Tyson & Tyson, LLP
13 |    2169 First Avenue                         2550 Fifth Avenue, 9th Floor
        San Diego, CA  92101                     San Diego, CA  92103
14 |    Tel: 619-230-1234/Fax: 619-230-1074       Tel: 619-237-9292/Fax: 619-615-2173
        email:  gruenberg@lg-lawyers.com          email:
15 |    Attorneys for plaintiff                   Attorneys for plaintiff
        **(by electronic service via CM/ECF)**    **(by U.S. mail)**

16 |
☑ | (By **ELECTRONIC SERVICE VIA CM/ECF SYSTEM**) In accordance with
17 |    the electronic filing procedures of this Court, service has been effected on the
       parties above, whose counsel of record is a registered participant of CM/ECF, via
18 |   electronic service through the CM/ECF system

19 | ☑ | (By **U.S. MAIL**) I then sealed each envelope and, with postage thereon fully
       prepaid, I placed each for deposit with the United States Postal Service, this same
20 |   day, at my business address shown above, following ordinary business practices.

21 | ☑ | (Federal) I declare that I am employed by the office of a member of the bar of this
       court at whose direction the service was made.

22 |    Executed June 16, 2008, at San Diego, California.

23 |                                    *[signature]*
                                         JENNIFER DURAN