*Sciborski v. Pacific Bell Directory*
US District Court, Southern District of California
Case No. 08cv0878 WQH (RBB)

## AMENDED PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to this action. I am employed, or am a resident of, the County of San Diego, California, and my business address is: Paul, Plevin, Sullivan & Connaughton LLP, 401 B Street, Tenth Floor, San Diego, California 92101.

On June 16, 2008, I caused to be served the following document(s):

- **DEFENDANT PACIFIC BELL DIRECTORY'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**
- **DECLARATION OF STEPHEN DONOVAN IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**

on the interested party (ies) in this action by placing ☑ a true copy ☐ the original thereof and addressed as follows:

| | |
|---|---|
| Joshua D. Gruenberg<br>Larabee & Gruenberg<br>2169 First Avenue<br>San Diego, CA 92101<br>Tel: 619-230-1234/Fax: 619-230-1074<br>email: gruenberg@lg-lawyers.com<br>Attorneys for plaintiff<br>**(by electronic service via CM/ECF)** | Zachary T. Tyson<br>Tyson & Tyson, LLP<br>2550 Fifth Avenue, 9th Floor<br>San Diego, CA 92103<br>Tel: 619-237-9292/Fax: 619-615-2173<br>email:<br>Attorneys for plaintiff<br>**(by U.S. mail)** |

☑  (By **ELECTRONIC SERVICE VIA CM/ECF SYSTEM**) In accordance with the electronic filing procedures of this Court, service has been effected on the parties above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system

☑  (By **U.S. MAIL**) I then sealed each envelope and, with postage thereon fully prepaid, I placed each for deposit with the United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

☑  (Federal) I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

Executed June 16, 2008, at San Diego, California.

*/s/ Jennifer Duran*
JENNIFER DURAN

08cv0878 WQH (RBB)