1  ZACHARY T. TYSON (#211185)
   TYSON & TYSON, LLP
2  2550 Fifth Avenue, 9th Floor
   San Diego, California 92103
3  Phone: (619) 237-9292; Fax: (619) 615-2173

4  JOSHUA D. GRUENBERG (#163281)
   LAW OFFICE OF JOSHUA D. GRUENBERG
5  2169 First Avenue
   San Diego, California 92101
6  Phone: (619) 23-1234; Fax: (619) 230-1074

7  Attorneys for ANNIE SCIBORSKI

9  **UNITED STATES DISTRICT COURT**

10 **SOUTHERN DISTRICT OF CALIFORNIA**

| ANNIE SCIBORSKI,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PACIFIC BELL DIRECTORY and DOES 1 through 25, inclusive,<br><br>　　　　　Defendants. | Case No. 08-CV-878-WQH(RBB)<br><br>**EX PARTE APPLICATION TO APPEAR BY TELEPHONE**<br><br>Date:　　　　June 30, 2008<br>Time:　　　　8:30 a.m.<br>Courtroom:　　1185<br>Judge:　　　　Hon. Ruben B. Brooks<br><br>Complaint Filed:　April 7, 2008<br>Removal Filed:　　May 16, 2008 |
|---|---|

---

1

**EX PARTE APPLICATE TO APPEAR VIA TELEPHONE**

1  TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2  The purpose of this ex parte application is to request permission to allow plaintiff,
3  ANNIE SCIBORSKI, to appear by telephone for the early neutral evaluation (ENE) held on
4  June 30, 2008, at 8:30, in the chambers of Honorable Ruben B. Brooks, 940 Front Street,
5  Room 1185, San Diego, California.

6  Prior to the scheduling of the ENE, ANNIE SCIBORSKI booked a business trip to
7  Tennessee, and is not presently scheduled to return to San Diego County until July 6, 2008.
8  Therefore, plaintiff's counsel respectfully requests that ANNIE SCIBORSKI be permitted
9  to appear via telephone for the ENE on June 30, 2008.

Respectfully submitted:

Dated: _____

TYSON & TYSON, LLP

By: __ss/Zack Tyson
_____
ZACHARY T. TYSON
Attorneys for Annie Sciborski

TYSON & TYSON, LLP
2550 FIFTH AVENUE, 9TH FLOOR
SAN DIEGO, CALIFORNIA 92103

2
**EX PARTE APPLICATE TO APPEAR VIA TELEPHONE**