| Federal District Court, Southern District of California | | | *for court use only* |
|---|---|---|---|
| Attorney(s) Name and Address<br>Zachary T. Tyson<br>Tyson & Tyson, LLP<br>2550 Fifth Avenue, 9th Floor<br>San Diego, California 92103 | | | |
| Name of Case (abbreviated)<br>Sciborski v. Pacific Bell Directory | | | |
| Attorney(s) For | Telephone | Hearing Date   Time   Dept | Case Number |
| Plaintiff | (619) 237-9292 | | 08-CV-878-WQH(RBB) |

PROOF OF SERVICE

I, the undersigned, declare that I am over the age of 18 years and not a party to this action. I am employed in the County of San Diego, State of California, within which County the subject mailing occurred; my business address is 2169 First Avenue, San Diego, CA 92101.

On June 20, 2008, I served the following document(s):

**Ex Parte Application to Appear by Telephone**

on the interested party (ies) in this action by placing a true copy thereof and addressed as follows:

Michael C. Sullivan
msullivan@paulplevin.com
Aaron Buckley
abuckley@paulplevin.com
Paul, Plevin, Sullivan & Connaughton, LLP
401 B Street, 10th Floor
San Diego, California 92101
(By electronic service via CM/ECF)

[x ] BY ELECTRONIC SERVICE VIA CM/ECF : In accordance with the electronic filing proceduresof this Court, service has been effectuated on the parties above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

[ ] BY US MAIL: I Then sealed each envelope and, with postage thereon fully prepaid, and placed each for deposit with the United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

[ ] FEDERAL: I declare that I am employed by the office of a member of the bar of this court at whose direction service was made.

Executed on June 20, 2008, at San Diego, California.

                              s//Julie A. Cosner
                              JULIE A. COSNER