# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| ANNIE SCIBORSKI, | Case No. 08-CV-878-WQH(RBB) |
|---|---|
| Plaintiff, | **ORDER** |
| v. | Date: June 30, 2008<br>Time: 8:30 a.m. |
| PACIFIC BELL DIRECTORY and DOES 1 through 25, inclusive, | Courtroom: 1185<br>Judge: Hon. Ruben B. Brooks |
| Defendants. | Complaint Filed: April 7, 2008<br>Removal Filed: May 16, 2008 |

The ex parte application of plaintiff, ANNIE SCIBORSKI, to appear by telephone for the early neutral evaluation (ENE) presently set for June 30, 2008, at 8:30, in the chambers of Honorable Ruben B. Brooks is hereby GRANTED.

Dated: June 23, 2008

_/s/ Ruben Brooks_
United States Magistrate Judge

TYSON & TYSON, LLP
2550 FIFTH AVENUE, 9TH FLOOR
SAN DIEGO, CALIFORNIA 92103

1
**[PROPOSED] ORDER**