## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

SCIBORSKI v. PACIFIC BELL DIRECTORY            Case No. 08cv0878 WQH(RBB)
                                               **Time Spent:  45 mins.**

HON. RUBEN B. BROOKS       CT. DEPUTY VICKY LEE                    Rptr.

                              Attorneys
         Plaintiffs                          Defendants

Joshua Gruenberg (present)           Mike Sullivan (present)
Zachary Tyson (present)              Aaron Buckley (present)


PROCEEDINGS:   x  In Chambers       ___ In Court       ___ Telephonic

An early neutral evaluation conference and case management conference were held.

A settlement conference is set for November 24, 2008, at 1:30 p.m.

**All parties and counsel shall be present at the conference in Judge Brooks's chambers, 940 Front Street, Room 1185.  Parties other than individuals shall bring a non-lawyer representative with complete authority to enter into a binding settlement <u>and</u> a claims adjuster, if appropriate.**

DATE: June 30, 2008        IT IS SO ORDERED:     *Ruben Brooks*
                                                 Ruben B. Brooks,
                                                 U.S. Magistrate Judge
cc:  Judge Hayes                        INITIALS: VL (mg/irc) Deputy
     All Parties of Record