UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNIE SCIBORSKI, | Civil No. 08CV00878 WQH(RBB) |
| Plaintiff, | ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING |
| v. | RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |
| PACIFIC BELL DIRECTORY and DOES 1 through 25, inclusive, | |
| Defendants. | |

On June 30, 2008, the Court held an early neutral evaluation conference in the above-entitled action. Settlement could not be reached in the case.

The Court discussed compliance with rule 26 of the Federal Rules of Civil Procedure and issues the following orders:

1. No objections were presented to initial disclosure under Federal Rule of Civil Procedure, rule 26(a)(1)(A-D). The parties are ordered to proceed with the initial disclosure process. Any objections to initial disclosure will be resolved as required by rule 26.

2. The rule 26(f) conference shall be completed on or before July 24, 2008.

1       3.   No discovery plan is required.

2       4.   The initial disclosures pursuant to rule 26(a)(1)(A-D)
3  shall occur on or before August 8, 2008.

4       5.   Counsel, all parties, and any other person(s) whose
5  authority is required to negotiate and enter into a settlement
6  shall appear in person on November 24, 2008, at 1:30 p.m. in the
7  chambers of United States Magistrate Judge Ruben B. Brooks, U.S.
8  Courts Building, 940 Front Street, Room 1185, San Diego,
9  California, 92101-8926, for a further settlement conference.

10      Plaintiff's(s') counsel shall serve a copy of this order on
11 all parties that enter this case after the date of this order.

12      Failure of any counsel or party to comply with this order may
13 result in sanctions.

14      IT IS SO ORDERED.

16 DATED:  June 30, 2008
                                     Ruben B. Brooks
17                                   United States Magistrate Judge

18 cc:
   Judge Hayes
19 All Parties of Record